IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | Case No. 10-C- |
| ) | |
| Plaintiffs, ) | DECLARATION OF WILLIAM HESPEN |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF WILLIAM HESPEN

I, William Hespen, am competent to state, and declare the following based on my personal knowledge:

1. I am retired from a career as a Detective with the Chicago Police Department.

2. I am currently the registered owner of various guns, including handguns, shotguns and rifles, which I registered under the previous Chicago registration ordinance. I enjoy shooting and collecting guns, and I also need guns for self-defense at my Chicago home.

3. A large portion of my collection, comprising twenty-four firearms, will have its registration expire on October 8, 2010. I would re-register these guns under the new ordinance, but cannot do so until I obtain my Chicago Firearms Permit. I understand that I must undergo one hour of formal range training to obtain that permit and register my guns.

4. I understand that the Second Amendment Foundation and the Illinois State Rifle Association are planning to bring a mobile range to Chicago to offer the required city training for

people in my position. I would definitely utilize this facility to obtain the necessary range training in order to get my Chicago Firearms Permit.

5.      I am a member of the ISRA range near Kanakee, located 56 miles from my home. Driving a round-trip of 112 miles to shoot imposes a hardship on me and reduces my ability to maintain my marksmanship. I would use a range within the City of Chicago, were a range available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 7 day of August, 2010

_____
William Hespen