IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | Case No. 10-C- |
| ) | |
| Plaintiffs, ) | DECLARATION OF JOSEPH I. BROWN |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JOSEPH I. BROWN

I, Joseph I. Brown, am competent to state, and declare the following based on my personal knowledge:

1. I am an honorably-discharged U.S. Army veteran. I served in the Pacific and European theaters during the Second World War, and was among the liberators of the infamous Dachau concentration camp.

2. I am currently the Chairman of the Marksmanship Committee for the Department of Illinois, American Legion. I am also the Secretary and Treasurer of the Cook County Rifle League, and instruct a winter shooting league for junior shooters (boys and girls ages 12-20) that meets at the six-point indoor gun range located at the Morton Grove, Illinois American Legion Post 134.

3. I would like to register a gun I currently keep outside the City of Chicago for possession inside my Chicago home, but cannot do so until I obtain my Chicago Firearms Permit.

I understand that I must undergo one hour of formal range training to obtain that permit and register my gun.

4. I understand that the Second Amendment Foundation and the Illinois State Rifle Association are planning to bring a mobile range to Chicago to offer the required city training for people in my position. I would definitely utilize this facility to obtain the necessary range training in order to get my Chicago Firearms Permit.

5. I would also engage in recreational shooting within the City of Chicago, and promote and provide instruction in the shooting sports, and marksmanship, to my Chicago neighbors at a local range, if one were available.

6. Historically, Chicago has had various ranges open to the public. I have used the following gun ranges located in the City of Chicago: Small Bore Riflemen of Chicago, Clybourn and Fullerton Avenue; CECO, 22nd and Wabash Avenue, 2nd Floor; Roseland Gun Club, Roseland; Leadslingers Rifle Club, Oliphant & Northwest Highway; Chicago Rifle Club, Austin Town Hall, Austin and Lake Street; Lane Technical High School, Addison & Western Avenue; Gabby Hartnett's Range, Lincoln and Pulaski Road.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the _12_ day of August, 2010

_Joseph Brown_
Joseph I. Brown