IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-C- |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF RHONDA EZELL |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF RHONDA EZELL

I, Rhonda Ezell, am competent to state, and declare the following based on my personal knowledge:

1. I have been the victim of three attempted burglaries at my Chicago home. I have applied for a Chicago Firearms Permit so that I may register my handgun. I need a handgun to defend myself in my home.

2. To obtain the range training required by the City of Chicago as a condition of letting me have a Chicago Firearms Permit and keeping my gun, I traveled to a range in Dundee, Illinois, a significant distance from my home.

3. Traveling to this gun range outside the city was a hardship. I suffer from interstitial lung disease, lupus, and end stage renal disease, for which I am currently awaiting a kidney transplant.

4. I would like to continue recreational shooting, and I believe I need to keep practicing with my handgun in order to remain proficient in its use so that I may be better able to

defend myself in the event of a fourth burglary. I would welcome opportunities to learn how to maintain and improve my marksmanship. However, given the current state of my health, I find it difficult to travel outside the city to use a gun range. I would definitely utilize a gun range inside the city of Chicago were one accessible to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 5th day of August, 2010

Rhonda Ezell