IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) CITY OF CHICAGO, ) ) Defendant. ) | No. 10 CV 5135 |

## NOTICE OF MOTION

TO: Mara S. Georges, Esq.
The Honorable Virginia M. Kendall

You are hereby notified that on the 23rd day of August, 2010 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' Motion for Preliminary Injunction, a copy of which is filed simultaneously.

/s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547
dsigale@sigalelaw.com

2

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

    1.    On August 16, 2010, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    A copy was mailed to:

    Mara S. Georges, Esq.
Corporation Counsel of the City of Chicago
30 North LaSalle Street, Suite 800
Chicago, IL 60602

    3.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                     /s/ David G. Sigale
                                                       Attorney for Plaintiffs