**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MOTION FOR |
| v. | ) | TEMPORARY RESTRAINING ORDER |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move for the entry of a Temporary Restraining Order:

1. Enjoining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing Chicago Municipal Code § 8-20-280, barring operation of gun ranges open to the public;

2. Enjoining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing Chicago Municipal Code §§ 8-20-020, 8-20-030, 8-20-080, 8-20-100, 8-20-110, 8-20-140, and 8-24-010, or any other law, as against the ordinary operation and use of gun ranges open to the public and the loan or rental of functional firearms within gun ranges open to the public.

FURTHER, Plaintiffs respectfully request that upon issuance of the temporary restraining order, the Court set their motion for preliminary injunction for hearing pursuant to Fed. R. Civ. Proc. 65(b)(3).

| | |
|---|---|
| Dated: August 22, 2010 | Respectfully submitted, |
| Alan Gura (admitted pro hac vice)<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>703.835.9085/Fax 703.997.7665 | David G. Sigale (Atty. ID# 6238103)<br>Law Firm of David G. Sigale, P.C.<br>4300 Commerce Court, Suite 300-3<br>Lisle, IL 60532<br>630.452.4547/Fax 630.596.4445 |
| By: /s/ Alan Gura/ | By: /s/ David G. Sigale/ |
| Alan Gura | David G. Sigale |
| | Attorneys for Plaintiffs |

CERTIFICATE OF SERVICE

       The undersigned, an attorney of record for the plaintiffs, hereby certifies that on August 22, 2010, he served a copy of the above Motion for Temporary Restraining Order, and this certificate of service, on:

       Andrew W. Worseck
       City of Chicago Department of Law
       30 N. LaSalle Street, Suite 900
       Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

       /s/ Alan Gura
       Alan Gura