IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for the entry of a Temporary Restraining Order. Having considered the matter, the Court finds that Plaintiffs suffer and will continue to suffer irreparable harm in that they are unable to operate gun ranges; educate and train people in the safe use of firearms; and learn and practice the safe use of firearms; such prohibition frustrating compliance with the City of Chicago's training requirement for the registration of firearms.

Defendant has received adequate notice of the Plaintiffs' claim for injunctive relief, including notice of this motion.

Accordingly, the Court hereby issues this order temporarily

1. Restraining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing Chicago Municipal Code § 8-20-280, barring operation of gun ranges open to the public;

  2. Restraining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing Chicago Municipal Code §§ 8-20-020, 8-20-030, 8-20-080, 8-20-100, 8-20-110, 8-20-140, and 8-24-010, or any other law, as against the ordinary operation and use of gun ranges open to the public and the loan or rental of functional firearms within gun ranges open to the public.

  The Court finds that no security is required as the Defendant will not suffer financial harm by issuance of this order. FURTHER, this order shall expire by its own terms at _____ on _____, 2010, at which time the Court will hear argument on Plaintiffs' motion for preliminary injunction.

  SO ORDERED.

  This the ____ day of August, 2010, at _____ am/pm.


            _____
            The Hon. Virginia M. Kendall
            United States District Judge

CERTIFICATE OF SERVICE

      The undersigned, an attorney of record for the plaintiffs, hereby certifies that on August 22, 2010, he served a copy of the above Proposed Order, and this certificate of service, on:

      Andrew W. Worseck
      City of Chicago Department of Law
      30 N. LaSalle Street, Suite 900
      Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                    /s/ Alan Gura
                    Alan Gura