IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF ALAN GURA |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF ALAN GURA**

I, Alan Gura, am competent to state, and declare the following based on my personal knowledge:

1. I am counsel for the plaintiffs in the above-captioned action.

2. On the morning of Monday, August 16, 2010, at 10:41 Central Time, upon receiving word that this case had been filed, I immediately emailed Mara Georges, counsel for the City of Chicago, to advise her of the matter. I attached the complaint, moving papers, and all but one of the declarations that I did not have in final form.

3. I wrote Ms. Georges, in part: "The city may already have been served, but I wanted to give you a heads-up directly because we are seeking a preliminary injunction, and I don't want to deprive the city of its time to review the matter and come up with an opposition, if any (I guess that you would oppose)." Ms. Georges later graciously acknowledged this email.

4. On Friday, August 20, 2010, at 12:55 pm Central Time, I received a voice mail message from Michael Forti of the City of Chicago's Law Department. Mr. Forti advised that the City had filed its motion to reassign the case, and would use the fact of that motion to argue against having the court proceed with the motion for preliminary injunction. I returned Mr. Forti's call at 1:19 pm Central Time, and advised Mr. Forti, and his co-counsel Andrew Worseck who had joined our call, that unless they heard differently later, that the City was on notice of our motion for temporary restraining order. We had a good conversation, but could not come to agreement. I reconfirmed this motion with Mr. Forti at 3:29 p.m. I advised that the grounds were the same as those in the motion for preliminary injunction.

5. I asked Mr. Forti whether the city planned to brief an opposition to the motion. He suggested the city would not file a brief. I asked Mr. Forti when the city might respond to the *Benson* matter. His answer was, "in due time."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 22nd day of August, 2010

_____
Alan Gura

<u>CERTIFICATE OF SERVICE</u>

   The undersigned, an attorney of record for the plaintiffs, hereby certifies that on August 22, 2010, he served a copy of the above Memorandum of Points and Authorities in Support of the Motion for, and this certificate of service, on:

   Andrew W. Worseck
   City of Chicago Department of Law
   30 N. LaSalle Street, Suite 900
   Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

       /s/ Alan Gura
       Alan Gura