IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 10 CV 5135 ) ) ) ) ) ) |

## LR 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Plaintiff, Action Target, Inc., hereby discloses the following publicly-held affiliate that owns more than 5% of its shares:

- BB&T /ATI Investment, LLC

Plaintiff, Second Amendment Foundation, a non-profit corporation, hereby states that it has no publicly held affiliates.

Plaintiff, Illinois State Rifle Association, a non-profit corporation, hereby states that it has no publicly held affiliates.

Respectfully submitted,

| | |
|---|---|
| Alan Gura (admitted *pro hac vice*) <br> Gura & Possessky, PLLC <br> 101 N. Columbus Street, Suite 405 <br> Alexandria, VA 22314 <br> 703.835.9085/Fax 703.997.7665 | David G. Sigale (Atty. ID# 6238103) <br> Law Firm of David G. Sigale, P.C. <br> Corporate West I <br> 4300 Commerce Court, Suite 300-3 <br> Lisle, IL 60532 <br> 630.452.4547/Fax 630.596.4445 <br><br> By: ____/s/David G. Sigale_____ <br> David G. Sigale <br><br> Attorneys for Plaintiffs |