**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Rhonda Ezell, et al.
                    Plaintiff,

v.                                                 Case No.: 1:10–cv–05135
                                                        Honorable Virginia M. Kendall

City Of Chicago
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 23, 2010:

      MINUTE entry before Honorable Virginia M. Kendall:Plaintiff's motion for temporary restraining order [11] is set for hearing 8/23/2010 at 03:30 PM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.