IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | Case No. 10-CV-5135 |
| ) | |
| Plaintiffs, ) | |
| ) | EMERGENCY MOTION TO QUASH |
| v. ) | DEPOSITION SUBPOENAS *DUCES* |
| ) | *TECUM* |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' EMERGENCY MOTION TO QUASH DEPOSITION SUBPOENAS *DUCES TECUM***

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move pursuant to Fed. R. Civ. Proc. 26(c) and 45 for the entry of an Order quashing any deposition subpoenas *duces tecum* or other request for production of documents that may have been served on Blue Line Corporation and/or Accurate Perforating, Inc. FURTHER, Plaintiffs respectfully reserve the issue of sanctions.

| | |
|---|---|
| Dated: September 10, 2010 | Respectfully submitted, |
| | |
| Alan Gura (admitted *pro hac vice*) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |
| 703.835.9085/Fax 703.997.7665 | 630.452.4547/Fax 630.596.4445 |
| | |
| By: /s/ Alan Gura | By: /s/ David G. Sigale |
| Alan Gura | David G. Sigale |
| | |
| | Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on September 10, 2010, he served a copy of the above Motion, and this certificate of service, on:

    Andrew W. Worseck, Esq.
    City of Chicago Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                                          /s/ David G. Sigale
                                             David G. Sigale