IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, *et al*, | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NOTICE OF EMERGENCY MOTION |
| v. | ) | TO QUASH DEPOSITION SUBPOENAS |
| | ) | DUCES TECUM |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: All Counsel of Record
The Hon. Virginia M. Kendall
The Hon. James B. Zagel (if applicable)

You are hereby notified that on the 10th day of September, 2010 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 1403, or any sitting emergency judge, including the Hon. James B. Zagel, in Courtroom 2503 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' *Ex Parte* Motion to Quash Deposition Subpoenas *Duces Tecum*, a copy of which is filed simultaneously.

                                                                                         /s/ David G. Sigale
                                                                          One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547
dsigale@sigalelaw.com

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on September 10, 2010, he served a copy of the above Notice of Motion, and this certificate of service, on:

    Andrew W. Worseck, Esq.
    City of Chicago Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                                                    /s/ David G. Sigale
                                                      David G. Sigale