IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MOTION FOR |
| v. | ) | TEMPORARY RESTRAINING ORDER |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move for the entry of a Temporary Restraining Order:

1. Enjoining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing Chicago Municipal Code § 8-20-280, barring operation of gun ranges open to the public;

2. Enjoining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing Chicago Municipal Code §§ 8-20-020, 8-20-030, 8-20-080, 8-20-100, 8-20-110, 8-20-140, and 8-24-010, *or any other law*, as against the ordinary operation and use of gun ranges open to the public and the loan or rental of functional firearms within gun ranges open to the public.

Dated: September 13, 2010　　　　　　　Respectfully submitted,

Alan Gura (admitted pro hac vice)　　　　David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC　　　　　　　　Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405　　　　4300 Commerce Court, Suite 300-3
Alexandria, VA 22314　　　　　　　　　Lisle, IL 60532
703.835.9085/Fax 703.997.7665　　　　　630.452.4547/Fax 630.596.4445

By: /s/ Alan Gura/　　　　　　　　　　　By: /s/ David G. Sigale/
　　Alan Gura　　　　　　　　　　　　　　　David G. Sigale
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

    The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Motion for Temporary Restraining Order, and this certificate of service, on:

>Andrew W. Worseck
>City of Chicago Department of Law
>30 N. LaSalle Street, Suite 900
>Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


>/s/ Alan Gura
>Alan Gura