**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | REQUEST FOR JUDICIAL NOTICE |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and pursuant to Federal Rule of Evidence 201 request judicial notice of the following:

1. The City of Chicago, the third largest city in the United States, covers an area of 60,000 hectares (231.661 square miles).

    Source:     http://www.cityofchicago.org/city/en/about.html

    http://www.cityofchicago.org/city/en/about/facts.html

2. As of the 2000 census, Chicago was home to 2,896,016 people.

    Source:     http://factfinder.census.gov/servlet/SAFFFacts?_event=&geo_id=16000US1714000&_geoContext=01000US|04000US17|16000US1714000&_street=&_county=Chicago%2C+IL&_cityTown=Chicago%2C+IL&_state=&_zip=&_lang=en&_sse=on&ActiveGeoDiv=&_useEV=&pctxt=fph&pgsl=160&_submenuId=factsheet_1&ds_name=ACS_2008_3YR_SAFF&_ci_nbr=null&qr_name=null&reg=null%3Anull&_keyword=&_industry=

Dated: September 13, 2010 Respectfully submitted,

| | |
|---|---|
| Alan Gura (admitted pro hac vice) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |
| 703.835.9085/Fax 703.997.7665 | 630.452.4547/Fax 630.596.4445 |

By: /s/ Alan Gura/            By: /s/ David G. Sigale/
    Alan Gura                David G. Sigale
                                          Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Request for Judicial Notice, and this certificate of service, on:

    Andrew W. Worseck
    City of Chicago Department of Law
    30 N. LaSalle Street, Suite 900
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

        /s/ Alan Gura
        Alan Gura