IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-C-5135 |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF |
| | ) | ANDRE QUEEN |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF ANDRE QUEEN

I, Andre Queen, am competent to state, and declare the following based on my personal knowledge:

1. I am the Executive Director of Fidelity Investigative Training Academy. Fidelity is a state-licensed investigative and security academy located in Chicago, license number 102-000232.

2. We employ state-certified firearms instructors, and offer the Chicago Firearms Permit (CFP) class to members of the public so that they may register and safely operate firearms.

3. Our ability to provide range training is limited because the suburban ranges are locking out Chicago-based instructors, so that they can keep the CFP training market for themselves. For example, we have been excluded from Illinois Gun Works and Midwest Guns. We have an agreement with G.A.T. to use their range for our class, but G.A.T. is now running their own program, and I am concerned

that we may lose access to their range at some point. Recently, G.A.T. informed me that it would charge us $250 per week to have use of their range for 2 hours per week for training our CFP students. G.A.T. is also located in Dundee, Illinois, a significant drive from Chicago. We also use Maxon's Gun Range in Des Plains, but that range is not open on Mondays and has only ten lanes. Maxon's is usually a forty-five minute drive from Chicago, without traffic.

4.  The lack of adequate range facilities costs us customers, both because there is simply not enough range time to take on the students that we can serve, and because the cost and time associated with using the ranges that are available discourages customers.

5.  Fidelity is interested in sharing the mobile range that the Plaintiffs in this case are bringing to Chicago, and is also interested in bringing in its own mobile range, at least until it can construct its own permanent range in Chicago. I have previously met with representatives of a mobile range manufacturer, Laser Shot, at the Midwest Police and Security Expo in Rosemont, Illinois, which is sponsored by the Illinois Association of Chiefs of Police. I was impressed with Laser Shot and their mobile range product.

6.  I have also visited the Meggitt website and have researched their mobile ranges. I believe that their ranges are well-constructed and ideal for our use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of September, 2010

Andre Queen

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Declaration, and this certificate of service, on:

William Macy Aguiar
City of Chicago Department of Law
30 N. LaSalle Street, Suite 900
Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


/s/ Alan Gura
Alan Gura