IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., | Case No. 10-C-5135 |
| Plaintiffs, | DECLARATION OF RICHARD PEARSON |
| v. | |
| CITY OF CHICAGO, | |
| Defendant. | |

## DECLARATION OF RICHARD PEARSON

I, Richard Pearson, am competent to state, and declare the following based on my personal knowledge:

1. I am the Executive Director of the Illinois State Rifle Association ("ISRA").

2. ISRA is a non-profit membership organization incorporated under the laws of Illinois with its principal place of business in Chatsworth, Illinois. ISRA has over 17,000 members and supporters in Illinois. The purposes of ISRA include securing the Constitutional right to privately own and possess firearms within Illinois, through education, outreach, and litigation.

3. ISRA members and supporters in Chicago are among the individuals who need immediate range training to maintain their ability to keep firearms for self-defense under Chicago's new firearms ordinance. ISRA has approximately 1,144 members in Chicago. Most of our members are gun owners.

4. Not every gun is suitable for every person. It is quite obviously better for potential gun owners, and in the interest of public safety, that prospective gun buyers experience a variety of guns, or at least, those guns they are considering, *before* actually making their purchases. And many people are introduced to shooting and gun ownership by visiting a range prior to deciding to purchase a gun.

5. ISRA has long operated a gun range near Kankakee, Illinois, for the benefit of its members, and to promote marksmanship and the shooting sports. Among ISRA's members and officers are various firearms trainers certified by the State of Illinois who are qualified to provide the training mandated by the City of Chicago as a prerequisite to obtaining a Chicago Firearms Permit.

6. There currently exist at least ten gun ranges in the city of Chicago, but none are open to the public. These include five ranges are operated by the Chicago Police Department; four gun ranges operated by the federal government (Postal Inspectors, Air Marshals, Customs and Border Protection, and the Federal Reserve Bank); and at least one gun range operated by a private security company for its own purposes. Previously I declared there were two security company ranges, but this was an oversight on my part, for which I apologize. The fact remains that there are ranges in Chicago, but none that the public can access.

7. There exists a severe shortage of range-time within a hundred miles of the City of Chicago, owing to the incredible demand on training facilities created by (1) the need of existing gun registrants to obtain officially-recognized training to continue their firearms ownership, (2) the need for people to obtain officially-recognized training in time for them to comply with the grandfathering provisions for previously acquired guns, and (3) an intense interest in firearms ownership as a result of the *McDonald* case, and the city's acquiescence in recognizing legal

handgun ownership. Handguns, as the Supreme Court recognized, are overwhelmingly the arms of choice in our country for people wishing to have a means of self-defense, and handgun ownership has just become legally possible in Chicago for the first time in decades. Without the construction of additional range facilities open to the public, including range facilities in Chicago, people who would register their firearms will not be able to do so.

8. To fulfill ISRA's organizational objectives, and serve our members and supporters, ISRA will supply state certified firearms trainers to operate the mobile gun range being brought to the City of Chicago by the Second Amendment Foundation.

9. ISRA has a comprehensive general liability insurance policy which covers its fixed range and other activities of the ISRA. It will cover the mobile range as well. However, I will need to add the address of the mobile range as soon as the decision is made as to where it's going to be located, either at the Accurate Perforating or the Bell lot, and once we have the Court's permission. The policy is designed for shooting ranges and has $1,000,000/$2,000,000 general liability coverage with a $5,000,000 umbrella over that. Range insurance is readily available.

10. But for the criminal enactments challenged in this complaint, SAF and ISRA would operate the mobile range within the City of Chicago on September 24, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of September, 2010

*[signature]*
Richard Pearson

CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Declaration, and this certificate of service, on:

>William Macy Aguiar
>City of Chicago Department of Law
>30 N. LaSalle Street, Suite 900
>Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

>/s/ Alan Gura
>Alan Gura