**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | Case No. 10-CV-5135 |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF JERRY TILBOR |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JERRY TILBOR**

I, Jerry Tilbor, am competent to state, and declare the following based on my personal knowledge:

1.     I am the President of Blue Line Corporation.

2.     Blue Line is engaged in the business of renting a mobile firearms range. The range is contained in a truck trailer, which I drive to Blue Line's clients. Upon arrival at the customer location, I operate the range, while the client is responsible for the use of the range, including the provision of any training.

3.     Blue Line's range was constructed by Meggitt Training Systems. The range appears from the outside as a plain, unmarked truck trailer, and on the inside it contains three shooting lanes and a range-master office. The range is equipped with a state of the art HEPA air filtration system, a bullet trap, is fully bullet-proof, and is insulated for sound, so that gunfire inside the range sounds no louder than a nail gun on the outside. The range interior is lined with foam.

4.  Apart from the fact that the Blue Line range is mobile, it is no different than any gun range that exists inside a fixed structure.

5.  No one has ever been injured by a bullet fired inside the Blue Line range.

6.  Most of Blue Line's customers are law enforcement departments who need range facilities to maintain their officers' firearms qualifications. However, Blue Line also rents the range to the civilian market. There are no features or characteristics of the range that make it unsuitable for the public. For example, every fall, the Blue Line range is parked outside of a sporting goods store in Kittery, Maine, where members of the public use it for recreation, and to try out different kinds of guns and ammunition.

7.  Blue Line's range can be parked and operated on any flat surface. There are no special parking requirements. If the range fits in a parking spot, it can be safely operated there. I frequently deliver the range to locations I have never previously examined in person. There is no particular spot within a parking lot or street that is better or worse than any other, so long as the parking space is level.

8.  In many locations, the range's muffled noise does not rise above the general background noise. I have operated the range five feet from a house without incident.

9.  I have examined satellite images of the Accurate Perforating property, and the property located at 6300-6400 South Bell. These appear to be ideal places to operate the range. The Accurate Perforating parking lot is next to a major highway and factories. The Bell lot is a large vacant lot next to a railroad.

10. Blue Line has a contract with the Second Amendment Foundation (SAF) to operate the Blue Line range in Chicago, so that members of the general public may obtain the range training required by the City of Chicago to own guns. Blue Line fully endorses SAF's project. The Blue Line range is perfect for this application. Blue Line understands that the training will be provided by firearms instructors certified by the State of Illinois, who are familiar with the basic rules of firearms safety. Blue Line understands that the trainers may be provided by the Illinois State Rifle Association, which is working with SAF, but that in any event, all Chicago Firearms Permit trainers must be certified by the State of Illinois, and Blue Line is satisfied that such trainers can safely use its facility.

11. The precise way in which the project is operated, for example, whether or how appointments are taken, whether fees are charged to use the range and in what amount, or whether firearms and ammunition are supplied, is of no concern to Blue Line. It is for SAF to determine how best to utilize the range for its purposes. Blue Line's role is only to operate the range and ensure that the basic rules of safety are followed.

12. Blue Line is contractually obligated to provide its range to SAF at agreed-upon dates within a one-year period. If the Court permits it, Blue Line is currently scheduled to deliver the range to Chicago September 24, and operate it in Chicago for a week. As a practical matter the final decision to drive the range to Chicago must be made by September 22 as the range would be trucked from Massachusetts.

13. After the first visit to Chicago, ending September 30, Blue Line will continue offering the range's availability to SAF throughout the service agreement year. Our contract does not allow us to deny SAF access to the range after the initial visit. I see no reason why the Blue Line range could not return to Chicago following its next appointment, consistent with our contract.

14. If there is no legal impediment to doing so, Blue Line fully intends to operate the range for SAF in Chicago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of September, 2010

Jerry Tilbor

CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Declaration, and this certificate of service, on:

William Macy Aguiar
City of Chicago Department of Law
30 N. LaSalle Street, Suite 900
Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


/s/ Alan Gura
Alan Gura