## MEMO

TO: SECOND AMENDMENT FOUNDATION
12500 NE 10TH PLACE
BELLEVUE, WASHINGTON 98005
LESSEE

FROM: ACCURATE PERFORATING CORPORATION
LESSOR

DATE: SEPTEMBER 8, 2010

RE: TERMINATION OF INDUSTRIAL BUILDING LEASE

---

You are hereby notified that the Industrial Building Lease dated August 12, 2010, commencing August 31, 2010 on a month-to-month basis, is hereby terminated effective October 31, 2010.

Accurate Perforating Corporation

By: _____

Date Signed: 9-8-10

CERTIFICATE OF SERVICE

    The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Exhibit, and this certificate of service, on:

    Andrew W. Worseck
    City of Chicago Department of Law
    30 N. LaSalle Street, Suite 900
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

    /s/ Alan Gura
    Alan Gura