IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S NOTICE OF DEPOSITION OF ACCURATE PERFORATING CORP.

TO:   Alan Gura                              David G. Sigale
      Gura & Possessky, PLLC                 Law Firm of David G. Sigale, P.C.
      101 N. Columbus Street                 Corporate West I
      Suite 405                              4300 Commerce Court, Suite 300-3
      Alexandria, VA 22314                   Lisle, IL 60532

**PLEASE TAKE NOTICE** that pursuant to pursuant to Fed. R. Civ. P. 30(b)(6) and 45, Defendant City of Chicago (the "City") requests that Accurate Perforating Corporation ("Accurate") designate an individual(s) for deposition at 10:00 a.m. on September 10, 2010 at the City's offices located at 30 N. LaSalle Street, Suite 1230, Chicago, IL 60602 before a notary public or any officer authorized to administer oaths.

The individual(s) designated by Accurate shall have knowledge to testify with respect to: (i) the negotiation and execution of the Industrial Building Lease between Accurate and Second Amendment Foundation dated August 12, 2010; and (ii) the zoning, licensing, and/or permitted purposes of the 3333 W. 36th Street, Chicago, IL 60632.

Date: August 30, 2010                        Respectfully submitted,

                                             MARA S. GEORGES,
                                             Corporation Counsel for the City of Chicago

                                             By: _____
                                                 Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 30th day of August, 2010, I caused a copy of the forgoing **Notice of Deposition of Accurate Perforating Corp.** to be served by facsimile and first-class United States mail, postage prepaid, on:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street
Suite 405
Alexandria, VA 22314
Fax No. 703-997-7665

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West 1
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
Fax No. 630-596-4445

_____
William Macy Aguiar

CERTIFICATE OF SERVICE

    The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Exhibit, and this certificate of service, on:

    Andrew W. Worseck
    City of Chicago Department of Law
    30 N. LaSalle Street, Suite 900
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


                /s/ Alan Gura
                Alan Gura