IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | Case No. 10-CV-5135 |
| ) | |
| Plaintiffs, ) | DECLARATION OF ALAN GURA |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ALAN GURA

I, Alan Gura, am competent to state, and declare the following based on my personal knowledge:

1. I am counsel for the Plaintiffs in the above-captioned case.

2. On August 25, this Court denied Plaintiffs' motion for a temporary restraining order without prejudice. The Court found that Plaintiffs had not established irreparable harm for two reasons: first, the individual plaintiffs were able to move beyond the city's borders to get training, and in fact Plaintiff Ezell had done so; and the mobile range "can't get here yet . . . [it] looks like it's coming at the earliest mid-September." Tr., 8/25/10, at 75, l. 14-23. "But that is a denial without prejudice, meaning that it can be soon enough an irreparable injury." *Id.*, at 76, l. 1-2. "I also am saying to the plaintiffs, this is a denial without prejudice. This is one that you can bring again." *Id.*, at 76, l. 11-12.

3.  As detailed in the additional declarations submitted today, the mobile range will be operating in Chicago within ten days if the Court allows it. The absence of injunctive relief is the sole impediment to operating the range. The issuance of a temporary restraining order now will enable the range to begin its journey to Chicago, and enable the Plaintiffs to inform and schedule trainees and trainers so that the range is not idle when it arrives.

4.  This morning, I spoke with counsel for the city, and provided oral notice of this motion prior to filing it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 13th day of September, 2010

/s/ Alan Gura
Alan Gura

CERTIFICATE OF SERVICE

      The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 13, 2010, he served a copy of the above Declaration, and this certificate of service, on:

      William Macy Aguiar
      City of Chicago Department of Law
      30 N. LaSalle Street, Suite 900
      Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

      /s/ Alan Gura
      Alan Gura