# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:    10-C-5135

*Rhonda Ezell, at al. v. City of Chicago*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| |
|---|
| NAME (Type or print)<br>Rebecca Alfert Hirsch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Rebecca Alfert Hirsch |
| FIRM City of Chicago Department of Law |
| STREET ADDRESS 30 North LaSalle Suite 1230 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279592     TELEPHONE NUMBER (312) 742-0260 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |