# Exhibit D

Richard Pearson                         September 8, 2010

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

EZELL, et al,                    )
               Plaintiffs,   ) No. 10-CV-5135
        vs.               ) Judge
CITY OF CHICAGO,                 ) Virginia M.
             Defendants.    ) Kendall

      The deposition of RICHARD A. PEARSON
called as a witness for examination, taken pursuant
to the Federal Rules of Civil Procedure of the
United States District Courts pertaining to the
taking of depositions, taken before LISA C. HAMALA,
a Notary Public within and for the County of Cook,
State of Illinois, and a Certified Shorthand
Reporter of said state, CSR No. 84-3335, at Suite
1230, 30 North LaSalle Street, Chicago, Illinois,
on the 8th day of September, A.D. 2010, at 1:16
p.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

2

```
 1    PRESENT:

 2         LAW FIRM OF DAVID G. SIGALE, P.C.,

 3         (Corporate West 1,

 4         4300 Commerce Court, Suite 300-3,

 5         Lisle, Illinois 60532,

 6         630-452-4547), by:

 7         MR. DAVID G. SIGALE,

 8         dsigale@sigalelaw.com,

 9              appeared on behalf of the Plaintiffs;

10

11         CORPORATION COUNSEL

12         CITY OF CHICAGO,

13         (30 North LaSalle Street, Suite 1230,

14         Chicago, Illinois 60602,

15         312-744-4216), by:

16         MR. ANDREW WORSECK,

17         aworseck@cityofchicago.org,

18              appeared on behalf of the Defendants.

19

20

21

22

23    REPORTED BY:  LISA C. HAMALA, CSR.

24              Illinois CSR No. 84-3335.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

1        A.      A picnic pavilion we use to meet in and

2    train people under.   There are a variety of utility

3    buildings for storage of targets, equipment, target

4    frames, tables, chairs.   That sort of thing.

5        Q.      The picnic pavilion has tables, chairs?

6        A.      Yes.

7        Q.      Is that outdoor structure just with a

8    roof and table and chairs, but otherwise open to

9    the air?

10       A.      Yes.   Open to the air.

11       Q.      What kind of training does the ISRA

12   provide in the picnic pavilion?

13       A.      Whenever we have class, which could be

14   rifle, pistol, shotgun, that's what we use.

15       Q.      So an instructor teaches class in the

16   picnic pavilion based on one of the three types of

17   weapons?

18       A.      Depending on the discipline.

19       Q.      How many students are allowed in these

20   classes at one particular time?

21       A.      Up to 40.

22       Q.      What types of subjects are taught in the

23   classes?

24       A.      Basic pistol classes, combat pistol



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1    classes, bull's eye classes, which is target

2    shooting.

3              International pistol, shotgun classes,

4    high-power classes, 22-small bore classes.

5              Every kind of discipline.

6         Q.    As far as the subjects, do you teach

7    safe gun use, safe gun storage, how to load and

8    hold the gun, how to aim.

9              Are those kinds of things encompassed in

10   the classes?

11        A.    Yes.

12        Q.    Do the students have weapons during the

13   classes?

14        MR. SIGALE:   Objection to form.

15              You could answer if you understand.

16              My objection is there are so many

17   different classes, I prefer if you broke it down.

18   BY MR. WORSECK:

19        Q.    We can start at the top.

20              Generally speaking, are students

21   permitted to have their own weapons in hand during

22   the training classes under the picnic pavilion?

23        A.    Yes.

24        Q.    Are there any instances where the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

18

1    students are not permitted to have their own

2    weapons in hand?

3         A.    I need to clarify that.

4         Q.    Sure.

5         THE WITNESS:  Can I do that?

6         MR. SIGALE:  Yes.

7    BY THE WITNESS:

8         A.    Okay.  They don't have their firearms

9    under the picnic pavilion.  They are only allowed

10   to handle them on the range.  Sometimes they bring

11   their own and sometimes we provide them.

12   BY MR. WORSECK:

13        Q.    On the range?

14        A.    Yes.

15        Q.    When in the pavilion taking the class

16   and listening to the instructor, there is no

17   instance where a student is allowed to have his or

18   her own firearm in hand, is that correct?

19        A.    That's correct.

20        Q.    Do the instructors have their own

21   firearms in hand during the classes in the picnic

22   pavilion?

23        A.    They may have.

24        Q.    Is that a decision up to their own



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1   judgment, or are there any rules that specify when

2   the instructor could have a weapon under the picnic

3   pavilion?

4        A.    Only if it has been checked by another

5   instructor or two to make sure it is unloaded.

6        Q.    Do the instructors use any visual aids

7   like blow-ups, white boards or slide projectors,

8   posters?

9        A.    Not slide projectors, but visual aids of

10  all kinds.

11       Q.    Is literature given to the students,

12  pamphlets, handbooks?

13       A.    Yes.

14       Q.    Those publications and posters, visual

15  aids all convey information about gun training, gun

16  safety, use, etcetera?

17       A.    Yes.

18       Q.    Why aren't students allowed to have

19  their own firearms in hand when taking classes in

20  the picnic pavilion?

21       A.    If they bring their own firearms, we

22  take them to an area and check the firearm making

23  sure it is unloaded.  Then we retain the firearm

24  until they are ready to use it.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1           That's a safety reason.

2      Q.     So it's a safety reason is the reason

3  why the students aren't allowed to have their own

4  guns in hand?

5      A.     Yes, and the fact they can only handle

6  them on the range.  This isn't the range.

7      Q.     Are there specific safety reasons that

8  play here?

9           Can you elaborate more on the safety

10  concerns that are behind this rule of not allowing

11  the students to have their own weapons in hand.

12      A.     Yes, I can.  First of all, you don't

13  know if they have any experience or a lot of

14  experience.  But it doesn't matter.

15           Safety is the first concern always when

16  handling firearms.  So we remove the firearms and

17  make sure they are not loaded.  We give them back

18  when they reach the range.

19           The pavilion isn't a place to shoot a

20  firearm because it has no barriers around it, you

21  know, to retain the bullet and that sort of thing.

22           For teaching reasons, we don't want them

23  fooling around with anything else other than

24  listening to the instructor.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

21

1          We have blue guns.  I don't know if

2     you're familiar with them.  They are a training

3     firearm that are blue plastic and fake.

4          Q.    Are the students allowed to handle the

5     blue gun?

6          A.    Yes.

7          Q.    Does each student have a blue gun, or is

8     it sort of the thing that's passed around?

9          A.    It can be passed around.  There is only

10    one set of blue guns, and the instructor retains

11    those and uses the students as props in how to

12    handle them properly.

13         Q.    What specific types of training are

14    taught by using the blue gun?

15         A.    Grip, stance, side alignment and general

16    safety.

17         Q.    The blue gun, can you open the chamber,

18    take it apart, or is it just a solitary piece --

19         A.    It's a solid piece of plastic.

20         Q.    The blue gun training takes place under

21    the pavilion?

22         A.    Yes.

23         Q.    Aside from actually pulling the trigger,

24    a student can use the blue gun in the picnic



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

22

1     pavilion to learn how to hold the gun, stand with

2     it, aim the gun, how to holster the gun, all those

3     sorts of things?

4          A.     Yes, in demonstrations of safety and

5     what is not safe.

6          Q.     Is there any cost to these training

7     courses?

8          A.     The answer is yes.

9          Q.     That was kind of a bad question.

10         Is a fee charged to the students?

11         A.     Yes.

12         Q.     What is the fee?

13         A.     Anywhere from 0 to $200.

14         Q.     What determines how much money a

15    particular student would have to pay?

16         A.     The type of class and the instructors

17    and cost of the material.

18         Q.     Do the material costs include -- what do

19    the material costs include?

20         A.     The pamphlets.  Some cost is in there

21    for the use of the ISRA firearms if they are used.

22    The cost of printing copies, forms of all kinds.

23         It's a class, so there are books, paper.

24    Everything like that.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                            September 8, 2010

27

1    Q.    What situations would those be?

2    MR. SIGALE:   Objection as to speculation.

3         You could answer.

4  BY THE WITNESS:

5    A.    By putting in a new shotgun trap

6  requires different rules.  Things like that.

7  BY MR. WORSECK:

8    Q.    How long does it take the Range

9  Committee to review some proposed changes to the

10 rules?

11   A.    I generally write the rules.  Send it

12 out to them.  They look at it.  So within two,

13 three days.

14   Q.    Who sits on the Range Committee?

15   A.    Myself, Don Moran, Jack Cantilon, Mike

16 Biggers, Jim Trimby, Mike Vitalakis.  I don't know

17 how to spell that.

18        There are 13.

19   Q.    What kind of factors impact what the

20 rules will be for a given range?  What do you need

21 to take into account?

22   A.    First of all, on all ranges the first

23 thing you take in are gun handling rules on that

24 range.  That the muzzle is always in a safe



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

28

1    direction.  Not loaded until ready to use.  Many
2    others.
3              Then the type of firearm used impacts
4    that.  The range of the firearm impacts that.
5         Q.    Any other factors?
6         A.    The layout of the particular range
7    impacts that.
8         Q.    Does it matter what kind of students you
9    have at the range?
10             For instance, beginners versus 20-year
11   members of the ISRA, that kind of thing?
12        A.    No.
13        Q.    Does the ISRA have different rules of
14   the range for each of the five different ranges
15   that you talked about earlier, the pistol range,
16   high-power range, shotgun range?
17        A.    Some of those rules are the same in all
18   ranges and then some are particularly tailored to
19   that range.
20        Q.    Would the specific rules for each range
21   be contained in the book you mentioned?
22        A.    Yes.  It is listed under the range.
23        Q.    The rules specific to each particular
24   shooting range at Bonfield, do those also go



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                      September 8, 2010

36

1          A.    If I explain the fee structure, maybe

2    that will help.  There is a base fee for people

3    over 65 and under 65.

4          People under 65 have an $80-a-year work

5    fee which they do not have to pay if they volunteer

6    two days.  If they don't volunteer the two days,

7    they get charged $80.

8          Your first year as a member, you're

9    charged an initiation fee that is $80.

10         Beyond that, the only thing I would know

11   would be a match fee, or sometimes they throw it in

12   the pot and have a picnic.

13         Q.    Okay.  Has the ISRA ever operated a

14   mobile shooting range?

15         A.    No.

16         Q.    Have you personally ever operated or

17   trained or had any association with a mobile

18   shooting range?

19         A.    No.

20         Q.    Does the ISRA have insurance for the

21   Bonfield range?

22         A.    Yes.

23         Q.    What kind of policy?

24         A.    A comprehensive journal liability policy



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

1     Sports Foundation.  It's on their website called

2     "wheretoshoot."

3          Q.    That's the website you identified in

4     your Interrogatory responses?

5          A.    Yes.

6          Q.    Aside from what's listed on that

7     website, do you have any other familiarity with how

8     many ranges are within X number of miles of

9     Chicago?

10         A.    No.  All the ranges I know would be

11    listed there.

12         Q.    Do you shoot at any ranges other than

13    the Bonfield range?

14         A.    I have shot at many ranges.  I was a

15    very short-time member of the U.S. Shooting Team.

16    I shot at Quanaco, Virginia, Ft. Denning, Prado

17    California, Indiana International Shooting Range,

18    Camp Perry, Ohio.

19              All over the place.

20         Q.    Have you ever been to any shooting

21    ranges within the Chicagoland area?

22         A.    Yes.

23         Q.    Which ranges?

24         A.    I have been to Chuck's Gun Shop, Gat



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

1    Guns, Midwest in Lyons.

2            I think that's all.  I was actually at a

3    couple that are now closed.  Bell's.

4        Q.    Is it fair to say you have visited each

5    of those ranges while you were living in

6    Chatsworth?

7        A.    Yes.  It is part of my duties as

8    Executive Director.

9        Q.    To visit those ranges?

10       A.    Yes.

11       Q.    Why would you need to visit those ranges

12   in your ISRA capacity?

13       A.    I'm supposed to know everything that's

14   out there as well as I can.

15       Q.    What kinds of things are you supposed to

16   know about these ranges?

17       A.    I like to look at them.  How they are

18   constructed, laid out.  I have my own ideas about

19   shooting ranges.  I like to see what others think.

20   What kind of hardware they use.

21       Q.    So opinions could differ as to how best

22   to build a shooting range or operate one?

23       A.    There are different companies that build

24   shooting ranges.  I like to see what they actually



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

42

1    have in practice if I can.

2           Q.    You might disagree with their set-up?

3           A.    I might not like them.  I can't

4    disagree, but I might not like them.

5           Q.    Have you ever come across a range set-up

6    that, in your opinion, was unsafe?

7           A.    Not recently.  Maybe years ago.

8           Q.    How many years ago?

9           A.    1970's.  When they first started, there

10   were some out there that weren't too good.

11          Q.    What about them made them not too good?

12          A.    Poor ventilation systems.  Dark, dreary.

13          Q.    Any other factors?

14          A.    I may not like the target return or how

15   much space was allowed for each person.

16                That sort of thing.  The attitude of the

17   people.

18          Q.    You mean the operators, trainers?

19          A.    Yes.

20          Q.    Were any of those in the Chicago area?

21          A.    No.

22          Q.    Are you a State-licensed firearm

23   instructor?

24          A.    No, I am not.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

43

1          Q.     Were you ever?

2          A.     No, I have never been.

3          Q.     So one does not need a license from

4     Illinois to instruct in the use of firearms?

5          A.     No.  My license has come from the

6     National Rifle Association.

7          Q.     You don't need a State license?

8          A.     No.

9          Q.     It is lawful to instruct in the use of

10    firearms in the State of Illinois without a license

11    from the State?

12         A.     Yes.

13         Q.     Does the State of Illinois require any

14    sort of license to be a range operator?

15         A.     No.

16         Q.     Or to be a range master?

17         A.     No.

18         Q.     Does the NRA offer a license for the

19    position of range operator?

20         A.     I don't know.

21         Q.     Do they offer one for range masters?

22         A.     Yes.  They are actually called range

23    officers.

24         Q.     Do you hold that license, as well?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

49

1        A.      Yes.

2        Q.      You didn't find anything the second time

3    around?

4        A.      No.

5        Q.      In the course of preparing your

6    responses to the Document Requests, did you speak

7    with anyone?

8        MR. SIGALE:   If the answer is attorney, you

9    can say.   I will object if the next question is

10   what you talked about.

11               If the answer is you spoke with your

12   attorney, say that.

13   BY THE WITNESS:

14       A.      Yes.

15   BY MR. WORSECK:

16       Q.      Other than your attorneys, did you speak

17   with anyone?

18       A.      No.

19       Q.      Turn to the second page of Exhibit

20   No. 3.

21               Request No. 2, do you see that?

22       A.      Yes.

23       Q.      It reads "All documents related to the

24   statement contained in the Declaration of Richard



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

50

1    Pearson in support of plaintiff's motion for a

2    preliminary injunction.  That there exists a severe

3    shortage of range time within 100 miles of the City

4    of Chicago."

5              The Answer reads "NSSF documents the

6    availability of ranges available at

7    www.wheretoshoot.org."

8              That's the only document that relates to

9    your claim that there's a "severe shortage of range

10   time within 100 miles of Chicago"?

11        A.    For the purposes of the Chicago Firearms

12   Permit.

13        Q.    There are no other documents that

14   discuss or talk about or reflect the shortage of

15   range time?

16        A.    No.

17        Q.    Does this website talk about a shortage

18   of range time in Chicago?

19        A.    It is just a list of ranges.

20        Q.    In the Chicago area?

21        A.    Within a radius.

22        Q.    So it just lists the ranges that are

23   within a certain distance of Chicago, but it

24   doesn't say anything about whether there's a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

1    shortage of range time within that radius?

2        A.    No.   It includes all kinds of ranges.

3    Shotgun ranges.   Things that wouldn't apply.

4        Q.    Look at Request No. 3.

5              "All documents related to any

6    communications or agreements between you and the

7    Second Amendment Foundation regarding the placement

8    of a mobile firearms range within the city."

9              The Answer provided is "None."

10       A.    Right.

11       Q.    There are no documents that you have or

12   that the ISRA has relating to this endeavor with

13   the SAF to provide or operate a mobile shooting

14   range in Chicago?

15       A.    No.

16       Q.    Were there any oral communications that

17   you had with the SAF about that?

18       A.    We agreed to help run one, assist in

19   running a mobile shooting range orally.

20       Q.    When was the first communication between

21   the SAF and the ISRA on that topic?

22       A.    I don't know exactly, but before I went

23   to Camp Perry, Ohio.   I went there on July 12.

24       Q.    How did that communication come about?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                September 8, 2010

56

1          A.     Right.   I said three, but there could be
2     four.  I don't know exactly.
3          MR. SIGALE:   By "communications," you're
4     referring orally, is that the question -- actually,
5     objection to form.
6          MR. WORSECK:   Sure.
7     BY MR. WORSECK:
8          Q.     The only oral communications you had
9     with the SAF about the operation of the mobile
10    shooting range in Chicago took place during these
11    three or four phone calls involving this group of
12    people?
13         A.     Yes.
14         Q.     It is my understanding when we talked
15    earlier about your Document Requests, there were no
16    written communications at all at any time between
17    the ISRA and the SAF about this mobile shooting
18    range?
19         A.     No.
20         Q.     Were any agreements reached between the
21    ISRA and the SAF about this mobile shooting range?
22         A.     That we verbally agreed to operate it.
23         Q.     There was no written agreement?
24         A.     No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                              September 8, 2010

57

1      Q.    Can you be more specific about the oral
2   agreement, verbal agreement?
3      A.    There wasn't much more to it than that.
4      Q.    You simply said "We will agree to help
5   run this range"?
6      A.    Yes.
7      Q.    You didn't get into any specifics about
8   specific roles that the ISRA would play with
9   respect to the mobile shooting range?
10      A.    No.
11      Q.    Has the ISRA ever had any communication
12   with the City of Chicago either orally or a written
13   communication regarding operating or running this
14   mobile shooting range in Chicago?
15      A.    No.
16      Q.    Aside from the NSSF website that we
17   talked about a few minutes ago, are you aware of
18   any other documents out there that anyone might
19   have listing or discussing the number of shooting
20   ranges within a certain amount of distance from the
21   city of Chicago?
22      A.    There is a document out there called --
23   it is a book called "Black's Wing and Clay."
24           It has other stuff in it.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

61

1   question.  That's my objection.

2   BY MR. WORSECK:

3       Q.    Are you aware of any member of the ISRA

4   who is also a Chicago resident that has requested

5   or asked about range training within the City of

6   Chicago?

7       A.    No.

8       Q.    Look at No. 2.

9             So I'm clear, there were no

10  communications at all between the ISRA and Blue

11  Line Corporation regarding the delivery or

12  placement or operation of the mobile shooting

13  range, is that correct?

14      A.    None.

15      Q.    Why were there no communications?

16      A.    My job wasn't to deal with Blue Line.

17      Q.    Whose job was that?

18      A.    The Second Amendment Foundation's.

19      Q.    Did you discuss the Blue Line range with

20  anyone?

21      A.    Outside of those phone calls, no.

22  THE WITNESS:  Is that an answer?

23  MR. SIGALE:  Yes.  I will object to the

24  question.  It asks for privileged information.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

64

1      with real estate agents about securing other sites?

2          A.    No.

3          Q.    It hasn't looked at a map of the city to

4      try to identify some other sites?

5          A.    I actually thought about that, but I

6      didn't have a map of the city to look at.

7          Q.    Earlier you stated that there had been

8      no communications at all between the ISRA and the

9      City of Chicago regarding this mobile range?

10         A.    No.  I don't think so.

11         Q.    You do recall saying there had not been

12     any communications?

13         A.    I have talked to no one about this

14     mobile range with the city or got anything from

15     them.

16         Q.    And why not?

17         A.    It is not my job.  It is Second

18     Amendment's job.

19         Q.    Look at Interrogatory No. 7.

20              "Identify all applications, including

21     but not limited to licensing to" -- I think that's

22     a typo.

23              "Licensing and zoning applications you

24     have filed with the City related to the placement



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

68

1    on site?

2         A.    At least one trainer and one range

3    officer.

4         Q.    Will there be any other staff?

5         A.    There could be.  There could be a

6    clerical person there.

7         Q.    You mentioned that you would develop the

8    safety protocols at the range?

9         A.    Yes.

10        Q.    When would you do that?

11        A.    Probably soon.  Next few days probably.

12        Q.    Why haven't you done that already?

13        A.    Because it is very simple to do.  A

14   mobile shooting range is like any other shooting

15   range.  Safety protocols are safety protocols.

16        Q.    Do you need to actually see the range,

17   visit it before you could develop the safety

18   protocols?

19        A.    No.

20        Q.    Have you ever seen the Blue Line trailer

21   that the SAF hopes to bring to the city?

22        A.    Only on the website.

23        Q.    Have you ever seen any sort of mobile

24   shooting range trailer?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

69

1        A.      No.   Only on websites.

2        Q.      You never developed a safety protocol

3    for a mobile firing range trailer?

4        A.      No.

5        Q.      Will the safety protocol need to be

6    subjected to the ISRA Range Committee review

7    process?

8        A.      Probably not.

9        Q.      Why not?

10       A.      Because it is a different project.  I

11   will probably show it to the instructors.

12       Q.      How is it different?

13       A.      The Range Committee deals with one

14   shooting range, that one.

15       Q.      The Bonfield range?

16       A.      Yes.

17       Q.      Are the safety protocols different than

18   the rules of the range?

19       A.      The answer is sometimes.  The general

20   safety protocols generally apply anywhere.

21   Whatever range you're at.  Doesn't matter.

22       Q.      The safety protocols that you would

23   create for the mobile shooting range in Chicago

24   would be the general --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

70

1        A.      Similar to the ones for the Bonfield

2   range, yes.

3        Q.      Would you need to develop any specific

4   rules of the range for the mobile shooting range in

5   Chicago?

6        A.      No.   We use the protocol for the new

7   students.   We maintain control of their firearms.

8   That sort of stuff.

9              They would only get them on the range.

10  They would be inspected by a range officer.   That

11  we keep them until it is their turn.

12       Q.      Will members of the public showing up to

13  the range be able to bring their own weapons, or

14  will the range supply them?

15       A.      At this moment we are talking about

16  supplying them.

17       Q.      The range would supply them?

18       A.      Yes.

19       Q.      The public wouldn't be able to bring

20  their own weapons?

21       A.      No.

22       Q.      What discussions have you had on that

23  topic with the SAF?

24       A.      None.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

78

1    to the incredible demand on training facilities

2    created by one, the need of existing gun

3    registrants to obtain officially-recognized

4    training to continue firearms ownership.

5            Two, the need for people to obtain

6    officially-recognized training in time for them to

7    comply with the grandfathering provisions for

8    previously acquired guns.  Three, an intense

9    interest in firearms ownership as a result of the

10   McDonald case and the City's acquiescence in

11   recognizing legal handgun ownership."

12           Do you see that?

13       A.   Yes.

14       Q.   What is your basis for saying that

15   there's a severe shortage of range time within

16   100 miles of Chicago?

17       A.   Well, a couple people who travel with

18   Fidelity were having scheduling problems, I

19   understand.  That's also hearsay, I guess.

20           The other thing is there are 105,000

21   FOID cardholders in the city of Chicago and only

22   maybe very few shooting ranges.

23           If all those people are gun owners or

24   already have guns registered, or at least desire to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

79

1    be firearm owners, the amount of people that would

2    have to use a range would be unbelievable,

3    tremendous.

4              You're talking about at least 100,000

5    hours of range time on a very few ranges.

6         Q.    Is there any other basis?

7         A.    Well, that these people have a very

8    short time to get this done.

9              I believe all previous registrants in

10   the city have to go -- even though they registered

11   previously, they have to go back to get this

12   training to re-register their firearms.

13             I don't know how many gun registrants

14   there are in the city actually.  I think there

15   would be a lot.

16        Q.    Any other basis?

17        A.    No.

18        Q.    So the first basis that you mentioned

19   was hearsay regarding a couple of people who were

20   trying to get the training through Fidelity, and

21   they were having trouble?

22        A.    Right.  They had to schedule different

23   places because there was not enough time.

24        Q.    Do you know if they were able to get



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

80

1    scheduled someplace?

2         A.    They did.

3         Q.    Do you know how many people we're

4    talking about here?

5         A.    No.

6         Q.    Was Fidelity able to schedule them, or

7    did they have to go through someone else?

8         A.    I don't know that answer.

9         Q.    Do you know how long they had to wait to

10   find a place?

11        A.    No.  I don't know that either.

12        Q.    What's your basis for saying there are

13   105,000 FOID cardholders who reside in Chicago?

14        A.    I asked the State Police.  That's what

15   they told me.

16        Q.    When did you do that?

17        A.    It must have been in June, early June.

18        Q.    How many of those 105,000 FOID

19   cardholders need to get training before October 12?

20        A.    I have no idea.

21        Q.    How many of those 105,000 FOID

22   cardholders want to register a firearm in Chicago?

23        A.    I do not know.

24        Q.    Have you spoken to anyone who runs a



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                              September 8, 2010

81

1    shooting range about whether they are super busy

2    with Chicago residents wanting to get their

3    training requirements satisfied?

4         A.    No.

5         Q.    Have you visited any range in the

6    Chicago area and seen any evidence of overcrowding

7    or a lack of space available to Chicago residents

8    who want to get their training requirements

9    satisfied?

10        A.    No.

11        Q.    Have you spoken with any person who had

12   to wait to find a slot at a training course outside

13   Chicago or who was turned away from a training

14   course?

15        A.    No.

16        Q.    Is it your understanding that a person

17   who fails to get the training requirement satisfied

18   by October 12 could still come in at some future

19   date after October 12 and submit a CFP application

20   and registration application for a weapon?

21        MR. SIGALE:    Objection as to foundation.

22             Answer if you know.

23   BY THE WITNESS:

24        A.    I don't know.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

84

1      range facilities in Chicago, people who would

2      register their firearms will not be able to do so."

3              A.      Okay.   I was on the wrong page.

4              Yes.

5              Q.      Okay.   What is your basis for saying

6      that Chicago residents would not be able to

7      register firearms unless ranges are built within

8      the city of Chicago?

9              A.      I believe with the drive time and amount

10     of expense it takes, it would be very difficult for

11     them, if not impossible.

12             Q.      What's your basis for that statement?

13             A.      We have all these people -- we have

14     105,000 FOID cardholders out there.

15             To register a firearm, there is no way

16     ranges outside the city could handle it.   It makes

17     perfect sense to put ranges inside the city because

18     it would be easier for residents and more

19     profitable for the City.

20             Q.      You are not aware of any instance where

21     a Chicago resident who wanted to register a gun in

22     Chicago was not able to obtain the

23     necessary training at a range outside of Chicago,

24     are you?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

85

1        A.     Not at this time, no.

2        Q.     Are you familiar with any specifics

3    regarding the amount of time or amount of expense

4    associated with a Chicago resident traveling to the

5    suburbs to obtain their range training?

6        A.     Only a couple of incidents.

7        Q.     Which?

8        A.     The case where Rhonda and the other

9    person had to travel from Chicago out to Dundee

10   which is about 50 miles and back.

11       Q.     Rhonda Ezell, one of your co-plaintiffs?

12       A.     Yes.

13       Q.     Who is the other person?

14       A.     One of her classmates.  I don't know the

15   person's name.

16       Q.     What was the situation faced by that

17   classmate?

18       A.     To drive back into the city.  I only

19   know that because Rhonda got lost.

20       Q.     Did that classmate go to the same range

21   that Rhonda went to?

22       A.     Yes.

23       Q.     Do you know where that classmate lives

24   in the city?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                            September 8, 2010

1      A.      He spoke to me about it.  Otherwise, it

2   was in one of those phone conversations that we

3   had.

4      Q.      You had a private conversation with Don

5   Moran about having a mobile shooting range in

6   Chicago?

7      A.      Not a conversation, but an idea that

8   popped up.  It took more time to explain it.

9      Q.      That was between you and Don Moran, and

10   then there was a phone call with a group we

11   discussed earlier where this idea was discussed?

12      A.      Yes.

13      Q.      Whose idea was it for the ISRA to

14   partner with the SAF on this mobile shooting range

15   project?

16      MR. SIGALE:  Objection to the extent the

17   question calls for attorney-client communications

18   and otherwise privileged information.

19   BY THE WITNESS:

20      A.      I will skip that question.

21      MR. WORSECK:  Are you instructing the witness

22   not to answer that question?

23      MR. SIGALE:  I'm instructing the witness not

24   to answer if the answer involves attorney-client



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

97

1    communications or privileged communications.

2         THE WITNESS:  Repeat the question.

3    BY MR. WORSECK:

4         Q.    Whose idea was it for the ISRA and the

5    SAF to partner up on this mobile shooting range?

6         MR. SIGALE:  Same objection.

7    BY THE WITNESS:

8         A.    That would be in the privileged area.

9         MR. SIGALE:  I'm directing my client not to

10   answer.

11   BY MR. WORSECK:

12        Q.    Was it Mr. Gura's idea or Mr. Sigale's

13   idea?

14        MR. SIGALE:  Same objection.

15             Don't answer the question.

16   BY MR. WORSECK:

17        Q.    Did the SAF ever communicate to you any

18   of the specifications of the mobile shooting truck?

19        A.    No.

20        Q.    What is the SAF's role with respect to

21   the mobile shooting truck?

22        MR. SIGALE:  Objection to foundation.

23             Answer if you know.

24   BY THE WITNESS:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

99

1    mobile shooting truck?

2        A.    I don't know.

3        MR. SIGALE:  Same objection.

4    BY MR. WORSECK:

5        Q.    What is Ms. Versnel's role with respect

6    to the mobile shooting truck?

7        A.    I think her role is to procure.

8        MR. SIGALE:  Same objection -- did you get

9    that, Lisa?

10       THE REPORTER:  "I think her role is to

11   procure."

12   BY THE WITNESS:

13       A.    Yes.  I think her role is to procure.

14       MR. SIGALE:  Just make sure you speak up.

15   BY MR. WORSECK:

16       Q.    Does she have any other role aside from

17   procuring the mobile shooting truck?

18       A.    I don't know.

19       MR. SIGALE:  Same objection.

20   BY MR. WORSECK:

21       Q.    We have already talked about some of the

22   roles that the ISRA is going to play with respect

23   to the truck.

24           One of those is providing trainers?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

100

1      A.    Yes.

2      Q.    The second is providing the range

3   officers or range master?

4      A.    Yes.

5      Q.    The third is setting the rules of the

6   range?

7      A.    Yes.

8      Q.    Is the ISRA going to have a role with

9   respect to opening and closing the truck?

10     A.    If we are operating it, I would

11  certainly think.

12     Q.    Do you know any particulars about that?

13     A.    No.

14     Q.    Do you know if Blue Line will have any

15  role to play with respect to the opening or closing

16  or operation of the truck?

17     A.    No.

18     Q.    Will the SAF have any role on that

19  issue?

20     MR. SIGALE:   Objection.   Foundation.

21  Speculation.

22  BY THE WITNESS:

23     A.    I don't know.

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

102

1     BY MR. WORSECK:

2          Q.    You're not aware of any other role?

3          A.    No.

4          Q.    Did you ever ask the SAF if they were

5     going to have any other role?

6          A.    No.

7          Q.    Did you inquire about whether the SAF

8     had any prior experience with dealing with a mobile

9     shooting range?

10         A.    Say that again.

11         Q.    Did you ever try to see if the SAF had

12    any prior experience with procuring or operating a

13    mobile shooting range before you decided to partner

14    with them on this project?

15         A.    No.

16         Q.    Are you aware there are contracts that

17    exist between the SAF and -- there is one between

18    SAF and Blue Line.  A second between SAF and

19    Accurate Perforating.

20              Are you generally familiar that those

21    contracts exist, or is this news to you?

22         A.    I suspected they exist.  I never seen

23    any.

24         Q.    You have never seen any contract by any



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

103

1    party concerning this mobile shooting range?

2         A.    No.

3         Q.    The ISRA is not a party to any contract

4    with this mobile shooting range?

5         A.    No.

6         Q.    We talked a little before about what

7    hurdles might exist as to a permanent shooting

8    range.

9              I want to talk about this particular

10   mobile shooting range that's the subject of your

11   lawsuit.

12             Did you or the ISRA, anyone at the ISRA

13   take any efforts to figure out what the City of

14   Chicago zoning laws are that could bear upon the

15   mobile shooting range?

16        A.    No.

17        Q.    Did you or anyone at the ISRA take any

18   effort to see what City of Chicago building code

19   provisions might apply to the operation of the

20   mobile shooting range?

21        A.    No.

22        Q.    Did you or anyone at the ISRA inquire as

23   to whether a City of Chicago building permit would

24   be required before the mobile shooting range could



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

104

1    open?

2         A.    No.

3         Q.    Did you or anyone at the ISRA inquire as

4    to whether a City of Chicago business license would

5    be required before the range could open?

6         A.    No.

7         Q.    Did you or anyone at the ISRA inquire as

8    to whether the shooting range would need to be

9    inspected by any City official before it could open

10   to the public?

11        A.    No.

12        Q.    Did you or anyone at the ISRA look into

13   whether there would be City of Chicago regulations

14   governing the provision of restrooms, first aid,

15   safety services to the mobile shooting range?

16        A.    No.

17        Q.    Did you or anyone at the ISRA

18   investigate whether there were any City of Chicago

19   laws, regulations governing capacity limits at the

20   shooting range?

21             How many people could be in the range at

22   one time or in the parking lot at one time?

23        A.    No.

24        Q.    Did you or anyone at the ISRA



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                September 8, 2010

105

1    investigate any City of Chicago environmental

2    regulations that would apply to the mobile firing

3    range?

4         A.    No.

5         Q.    To your knowledge, did anyone at the SAF

6    look at any of these issues we have just discussed,

7    zoning issues, building code, business license,

8    building permit, city inspections, restrooms, first

9    aid, safety provisions, capacity limits,

10   environmental regulations?

11        MR. SIGALE:   Objection.   Foundation and

12   speculation.

13   BY THE WITNESS:

14        A.    I don't know.

15   BY MR. WORSECK:

16        Q.    You're not aware of anyone at the SAF

17   having looked at any of those issues?

18        A.    No.

19        Q.    When did you first learn of the idea of

20   using a Blue Line supplied trailer as the mobile

21   shooting range in Chicago?

22        A.    It was in one of those phone

23   conversations.

24        Q.    Had you ever heard of Blue Line before



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                              September 8, 2010

106

1    that communication?

2        A.    No.

3        Q.    Have you undertaken any efforts to learn

4    any more information about Blue Line aside from

5    what might have been discussed on these phone

6    calls?

7        A.    I went to the website and read the

8    website.

9        Q.    Anything else?

10       A.    No.

11       Q.    You have not spoken to anyone at Blue

12   Line?

13       A.    No.

14       Q.    Have you spoken to anyone that has any

15   experience in operating a mobile shooting range or

16   being a range master at a mobile shooting range or

17   a trainer at a mobile shooting range?

18       A.    No.

19       Q.    Did anyone consult you or the ISRA

20   concerning the contracts at issue in the case?

21            The contracts meaning the contract

22   between SAF and Blue Line and the contract between

23   SAF and Accurate Perforating?

24       A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

111

1    BY MR. WORSECK:

2         Q.    Someone at the ISRA?

3         A.    Yes.

4         Q.    But you have not figured out who that

5    would be yet?

6         A.    No.

7         Q.    What are the hours of operation that

8    will be used for the mobile range?

9         A.    That hasn't been determined yet.

10        Q.    Who will make that decision?

11        A.    Probably I will.

12        Q.    Will you consult with anyone else?

13        A.    I'm sure I will.

14        Q.    Who would you consult with?

15        A.    Instructors and range officers.  The

16   scheduling of the people will determine a lot of

17   that.

18        Q.    Have you ever visited the Accurate

19   Perforating site?

20        A.    No.

21        Q.    So you have never looked at any of their

22   land where this trailer might be placed?

23        A.    No.

24        Q.    You don't know what specific spot on



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

112

1    their land the trailer might be placed?

2         A.    No.

3         Q.    If I showed you a map or photograph of

4    the Accurate Perforating grounds, you wouldn't be

5    able to point to any spot on the grounds where the

6    trailer would be placed?

7         MR. SIGALE:   Objection to relevance.

8              You could answer.

9    BY THE WITNESS:

10        A.    No, I wouldn't.

11   BY MR. WORSECK:

12        Q.    What will be done with the weapons that

13   the mobile range will supply to customers at the

14   end of the day?

15        MR. SIGALE:   Objection.   Foundation.

16   Speculation.

17             If you know, you could answer.

18   BY THE WITNESS:

19        A.    They will be disassembled and removed

20   from the premises.

21   BY MR. WORSECK:

22        Q.    By the --

23        A.    Instructors and range officers.

24        Q.    Would any weapons be stored in the truck



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

113

1    overnight?

2         A.    No.

3         Q.    Will any ammunition be stored in the

4    truck overnight?

5         A.    No.

6         Q.    Have you discussed with anyone the issue

7    of civilians using this mobile shooting range and

8    any unique issues associated with civilians using

9    the mobile shooting range as opposed to law

10   enforcement officers using the mobile shooting

11   range?

12        MR. SIGALE:   Objection to form.

13   BY THE WITNESS:

14        A.    I would assume they would all be

15   civilians.  They would all have to be trained.

16   BY MR. WORSECK:

17        Q.    Do you know whether this particular Blue

18   Line trailer is used for any particular training

19   purpose?

20        A.    Firearms training.  Law enforcement

21   training.

22        Q.    It is used for law enforcement?

23        A.    Yes, according to the website.

24        Q.    Are you familiar with the Blue Line



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

114

1    mobile range ever having been used for civilian

2    training before?

3         MR. SIGALE:  Objection to foundation.

4    BY THE WITNESS:

5         A.    I have no idea.

6    BY MR. WORSECK:

7         Q.    You're not aware of any instance where

8    it was used for civilian training?

9         A.    Or where it has not been.  I just don't

10   know.

11        Q.    Did you discuss the fact civilians would

12   be using this mobile shooting range for training?

13        A.    No.

14        Q.    Are there any differences in terms of

15   safety protocols or rules of the range or rules on

16   when you could have your weapon on you and when you

17   could have it assembled and loaded that apply when

18   you're dealing with law enforcement officers that

19   would be different than when dealing with

20   civilians?

21        MR. SIGALE:  Objection to foundation.

22   Speculation.

23             Answer if you know.

24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

119

1    not require, will any effort be made to make sure

2    that the applicant satisfies whatever it might be

3    that Chicago requires?

4         MR. SIGALE:  Objection to asked and answered,

5    as well as relevance and foundation.

6              Answer if you can.

7    BY THE WITNESS:

8         A.    Say that again.

9    BY MR. WORSECK:

10        Q.    Sure.  Will any effort be made to see

11   whether the applicant that wants to sign up for a

12   slot at the range satisfies all Chicago laws

13   governing firearms, use or possession, whatever

14   they may be, before they are allowed to use the

15   range?

16        MR. SIGALE:  Objection.  Speculative.  Calls

17   for a conclusion.  Incomplete hypothetical.

18             I don't see the relevance of it.

19   BY THE WITNESS:

20        A.    I don't know.

21   BY MR. WORSECK:

22        Q.    You don't know whether any effort will

23   be made?

24        MR. SIGALE:  Same objection.  He already



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

122

1          A.      No.   We will ask them not to bring

2     anything.

3          Q.      If they do, would you turn them away?

4          MR. SIGALE:   Objection.   Speculative.

5     Foundation.

6     BY THE WITNESS:

7          A.      I have no idea.

8     BY MR. WORSECK:

9          Q.      What kind of bullet trap is used in the

10    mobile shooting range?

11         A.      I forgot the name of it.   I don't

12    remember the name.

13         Q.      Does the mobile range offer 360-degree

14    protection?

15         A.      Yes.

16         Q.      How do you know that?

17         A.      I read it on their website.

18         Q.      Aside from seeing it on the website, did

19    you do anything else to confirm that?

20         A.      I spoke to someone who attended a

21    demonstration firing in all directions.   Nothing

22    left the range.

23         Q.      That was someone who had attended a

24    demonstration at this particular Blue Line trailer?



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

132

1    address to say "David and Mary want to meet you for

2    coffee at Joe's."

3        Q.    The ISRA could open up an office with a

4    meeting room in Chicago open to members to meet and

5    talk and learn about firearms, right?

6        A.    I wouldn't want to do it without a

7    shooting range attached.

8        Q.    But that's your decision, that you don't

9    want to operate that particular kind of office?

10       MR. SIGALE:   Objection.   Relevance.

11   Argumentative.

12   BY THE WITNESS:

13       A.    The idea here is the shooting range is a

14   first and second amendment right.   The City of

15   Chicago is preventing that by not allowing any.

16            People who are firearm owners, whether

17   ISRA members or not, individual citizens or not,

18   that just become interested in firearms have no way

19   to meet and enjoy the sport.

20   BY MR. WORSECK:

21       Q.    Is the ISRA prohibited from opening an

22   office in Chicago open to whomever it wants to open

23   it to to come visit, meet, talk and learn about

24   firearms?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

133

1          A.     No.

2          Q.     The only thing that the ISRA is

3    prohibited from doing in the city is operating a

4    facility where guns are discharged, is that

5    correct?

6          A.     Or bought and sold.

7          Q.     Okay.  But you're not challenging that

8    here, is that correct?

9          A.     That's correct.

10         Q.     Isn't it correct that the ISRA provides

11   written information to members and non-members

12   about firearms?

13         A.     Yes.

14         Q.     Nothing in the shooting range ban

15   prohibits the ISRA from doing that, is that

16   correct?

17         A.     No.

18         Q.     The ISRA operates a website that

19   contains all kinds of information, is that correct?

20         A.     Yes.

21         Q.     Nothing in the ban on shooting ranges

22   has in any way impacted what the ISRA puts on its

23   website, is that correct?

24         A.     Well, not negatively.  No.



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

134

1        Q.     We talked earlier about the picnic

2    pavilion at Bonfield and about the kinds of

3    training and instruction that is provided to

4    students in the picnic pavilion, do you recall

5    that?

6        A.     Yes.

7        Q.     Is there anything in the Chicago ban on

8    shooting ranges that prohibits the ISRA from

9    offering those same services and training courses

10   to people in Chicago?

11       A.     In the ban there isn't anything, no.

12       Q.     Has the ISRA changed anything about the

13   ways it communicates information or the types of

14   information it communicates as a result of the ban

15   on shooting ranges?

16       A.     No.

17       Q.     How does the ban on shooting ranges

18   impact the second amendment rights of the ISRA?

19       MR. SIGALE:  Same objection as before.  It is

20   a legal conclusion.  Objection to foundation.

21           You could offer the best lay opinion you

22   think you can.

23   BY THE WITNESS:

24       A.     Because it prevents people from



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                September 8, 2010

153

1        Q.    All right.  Spring-boarding from there

2    and talking about the nuts and bolts, are there any

3    other logistical -- you mentioned other staff.

4              The range master, range officer.

5        A.    Yes.

6        Q.    Maybe a clerical person.  You mentioned

7    instructors and staff.

8              Other than what I just mentioned and

9    what you just agreed with, are there other

10   logistical items that need to be performed to get a

11   mobile range up and running in a parking lot in the

12   city?

13       A.    No.

14       Q.    What about washrooms?

15       A.    Get a couple handicapped accessible

16   port-o-potties and wash stations for people to wash

17   their hands after they come out of the shooting

18   range.

19       Q.    Why?

20       A.    Because of any powder residue or lead

21   contamination on their hands, they should wash it

22   off in cold water to make sure it doesn't penetrate

23   their skin.  That does it.

24             So a wash station.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

170

1        Q.     Are you familiar with Maxon Shooters
2    Supplies in DesPlaines?
3        A.     I have been there once.
4        Q.     Do you recall how many lanes it has?
5        A.     I don't know.
6        Q.     What about Midwest in Lyons?
7        A.     12, I believe.
8        Q.     J.R. in Aurora?
9        A.     I have not been there.
10       Q.     What about Mega Sports in Plainfield?
11       A.     I have been there, but I have not been
12   on the range.
13       Q.     You know Plainfield, is that correct?
14       A.     Yes.
15       Q.     Will County?
16       A.     Yes.   Route 30.
17       Q.     If you were to take 55 South from the
18   city, do you know approximately how many miles, or
19   how long it would take to get there?
20       A.     I think it is 292A, right?
21       Q.     No.   I'm not sure.
22       A.     So it must be 294.
23              It starts at 294, and the exit for Mega
24   Sports is 257.   So that's about 40 miles out there.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

171

1          Q.      Where in Aurora is J.R.'s?

2          A.      I have never been there.

3                  St. Charles only lets you shoot

4     shotguns, so it doesn't count.

5          Q.      Gat Guns in Dundee, that's the one

6     Rhonda Ezell went to, right?

7          A.      Right.

8          MR. WORSECK:  Objection.  Lack of foundation.

9     BY MR. SIGALE:

10         Q.      Do you know if that's the one?

11         A.      Yes.

12         Q.      How do you know that?

13         A.      She told me.

14         Q.      Have you been there yourself?

15         A.      Yes.

16         Q.      Do you know how many firing positions?

17         A.      The range I was in had eight, but I

18    don't know if he has more, but I know he has eight.

19         Q.      Are you familiar with Knollwood

20    Sportsman Club in Lake Bluff?

21         A.      No.

22         Q.      Do you know where Lake Bluff is?

23         A.      Yes.

24         Q.      Can you say where that is?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

172

1          A.      North.

2          Q.      How far north?  I used to live there, so

3     I know, but I'm asking you.

4          A.      Not far from Gurnee.

5          Q.      How about Chuck's Gun Shop in Riverdale?

6          A.      South.

7          Q.      Are you familiar with it?

8          A.      I have shot in that range.

9          Q.      How many firing positions?

10         A.      Only five, I think.  Small range.

11                 The others like Knollwood and Elgin

12    Rifle and Wheaton, they are all private ranges.

13                 I'm not sure about Northern Illinois

14    Tactical.  I think it is a training range for

15    police trainers.  I think.  I don't know.  I didn't

16    know that was there.

17         Q.      Where is Elburn?

18         A.      Way out west off Route 47.  I have a

19    friend that lives there.  It's almost in Morris.

20    It must be 60 miles, but it doesn't matter.

21                 They don't shoot.  They just shoot

22    shotguns there.

23         Q.      So based on your knowledge, which of the

24    ones on this list are close to the city, and then I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

173

1    will ask how you define close to the city.

2         MR. WORSECK:  Objection to this whole line of

3    questioning.

4              Location of ranges and their distance

5    from the city are facts judiciously noticeable.

6              The witness says he basically hasn't

7    been to almost all of these ranges, and he doesn't

8    know what kind of shooting capacities they offer.

9              Having him now say what he in his

10   opinion thinks is close or far is entirely

11   pointless.

12        MR. SIGALE:  Your objection is noted.

13   BY THE WITNESS:

14        A.    The closest would be Chuck's, I think.

15   BY MR. SIGALE:

16        Q.    The next farthest?

17        A.    Next closest, you mean.

18        Q.    Yes.

19        A.    Probably Midwest in Lyons.

20        Q.    Then?

21        A.    Probably Maxon would be the next one.

22   J.R. is clear out in Aurora.  Mega is clear out in

23   Plainfield.  Aurora would be further than

24   Plainfield.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                              September 8, 2010

174

1          Gat Guns is way out there someplace,
2     too.   Route 25.
3          Q.     Are you aware of any others that there
4     are handgun ranges that are not on this list that
5     are open to the public -- you said on this list
6     Maxon you would probably put third farthest --
7     closest?
8          A.     Yes.
9          Q.     That far or closer to the city, are you
10    aware of any handgun training ranges open to the
11    public that are not on this list?
12         A.     No.
13         Q.     Turn to the next page quickly.
14         Obviously if we're doing 60 miles for
15    60101, then there is going to be some overlap with
16    the 30 miles of 60101.
17         I will ask you if there is anything on
18    this list that, for some reason, isn't on this
19    30-mile radius list that you would nonetheless say
20    is as close or closer to the city as Maxon?
21         A.     No.
22         Q.     You have read the whole list?  You're
23    sure?
24         A.     Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

175

1        Q.    As Executive Director of the ISRA, is

2   knowledge about the shooting ranges in Illinois

3   part of your job?

4        A.    Yes.

5        Q.    How so?

6        A.    Because I get requests from people

7   wanting to know where people could shoot.  What's

8   close to their home, and that sort of thing.

9              A lot don't have a computer or websites,

10  so you have to tell them.  You kind of have to know

11  what they do there.

12             Wheaton Rifle only shoots 22-rifles, so

13  unless they are interested in that, it is of no

14  value.

15        MR. SIGALE:  Okay, Richard.

16             Nothing else.

17        MR. WORSECK:  I have a few follow-up.

18             FURTHER EXAMINATION

19  BY MR. WORSECK:

20        Q.    I just want to go back over the first

21  page of Exhibit No. 6 and run down the page.

22             Maxon Shooters, you never visited that

23  site?

24        A.    I have, yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

176

1      Q.    How many positions do they offer?

2      A.    I don't remember.

3      Q.    Midwest Sporting Goods, when did you

4    visit that site?

5      A.    About two months ago.

6      Q.    J.R. Shooting Sports, you never visited

7    there?

8      A.    No.

9      Q.    You don't know how many positions they

10   offer?

11     A.    No.

12     Q.    Mega Sports, you have never been on the

13   range, is that correct?

14     A.    I have been there and seen the range,

15   but I have not been on it.

16           I think they have 12, though.

17     Q.    St. Charles Sportsman Club, you never

18   visited there?

19     A.    That's a shotgun range.

20     Q.    You don't know how many positions they

21   offer, do you?

22     A.    For pistol, 0.

23     Q.    For shotguns?

24     A.    No -- wait.  I have been to St. Charles.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

180

1     code when you entered it?

2          A.     No.

3          Q.     Who gave you that zip code?

4          A.     I just picked it out.  I thought 601 was

5     Chicago, so I just chose it.

6          Q.     You didn't try to figure out an actual

7     city of Chicago zip code and enter that zip code

8     into the query, did you?

9          A.     No.  What's this zip code?

10         Q.     60602.

11         A.     I'll try it.

12         Q.     How many miles does the city of Chicago

13    boundaries span going north to south?

14         A.     I have no idea.

15         Q.     What's the span going east to west?

16         A.     Less than north to south, but that I

17    have no idea either.

18         Q.     Have you contacted any of the

19    port-o-potty companies and discussed with them the

20    provisioning of washroom facilities to the mobile

21    range site in Chicago?

22         A.     No.

23         Q.     Have you started any work on the safety

24    protocol or rules of the range for the mobile site



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

183

1    BY THE WITNESS:

2        A.    Well, as a first amendment right, it

3    applies to the organization that wants to promote

4    shooting.

5    BY MR. WORSECK:

6        Q.    The right to keep and bear arms grants

7    businesses or entities the right to operate a

8    shooting range?

9        MR. SIGALE:  Same objections.  Same caveat.

10   BY THE WITNESS:

11       A.    I would say so.

12   BY MR. WORSECK:

13       Q.    Are you aware of anyone who has been

14   arrested or prosecuted or fined for operating a

15   shooting range in Chicago?

16       A.    No.

17       Q.    Who will be responsible for inspecting

18   the mobile range -- strike that.

19            Earlier Mr. Sigale asked you questions

20   about how will you know that bullets won't start

21   breaching the walls of the range, and how will you

22   know the walls aren't being compromised, etcetera.

23            You talked about how people will inspect

24   the structure and replace the insulation or bullet



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

184

1    traps, what have you, in order to make sure

2    breaches don't occur.

3              Do you remember that line of

4    questioning?

5        A.    Yes.

6        Q.    Who would be responsible for doing that

7    work at this mobile range site in Chicago?

8        A.    The range safety officer.

9        Q.    That will be an ISRA person?

10       A.    Yes.

11       Q.    Will that person have ever done those

12   jobs on a mobile shooting range before?

13       A.    Probably not.

14       Q.    How will that person know when it is

15   time to swap out parts and equipment within the

16   range to maintain its safety?

17             MR. SIGALE:  Objection to foundation.

18             You could answer if you know.

19   BY THE WITNESS:

20       A.    These things are geared to take over a

21   million rounds apiece.  We have lots of time.

22   BY MR. WORSECK:

23       Q.    So it is your understanding the range

24   supplied to Chicago will be a new mobile shooting



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

Richard Pearson                                    September 8, 2010

187

1    STATE OF ILLINOIS )

2                      )  SS:

3    COUNTY OF C O O K )

4             I, LISA C. HAMALA, a Notary Public

5    within and for the County of Cook, State of

6    Illinois, and a Certified Shorthand Reporter of

7    said state, do hereby certify:

8             That previous to the commencement of the

9    examination of the witness, the witness was duly

10   sworn to testify the whole truth concerning the

11   matters herein;

12            That the foregoing deposition transcript

13   was reported stenographically by me, was thereafter

14   reduced to typewriting under my personal direction

15   and constitutes a true record of the testimony

16   given and the proceedings had;

17            That the said deposition was taken

18   before me at the time and place specified;

19            That I am not a relative or employee or

20   attorney or counsel, nor a relative or employee of

21   such attorney or counsel for any of the parties

22   hereto, nor interested directly or indirectly in

23   the outcome of this action.

24            IN WITNESS WHEREOF, I do hereunto set my



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com

188

1    hand of Chicago, Illinois, this 10th day of

2    September, 2010.

3

4                   Notary Public, Cook County, Illinois.

5                   My commission expires August 23, 2012.

6

7

8    C.S.R. Certificate No. 84-3335.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Toll Free: 800.708.8087
Facsimile: 312.673.8138

Suite 1200
311 West Monroe Street
Chicago, IL 60606
www.esquiresolutions.com