IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

**TO:**  Alan Gura                                           David G. Sigale
       Gura & Possessky, PLLC                         Law Firm of David G. Sigale, P.C.
       101 N. Columbus Street                          Corporate West I
       Suite 405                                                4300 Commerce Court, Suite 300-3
       Alexandria, VA 22314                              Lisle, IL 60532

**PLEASE TAKE NOTICE** that on September 15, 2010, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Memorandum in Opposition to Plaintiffs' Second Motion for a Temporary Restraining Order**, a copy of which is attached and is hereby served upon you.

Dated: September 15, 2010            Respectfully submitted,

                                                            MARA S. GEORGES,
                                                            Corporation Counsel for the City of Chicago

                                                            By:    /s/William Macy Aguiar
                                                                     Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 15th day of September, 2010, I caused a copy of the forgoing **Defendant City of Chicago's Memorandum in Opposition to Plaintiffs' Second Motion for a Temporary Restraining Order,** to be served by ECF, on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | Corporate West I |
| Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |

/s/William Macy Aguiar
William Macy Aguiar

.