**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RHONDA EZELL, *et al*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 10-CV-5135 |
| CITY OF CHICAGO, | ) |
| Defendant. | ) |

**NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

On September 15, 2010, the Plaintiffs electronically filed their Memorandum of Points and Authorities in Opposition to Motion to Vacate Briefing Schedule (#31) with the District Court Clerk *via* CM/ECF filing system;

    1.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                /s/ David G. Sigale
                Attorney for Plaintiffs

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

David G. Sigale (Atty. ID# 6238103)
Law Firm of David G. Sigale, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547/Fax 630.596.4445