IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZELL, et al., | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | )   No. 10-CV-5135 |
| | )   Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**INSTANTER A BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves this Court for leave to file instanter a brief in excess of fifteen pages. In support of its motion, the City states as follows:

1. Plaintiffs have filed a Complaint and Motion for Preliminary Injunction ("Plaintiffs' Motion"), alleging that the City's Responsible Gun Owners Ordinance (the "Ordinance") violates their constitutional rights by prohibiting shooting ranges and/or firearm training within the City. The City's response to Plaintiffs' Motion is due today, September 20, 2010.

2. Under Local Rule 7.1, the City's memorandum of law cannot exceed fifteen (15) pages in length.

3. In light of the issues raised in Plaintiffs' Complaint, including constitutional issues of first impression, the City requires a total of 25 pages, double spaced, to adequately raise and discuss all of the grounds upon which they seek denial of Plaintiffs' Motion. (A copy of the City's Memorandum in Opposition to Plaintiffs' Motion is attached hereto as Exhibit 1.) Without the additional space, the City would have to abandon important grounds for denial and/or not fully

develop them for the Court's consideration.

      4.      The City has attempted to keep its arguments as short as possible so as to minimize the amount of additional space required.

      **WHEREFORE**, the City respectfully requests that this Court grant the City leave to file instanter a brief in opposition to Plaintiffs' Motion, in the form attached hereto as Exhibit 1, and grant the City such further relief as the Court deems just and appropriate.

Date: September 20, 2010                            Respectfully submitted,

                                                      MARA S. GEORGES,
                                                      Corporation Counsel for the City of Chicago

                                                      By:    /s/ William Macy Aguiar
                                                                 Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendant