IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Alan Gura                                             David G. Sigale
     Gura & Possessky, PLLC                     Law Firm of David G. Sigale, P.C.
     101 N. Columbus Street                        Corporate West I
     Suite 405                                                  4300 Commerce Court, Suite 300-3
     Alexandria, VA 22314                            Lisle, IL 60532

**PLEASE TAKE NOTICE** that on September 23, 2010, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in her place and stead, and present **Defendant's Motion for Leave to File Instanter a Brief in Excess of Fifteen Pages**, a copy of which is attached and is hereby served upon you.

Dated: September 20, 2010            Respectfully submitted,

                                                           MARA S. GEORGES,
                                                           Corporation Counsel for the City of Chicago

                                                           By:      /s/William Macy Aguiar
                                                                       Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 20th day of September, 2010, I caused a copy of the forgoing: (i) **Notice of Motion**; and (ii) **Defendant's Motion for Leave to File Instanter a Brief in Excess of Fifteen Pages,** to be served by ECF, on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | Corporate West I |
| Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |

/s/William Macy Aguiar
William Macy Aguiar

.