**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF EMERGENCY MOTION**

**PLEASE TAKE NOTICE** that on **Thursday, September 23 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 1403** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Emergency Motion For Leave To Allow Additional Discovery Or In The Alternative To Bar Certain Witnesses,** copies of which are served upon you, herewith.

Date: September 22, 2010          Respectfully submitted,

                                  MARA S. GEORGES,
                                  Corporation Counsel for the City of Chicago

                                  By:    /s/ Rebecca Hirsch
                                  Assistant Corporation Counsel


Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendants