# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | PLAINTIFFS' MOTION IN LIMINE #1: |
| ) | TO EXCLUDE TESTIMONY OF |
| Plaintiffs, ) | SIX WITNESSES |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION IN LIMINE # 1: TO EXCLUDE THE TESTIMONY OF SIX WITNESSES

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and pursuant to Federal Rules of Evidence 402 and 403, submit their motion in limine #1, to order Defendant and is attorneys to refrain from calling to the stand the following witnesses: (1) Dan Bartoli; (2) an unnamed representative of the Chicago Police Department claiming guns are dangerous; (3) Carl Byrd; (4) Pattie Scudiero; (5) an unnamed representative of the city's Department of the Environment; (6) Joy Adelizzi; or any of their designees.

This motion is brought upon the attached memorandum of points in authorities in support thereof; the pleadings, files and records on file in this action; and such written and oral documentation as my be presented at a hearing; and is made upon the following grounds:

1. These witnesses have no relevant testimony to offer, FRE 402; and

2. The probative value of these witnesses, if any, is outweighed by the undue delay and waste of time inherent in calling them, FRE 403.

The motion is made without prejudice to Plaintiffs' objections to written testimony, to which the parties have stipulated as to form in the interest of judicial economy, or to further motions in limine with respect to thee stipulated witnesses should Defendant seek their live testimony, as opposed to offering their written testimony.

WHEREFORE, plaintiff respectfully prays that the motion be granted.

Dated: September 27, 2010                    Respectfully submitted,

Alan Gura (admitted pro hac vice)            David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                       Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405            4300 Commerce Court, Suite 300-3
Alexandria, VA 22314                         Lisle, IL 60532
703.835.9085/Fax 703.997.7665                630.452.4547/Fax 630.596.4445

By:   /s/ Alan Gura/                         By:    /s/ David G. Sigale/
      Alan Gura                                     David G. Sigale

                                             Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

    The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 27, 2010, he served a copy of the above Motion, and this certificate of service, on:

    Andrew W. Worseck
    City of Chicago Department of Law
    30 N. LaSalle Street, Suite 900
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

    /s/ Alan Gura
    Alan Gura