IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | Case No. 10-CV-5135 |
| ) | |
| Plaintiffs, ) | NOTICE OF MOTION |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF MOTION

TO: All Counsel of Record
The Honorable Virginia M. Kendall

You are hereby notified that on the 28th day of September, 2010 at 9:00 A.M., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 1403 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' Motion in Limine #1: To Exclude Six Witnesses, a copy of which is filed simultaneously.

| | |
|---|---|
| Dated: September 27, 2010 | Respectfully submitted, |
| Alan Gura (admitted pro hac vice) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |
| 703.835.9085/Fax 703.997.7665 | 630.452.4547/Fax 630.596.4445 |
| By: /s/ Alan Gura/ | By: /s/ David G. Sigale/ |
| Alan Gura | David G. Sigale |
| | Attorneys for Plaintiffs |

CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 27, 2010, he served a copy of the above Notice of Motion, and this certificate of service, on:

>Andrew W. Worseck
>City of Chicago Department of Law
>30 N. LaSalle Street, Suite 900
>Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

>/s/ Alan Gura
>Alan Gura