**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, et al., | ) | NOTICE OF FILING |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

NOTICE OF FILING

To: Andrew W. Worseck
City of Chicago Department of Law
30 N. LaSalle Street, Suite 900
Chicago, IL 60602

PLEASE TAKE NOTICE that on September 27, 2010, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, Plaintiffs' Memorandum in Reply to Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction, a copy of which is attached and is hereby served upon you.

Dated: September 27, 2010           Respectfully submitted,

Alan Gura (admitted pro hac vice)    David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC               Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405    4300 Commerce Court, Suite 300-3
Alexandria, VA 22314                 Lisle, IL 60532
703.835.9085/Fax 703.997.7665        630.452.4547/Fax 630.596.4445

By: /s/ Alan Gura/                   By: /s/ David G. Sigale/
    Alan Gura                            David G. Sigale

                                     Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

       The undersigned, an attorney of record for the plaintiffs, hereby certifies that on September 27, 2010, he served a copy of the above Notice and Memorandum, and this certificate of service, on:

       Andrew W. Worseck
       City of Chicago Department of Law
       30 N. LaSalle Street, Suite 900
       Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

       /s/ Alan Gura
       Alan Gura