**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RHONDA EZELL, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10-CV-5135 |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

On September 27, 2010, the Plaintiffs electronically filed their <u>Memorandum of Points and Authorities in Opposition to Defendant's Motion for Leave to Allow Additional Discovery or in the Alternative to Bar Certain Witnesses</u> with the District Court Clerk *via* CM/ECF filing system;

    1.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                                       <u>/s/ David G. Sigale</u>
                                                                 Attorney for Plaintiffs

| | |
|---|---|
| Alan Gura (admitted *pro hac vice*) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | Corporate West I |
| Alexandria, VA 22314 | 4300 Commerce Court, Suite 300-3 |
| 703.835.9085/Fax 703.997.7665 | Lisle, IL 60532 |
| | 630.452.4547/Fax 630.596.4445 |