**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RHONDA EZELL, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 10-CV-5135 |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

On September 28, 2010, the Plaintiffs electronically filed their <u>Plaintiffs' Response to Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint</u> with the District Court Clerk *via* CM/ECF filing system;

    1.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                      /s/ David G. Sigale
                        Attorney for Plaintiffs

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

David G. Sigale (Atty. ID# 6238103)
Law Firm of David G. Sigale, P.C.
Corporate West I
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547/Fax 630.596.4445