# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Center for Individual Freedom
                        Plaintiff,

v.                                                     Case No.: 1:10–cv–04383
                                                     Honorable William T. Hart

Lisa M. Madigan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 20, 2010:

      MINUTE entry before Honorable William T. Hart: Illinois Campaign for Political Reform motion for leave to file a brief amicus curiae in support of the challenged disclosure provisions of the Illinois Election Code and the defendants charged with enforcing them is granted.No court appearance required on 8/26/2010.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.