**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RHONDA EZELL, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 10-CV-5135 |
| ) | Judge Virginia M. Kendall |
| **CITY OF CHICAGO,** ) | |
| ) | |
| **Defendant.** ) | |

**L.R. 3.2 Notification of Affiliates**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Amicus Curiae National Rifle Association, a nonprofit corporation, hereby states that it has no publicly held affiliates.

Dated: October 1, 2010   Respectfully submitted,

Stephen Kolodziej
Atty. ID # 6216375
BRENNER FORD MONROE &
SCOTT LTD.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Tel: (312) 781-1970
Fax: (312)781-9202
Email:
skolodziej@brennerlawfirm.com

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Jesse Panuccio*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

*Motion for admission *pro hac vice* forthcoming

*Counsel for Amicus Curiae
The National Rifle Association*