# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 10-cv-05135

Rhonda Ezell et al. v. City of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Amicus Curiae National Rifle Association

| | |
|---|---|
| NAME (Type or print) | |
| Stephen Kolodziej | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Stephen Kolodziej | |
| FIRM | |
| Brenner Ford Monroe & Scott, Ltd. | |
| STREET ADDRESS | |
| 33 N. Dearborn St., Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6216375 | (312) 781-1970 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |