# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | Case No. 10-CV-5135 |
| ) | |
| Plaintiffs, ) | **NOTICE OF APPEAL** |
| ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying plaintiffs' motion for preliminary and permanent injunctive relief, entered in this action on the 12th day of October, 2010.

Dated: October 28, 2010         Respectfully submitted,

Alan Gura (admitted pro hac vice)         David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                    Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405         4300 Commerce Court, Suite 300-3
Alexandria, VA 22314                      Lisle, IL 60532
703.835.9085/Fax 703.997.7665             630.452.4547/Fax 630.596.4445

By: /s/ Alan Gura/                        By: /s/ David G. Sigale/
    Alan Gura                                 David G. Sigale

                                          Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      The undersigned, an attorney of record for the plaintiffs, hereby certifies that on October 28, 2010, he served a copy of the above Notice of Appeal, and this certificate of service, on:

      Andrew W. Worseck
      City of Chicago Department of Law
      30 N. LaSalle Street, Suite 900
      Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                        /s/ Alan Gura
                        Alan Gura