**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **EZELL, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **No. 10-CV-5135** |
| | ) | **Judge Virginia M. Kendall** |
| **CITY OF CHICAGO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**NOTICE OF MOTION**</u>

**PLEASE TAKE NOTICE** that on **Monday, November 15**, at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 1403** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Motion For Stay of Proceedings Pending Appeal or, in the Alternative, For Extension of Time to File Reply,** copies of which are served upon you, herewith.


Date: November 1, 2010                                      Respectfully submitted,

                                                           MARA S. GEORGES,
                                                           Corporation Counsel for the City of Chicago

                                                           By:     /s/ Rebecca Hirsch
                                                           Assistant Corporation Counsel


Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 1st day of November, 2010, I caused a copy of the forgoing **Defendant's Notice of Motion,** together with **Defendant's Motion For Stay of Proceedings Pending Appeal or, in the Alternative, For Extension of Time to File Reply** via electronic notification on the following counsel of record:


Alan Gura                                                David G. Sigale
Gura & Possessky, PLLC                                   Law Firm of David G. Sigale, P.C.
101 N. Columbus Street                                   Corporate West I
Suite 405                                                4300 Commerce Court, Suite 300-3
Alexandria, VA 22314                                     Lisle, IL 60532
Fax No. 703-997-7665                                     Fax No. 630-596-4445


                                                         Rebecca Hirsch