# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5135 | **DATE** | 11/9/2010 |
| **CASE TITLE** | Ezell et al vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear pro hac vice [61]. [62]. [63] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|