


# United States DistrictCourt
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**

CLERK 312-435-5670

**November 23, 2010**

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Ezell -v- City of Chicago

U.S.D.C. DOCKET NO. 10 cv 5135

U.S.C.A. DOCKET NO.: 10-3525

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S): 1

ELECTRONIC VOLUME(S) of TRANSCRIPTS: 8

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By /s/ D. Jordan, Deputy Clerk

*U.S.C.A. — 7th Circuit RECEIVED NOV 23 2010 DW 11-23-2010 GINO J. AGNELLO CLERK* — **FILE COPY**