

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



**MICHAEL W. DOBBINS**
CLERK

312-435-5670

December 22, 2010

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Rhonda Ezell, et al., v. City of Chicago

U.S.D.C. DOCKET NO. : 10 C 5135

U.S.C.A. DOCKET NO. : 10-3525

U.S.C.A. – 7th Circuit
R E C E I V E D
DEC 22 2010  GW
12-22-2010
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S):   **1 Volume**

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:            **2 Volumes**

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:     "Original Case Transmitted on 11/23/10"

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: _____**SHEILA M. MOO**_____
Sheila Moore, Deputy Clerk