**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, | ) | |
| WILLIAM HESPEN, ACTION TARGET, INC., | ) | |
| SECOND AMENDMENT FOUNDATION, INC. | ) | |
| and ILLINOIS STATE RIFLE ASSOCIATION, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 10 CV 5135 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices. The firm's new address is:

**739 Roosevelt Road, Suite 304**
**Glen Ellyn, IL 60137**

All correspondence should be sent to the new address effective immediately. The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

_____/s/ David G. Sigale_____
Attorney for Plaintiff

The undersigned certifies that:

1.     On January 17, 2011, the Plaintiff electronically filed this Notice of Change of Address with the District Court Clerk *via* CM/ECF filing system;

2.     Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

_____/s/ David G. Sigale_____
Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com