## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Rhonda Ezell, et al.
                Plaintiff,

v.                                      Case No.: 1:10−cv−05135
                                      Honorable Virginia M. Kendall

City Of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 21, 2011:

      MINUTE entry before Honorable Virginia M. Kendall: MOTION by Defendant City Of Chicago to stay proceedings pending appeal or in the alternative for extension of time [85] is dismissed as moot.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.