# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 6, 2011

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:
    MICHAEL S. KANNE, Circuit Judge
    ILANA DIAMOND ROVNER, Circuit Judge
    DIANE S. SYKES, Circuit Judge

| No.: 10-3525 | RHONDA EZELL, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:10-cv-05135<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall |

The district court's order denying the plaintiffs' motion for a preliminary injunction is **REVERSED**, with costs, and the case is **REMANDED** with instructions to enter a preliminary injunction consistent with this opinion. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)