**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **EZELL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | **Judge Virginia M. Kendall** |
| **CITY OF CHICAGO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

**TO:**  Alan Gura                                                       David G. Sigale
   Gura & Possessky, PLLC                                   Law Firm of David G. Sigale, P.C.
   101 N. Columbus Street                                      Corporate West I
   Suite 405                                                             4300 Commerce Court, Suite 300-3
   Alexandria, VA 22314                                         Lisle, IL 60532

**PLEASE TAKE NOTICE** that on August 15, 2011, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in her place and stead, and present **Defendant's Motion to Dismiss Plaintiffs' Case as Moot**, a copy of which is attached and is hereby served upon you.

Dated: July 29, 2011                              Respectfully submitted,

                                                               STEPHEN R. PATTON,
                                                               Corporation Counsel for the City of Chicago

                                                               By:   /s/William Macy Aguiar
                                                                        Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 29th day of July 2011, I caused a copy of the forgoing: (i) **Notice of Motion**; and (ii) **Defendant's Motion to Dismiss Plaintiffs' Case as Moot,** to be served by ECF, on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | Corporate West I |
| Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |

/s/William Macy Aguiar
William Macy Aguiar

.