IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

**TO:** Alan Gura                    David G. Sigale
Gura & Possessky, PLLC     Law Firm of David G. Sigale, P.C.
101 N. Columbus Street        Corporate West I
Suite 405                           4300 Commerce Court, Suite 300-3
Alexandria, VA 22314          Lisle, IL 60532

**PLEASE TAKE NOTICE** that on September 12, 2011, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendant's Reply in Support of Its Motion to Dismiss Plaintiffs' Case as Moot**, a copy of which is attached and is hereby served upon you.

Dated: September 12, 2011       Respectfully submitted,

                                        STEPHEN R. PATTON,
                                        Corporation Counsel for the City of Chicago

                                        By:    /s/William Macy Aguiar
                                                 Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 12th day of September, 2011, I caused a copy of **Defendant's Reply in Support of Its Motion to Dismiss Plaintiffs' Case as Moot,** to be served by ECF, on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | Corporate West I |
| Suite 405 | 4300 Commerce Court, Suite 300-3 |
| Alexandria, VA 22314 | Lisle, IL 60532 |

/s/William Macy Aguiar
William Macy Aguiar

.