## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 10-CV-5135 |
| | ) |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SUBMISSION

The undersigned certifies that:

On September 30, 2011, the Plaintiffs e-mailed a Proposed Injunction Order to the Honorable Virginia M. Kendall, in the manner and format directed by the Court, and pursuant to the Court's Order dated September 28, 2011. Opposing counsel was sent a copy of the e-mail.

Regarding this Notice, and pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

          /s/ David G. Sigale          
          Attorney for Plaintiffs

| | |
|---|---|
| Alan Gura (admitted *pro hac vice*) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | 739 Roosevelt Road, Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |
| 703.835.9085/Fax 703.997.7665 | 630.452.4547/Fax 630.596.4445 |
| alan@gurapossessky.com | dsigale@sigalelaw.com |