# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Rhonda Ezell, et al.
                    Plaintiff,

v.                                        Case No.: 1:10–cv–05135
                                              Honorable Virginia M. Kendall

City Of Chicago
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Written response to the defendant's objection to the entry of a preliminary injunction is due by 10/18/2011. Reply by 10/25/2011. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.