## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Rhonda Ezell, et al.
                       Plaintiff,

v.                                          Case No.: 1:10–cv–05135
                                                  Honorable Virginia M. Kendall

City Of Chicago
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2011:

    MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 10/26/2011. Fact Discovery ordered closed by 4/20/2012. Dispositive motions with supporting memoranda due by 7/13/2012. Responses due by 8/10/2012. Replies due by 8/24/2012. Ruling will be made by mail. Status hearing set for 4/23/2012 at 09:00 AM. to inform the Court if the parties would like to engage in settlement negotiations. Defendant's oral motion to answer the complaint by 11/16/2011 is granted. The Court denies the entry of a preliminary injunction by the plaintiff.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.