IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: 10 CV 5135 ) ) ) ) ) |

**NOTICE OF MOTION**

TO: All Counsel of Record
The Hon. Virginia M. Kendall

You are hereby notified that on the 3rd day of April, 2012 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the <u>Plaintiffs' Motion For F.R.Civ.P. 26(c) Protective Order and to Quash Deposition Notices and Subpoenas</u>, a copy of which is filed simultaneously.

                                                        /s/ David G. Sigale
                                             One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on March 23, 2012, he served a copy of the above Notice of Motion, and this certificate of service, on:

>Michael A. Forti, Esq.
>Mardell Nereim, Esq.
>William Macy Aguiar, Esq.
>Andrew W. Worseck, Esq.
>Rebecca Alfert Hirsch, Esq.
>City of Chicago Department of Law
>30 North LaSalle Street, Suite 1230
>Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

>/s/ David G. Sigale
>David G. Sigale