

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

March 26, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Rhonda Ezell, et al., v. City of Chicago

U.S.D.C. DOCKET NO. : 10 C 5135

U.S.C.A. DOCKET NO. : 10-3525

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)   1 Volume

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:   Original Case Transmitted on 11/23/10. One pdf of 1 Volume of Transcripts.

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By:_____
Sheila Moore, Deputy Clerk



I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 11/23/10.

USDC NO. : 10 C 5135

USCA NO. : 10-3525

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 3/18/12 | 133 | Transcript of Proceedings before Honorable Virginia M. Kendall on 10/26/11. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 26th day of March 2012.

Thomas G. Bruton, Clerk

By:_____
     Sheila Moore, Deputy Clerk

appsupcer.wpt