IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO,<br>        Defendant. | Case No.: 10 CV 5135 |

### NOTICE OF MOTION

To:     See attached Service List

      **PLEASE TAKE NOTICE** that on the 12th day of April, 2012, at 9:00 a.m., or as soon thereafter as this Motion may be heard, we, Scott Osantowski and Security Dynamics Corporation, shall appear before the Northern District Court of the United States, before the Honorable Judge Virginia M. Kendall, in Courtroom 2319 of the United States Courthouse, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present a Motion to Quash, or Alternatively for Protective Order.

                                        McKEOWN, FITZGERALD, ZOLLNER
                                        BUCK, HUTCHISON & RUTTLE

BY:         _s/ Andrew Muchoney_
                Andrew Muchoney,
                One of Plaintiff's attorneys

McKEOWN, FITZGERALD, ZOLLNER
BUCK, HUTCHISON & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
#6217227
andrew@mckeownlawfirm.com

## SERVICE LIST

Andrew W. Worsek, Esq.
City of Chicago, Dept. of Law
30 N. LaSalle St. - Ste. 1230
Chicago, Illinois 60602
aworsek@cityofchicago.org

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Rd. - Ste. 304
Glen Ellyn, Illinois 60137
dsigale@sigalelaw.com

Alan Gura, Esq.
Gura & Possessky, PLLC
101 N. Columbus St. - Ste. 405
Alexandria, VA 22314
alan@gurapossessky.com

   The undersigned, an attorney for Scott Osantowski and Security Dynamics Corporation, hereby certifies that on April 5, 2012, he served a copy of the above Motion, and this certificate of service on the parties above by electronic means pursuant to Electronic Case Filing (ECF).

                   McKEOWN, FITZGERALD, ZOLLNER
                   BUCK, HUTCHISON & RUTTLE

       BY:    _s/ Andrew Muchoney_
               Andrew Muchoney,
               One of Plaintiff's attorneys

McKEOWN, FITZGERALD, ZOLLNER
BUCK, HUTCHISON & RUTTLE
2455 Glenwood Avenue
Joliet, IL 60435
(815) 729-4800
#6217227
andrew@mckeownlawfirm.com