
# United States District Court
# Northern District of Illinois

In the Matter of

Rhonda Ezell et al            Magistrate Judge Morton Denlow

v.            Case No. 10-CV-05135

City of Chicago

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Morton Denlow, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Virginia M. Kendall**

Date: Monday, April 16, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Morton Denlow

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Monday, April 16, 2012

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
Motion to compel [136].