# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rhonda Ezell, et al.
                      Plaintiff,

v.                                       Case No.: 1:10–cv–05135
                                              Honorable Virginia M. Kendall

City Of Chicago
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 10, 2012:

       discussion with Defendant. Mailed notice(ldg, )MINUTE entry before Honorable Morton Denlow: Status hearing held on 5/10/2012 and continued to 6/12/2012 at 10:00 AM. Plaintiffs' Fed. R. Civ. P. Rule 37(a)(3)(B) Motion to Compel [136] is granted in part and denied in part for the reasons stated in open court. Regarding Interrogatories #1, 2, 4, 5, 6, 11, 12, 13, and 16 the motion to compel further answers/responses is denied. With respect to Requests for Admission #1, 3, and 4 the motion to compel further answers/responses is denied. With respect to Interrogatory #17, the motion to compel further answer is granted; Defendants to supplement their answer by May 30, 2012. With respect to Request for Admission #12, the motion to compel further answer is granted following Plaintiffs amending the request by May 17, 2012; Defendants to supplement their answer by May 30, 2012. With respect to Interrogatory #18 and Request for Admission #6, Plaintiffs hold the motion to compel further answer/response in abeyance pending further

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.