IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No.: 10 CV 5135 |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY**

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move for the enlargement of the fact discovery schedule, currently set to close on June 29, 2012. In support thereof, Plaintiffs state as follows:

1. On April 3, 2012, the Court set a fact discovery cutoff date of June 29, 2012.

2. Though the parties have been working diligently, there will not be enough time before the June 29, 2012 deadline for the Plaintiffs and Defendant to complete the fact discovery they have so far requested of each other.

3. The Plaintiffs have issued F.R.Civ.P. 33 Interrogatories to the Defendant, which are pending and for which Answers are due on June 26, 2012. The Defendant has indicated its objections to certain of those Interrogatories.

4. In addition, Plaintiffs have requested, under F.R.Civ.P. 34, to view and inspect the seven Chicago Police Department ranges. The Defendant has so far objected to this

Request.

5. Plaintiffs have also subpoenaed the Commissioner of Zoning, Patricia Scudiero, and the Commissioner of Business Affairs and Consumer Protection, Rosemary Krimbel, for deposition, but Plaintiffs must wait until receiving full written discovery responses to take their depositions, lest Defendant discloses additional information after the depositions that require they be reopened.

6. Also, Plaintiffs have issued an F.R.Civ.P. 30(b)(2) Notice of Deposition. Defendant has not yet disclosed the individual(s) who will be testifying, but are objecting to a number of topics for which a witness is requested.

7. As to the Plaintiffs' pending written discovery requests and deposition notices to which Defendant has objected, Plaintiffs anticipate a Motion to Compel will be necessary if the issues are not resolved.

8. On the Defendant's side, though Plaintiffs have re-presented all the Plaintiffs for depositions, and approximately six non-parties have been deposed, there are still approximately ten subpoenaed depositions the Defendant has stated it wishes to take.

9. Defendant also issued its own supplemental Interrogatories, to which Plaintiffs object. Defendant may seek Court intervention as to these requests.

10. Finally, Plaintiffs' counsel expects to be out of state in the last week of July and first week of August with his family.

11. The parties therefore request an additional 45 days following the current fact discovery closure date, or until August 13, 2012 to complete fact discovery. They anticipate that the Motion practice and remaining depositions can be completed by that date.

12. This Motion is unopposed by the Defendant's counsel, with whom Plaintiffs' counsel had numerous discussions on this issue prior to filing this Motion.

WHEREFORE, the Plaintiffs request this Honorable Court:

1. Enlarge the fact discovery deadline to August 13, 2012, so that Plaintiffs and Defendant may complete the pending discovery requests, including any related Motion practice;

2. Adjust the remainder of the current litigation schedule accordingly, to allow for expert discovery and dispositive motions;

3. Grant Plaintiffs any and all further relief as this Court deems just and proper.

Dated: June 16, 2012                               Respectfully submitted,

Alan Gura (admitted *pro hac vice*)                David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                             Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405                  739 Roosevelt Road, Suite 304
Alexandria, VA 22314                               Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665                      630.452.4547/Fax 630.596.4445


By:____/s/ Alan Gura_____               By: _____/s/ David G. Sigale_____
        Alan Gura                                           David G. Sigale

                                                   Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on June 16, 2012, he served a copy of the above Motion, and this certificate of service, on:

    Michael A. Forti, Esq.
    Mardell Nereim, Esq.
    William Macy Aguiar, Esq.
    Andrew W. Worseck, Esq.
    Rebecca Alfert Hirsch, Esq.
    City of Chicago Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                                            /s/ David G. Sigale
                                               David G. Sigale