## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Rhonda Ezell, et al.

                     Plaintiff,

v.                                      Case No.: 1:10–cv–05135
                                               Honorable Virginia M. Kendall

City Of Chicago

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 9, 2012:

      MINUTE entry before Honorable Morton Denlow: Plaintiff's counsel having failed to appear, the remaining issues related to Plaintiff's motion to compel discovery responses [136] are denied without prejudice. In the event Plaintiff's counsel wishes to raise the issues again he may do so by re–noticing the motion. Status hearing is set for 7/19/2012 at 10:00 AM.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.