**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, ) | | |
| WILLIAM HESPEN, ACTION TARGET, INC., ) | | |
| SECOND AMENDMENT FOUNDATION, INC., ) | | |
| and ILLINOIS STATE RIFLE ASSOCIATION, ) | | |
| ) | | |
| Plaintiffs, ) | No. 10 CV 5135 | |
| ) | | |
| v. ) | | |
| ) | | |
| CITY OF CHICAGO, ) | | |
| ) | | |
| Defendant. ) | | |

**PLAINTIFFS' FIRST SET OF SUPPLEMENTAL F.R.CIV.P. 33 INTERROGATORIES TO DEFENDANT**

TO: Andrew W. Worseck, Esq.
City of Chicago Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
Fax No. (312) 742-3925

Pursuant to F.R.Civ.P. 33, Plaintiffs Rhonda Ezell, Joseph Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through their attorneys, hereby request that Defendant City of Chicago answer fully, separately, and completely the following interrogatories under oath in accordance with the rules of this Court and serve such answers upon on Plaintiffs at the Law Firm of David G. Sigale, 739 Roosevelt Road, Suite 304, Glen Ellyn, IL 60137 within 30 days of service of these interrogatories.

**DEFINITIONS**

"Gun range ordinance" means the ordinance adopted by the City of Chicago in July,

2011, pertaining to shooting ranges, as subsequently amended, including in September 2011 and thereafter.

"Gun range" means an area that contains shooting stations or firing lines, target areas, and other related components for discharging firearms at a target, and the premises on which the area is located and includes all the buildings, structures, parking areas, and other associated improvements located on the premises, including but not limited to all such property that is owned, controlled, and/or operated by any governmental entity, including but not limited to the City of Chicago, the State of Illinois, and the federal government.

"Identify" with reference to a document means to set forth the date, author, or originator, persons to whom the document was addressed or sent, type of document (e.g. letter, contract, chart, etc.), subject matter, and the present or last known custodian of the original and any copies.

"Identify" with reference to a natural person, means to state his or her present or last known full name, home address, home telephone number, business affiliation, business address, and business telephone number.

"Identify" with reference to a person other than a natural person, means to set forth the full name of the person, the form of the person (e.g. corporation, joint venture, partnership, sole proprietorship, etc.), the partners, officers, directors, or other principals, and the present or last known place of business.

"Identify" with reference to the location of an entity or parcel of land means to set forth the full name, and the full street address of the location of the entity or parcel of land.

"Laws" means public enactments, statutes, ordinances, codes, regulations, rules, or

other texts mandating legal requirements adopted by any federal, state, or local governmental entity within the United States.

"Person" means any natural person, corporation, partnership, association, governmental unit, or other entity.

"You" or "your" means the Defendant, City of Chicago, its departments, officers, employees, representatives, agents, attorneys, and any other person or entity acting on its behalf or at its direction, including, but not limited to, the Mayor of Chicago, the Members of the City Council of Chicago, and the Chicago Police Department.

## **INSTRUCTIONS**

a. These interrogatories are continuing in character so as to require you to file supplemental answers if you obtain further or different information before trial.

b. Any ambiguity in these interrogatories shall be resolved so as to construe these interrogatories as broadly as possible.

c. Any word in the singular shall be understood to refer to the singular and/or plural forms of the word. Any word in the plural shall be understood to refer to the singular and/or plural forms of the word.

**INTERROGATORIES**

1. For each of the following sections of the Gun Range Ordinance, identify (A.) any and all reasons claimed by you at the time of passage as justifications for enacting said section; (B.) to the extent they are different, identify all reasons claimed by you as of the date of answering these Interrogatories as justifications for enacting said section (if a section was amended between July 6, 2011 and the present date, answer (A.) for all versions of the section, and (B.) as to the current version):

- Chicago Municipal Code § 4-151-030(b)(6);
- Chicago Municipal Code § 4-151-030(d);
- Chicago Municipal Code § 4-151-030(f);
- Chicago Municipal Code § 4-151-090;
- Chicago Municipal Code § 4-151-100(d);
- Chicago Municipal Code § 4-151-120;
- Chicago Municipal Code § 4-151-170(a) and (b);
- Chicago Municipal Code § 8-20-110;
- Chicago Municipal Code § 13-96-1200(b)(2);
- Chicago Municipal Code § 13-96-1200(b)(7) (regarding the slope of the floors).

**ANSWER:**

2. For all justifications provided in your Answer to Interrogatory Number 1, above, identify all bases for said justification, including their source.

**ANSWER:**

3. Identify all information in your possession regarding a link (negative or positive) between the existence of public gun ranges and crime rates in that geographical area, whether the "information" defines the geographical area as the same city, neighborhood, or other.

**ANSWER:**

4. Identify all information in your possession regarding a link (negative or positive) between the existence of public gun ranges and any justification listed in your Answer to Interrogatory Number 1, above, in that geographical area, whether the "information" defines the geographical area as the same city, neighborhood, or other.

**ANSWER:**

5. As of the date of answering these Interrogatories (with a continuing duty to supplement as noted above), identify all persons or entities who have submitted applications to open gun ranges in the City of Chicago. Identify if their application was approved or denied. If denied, state the reason for denial.

**ANSWER:**

6. As of the date of answering these Interrogatories (with a continuing duty to supplement as noted above), identify all persons or entities who have contacted the Department of Zoning, short of having filed a gun range application, and asked whether a specific location in the City of Chicago would be approved to place a gun range pursuant to CMC 4-151-120 and all other zoning restrictions. For all such persons, identify the date of the request, and the outcome of the request. If the location was not allowed under CMC 4-151-120

or any other zoning restriction, state the specific reason and section cited. If the identity of the person or entity is unknown, list them as John Doe 1, etc....

**ANSWER:**

7. Identify each person likely to have discoverable information that the disclosing party may use to support its defenses, unless solely for impeachment, identifying the subjects of the information.

**ANSWER:**

8. Identify all other persons (other than yourself and persons listed in your Answers to the previous Interrogatories, above) who have knowledge of the matters described in the allegations of the Plaintiffs' Amended Complaint.

**ANSWER:**

                                          /s/ David G. Sigale
                                          One of the Attorneys for Plaintiffs

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com


David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

VERIFIED BY CERTIFICATION under penalties as provided by law pursuant to F.R.Civ.P. 11 that all statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true on this _____ day of _____, 201__.

                                                                                                  _____

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com