**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 10 CV 5135 |
| v. | ) ) ) | |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' FIRST SUPPLEMENTAL F.R.CIV.P. 34 REQUEST FOR PRODUCTION TO DEFENDANT**

TO: Andrew W. Worseck, Esq.
City of Chicago Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
Andrew.Worseck@cityofchicago.org

Pursuant to F.R.Civ.P. 34(a)(2), Plaintiffs, by and through their attorneys, hereby request that Defendant City of Chicago produce for inspection, within 30 days, **the six Chicago Police Department Gun Ranges, including at the five area locations and at the Chicago Police Academy**, for inspection, measuring, surveying, photographing, testing, sampling, or any other relevant operations. Please contact the Law Firm of David G. Sigale, 739 Roosevelt Road, Suite 304, Glen Ellyn, IL 60137 regarding scheduling.

_____
One of the Attorneys for Plaintiffs

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com


David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com