IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No.: 10 CV 5135 |

**PLAINTIFF'S NOTICE OF F.R.CIV.P. 30(b)(6) DEPOSITION TO DEFENDANT**

TO:  Andrew W. Worseck, Esq.
City of Chicago Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
Andrew.Worseck@cityofchicago.org

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs hereby gives notice that on **June 25, 2012**, at **10:00 A.M.**, they will take the deposition upon oral examination, before a notary public or other person authorized to administer oaths, of the organizational designee of Defendant City of Chicago, on the topics listed in the attached Schedule A. Please inform counsel for the Plaintiffs of the name(s) and title(s) of the designated deponent(s) no later than 5:00 p.m. on June 12, 2012. If you designate more than one deponent, please note in your designation which matters from Schedule A each deponent will be prepared to testify about.

All depositions shall be recorded by stenographic means and shall proceed at the offices of **the City of Chicago, 30 North LaSalle Street, Suite 1230, Chicago, IL 60602**, as if under cross-examination, pursuant to the applicable rules of the Federal Rules of Civil Procedure and Northern District of Illinois, at which time and place you may be present.

_____
Attorney for Plaintiffs

The undersigned, being first duly sworn, on oath deposes and states that he/she served a copy of this <u>Plaintiffs' Notice of F.R.CIV.P. 30(b)(6) Deposition to Defendant</u> upon the persons to whom it is directed by e-mail and by U.S. Mail from Glen Ellyn, Illinois, on     May 25    , 2012.

                                                  LAW FIRM OF DAVID G. SIGALE, P.C.

Verified by certification pursuant to F.R.Civ. P. 11 this  25  day of     May   , 2012.

                                                  David G. Sigale

David G. Sigale (Atty. ID# 6238103 (IL)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
Atty. ID# 6238103

Alan Gura (admitted pro hac vice)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

2

**SCHEDULE A**

**DEFINITIONS**

For purposes of this Schedule, the terms listed below are defined as follows:

1. "Gun Range Ordinance" means the ordinance adopted by the City of Chicago in July, 2011, pertaining to gun ranges, as subsequently amended, including in September 2011 and thereafter.

2. "Gun range" or "gun range" means an area that contains shooting stations or firing lines, target areas, and other related components for discharging firearms at a target, and the premises on which the area is located and includes all the buildings, structures, parking areas, and other associated improvements located on the premises, including but not limited to all such property that is owned, controlled, and/or operated by any governmental entity, including but not limited to the City of Chicago, the State of Illinois, and the federal government.

3. "Laws" means public enactments, statutes, ordinances, codes, regulations, rules, or other texts mandating legal requirements adopted by any federal, state, or local governmental entity within the United States.

4. "Person" means any natural person, corporation, partnership, association, governmental unit, or other entity.

5. "CMC" refers to the Chicago Municipal Code;

6. "You" or "your" means the Defendant, City of Chicago, its departments, officers, employees, representatives, agents, attorneys, and any other person or entity acting on its behalf or at its direction, including, but not limited to, the Mayor of Chicago, the Members of the City Council of Chicago, and the Chicago Police Department.

7. "Basis" or "Bases" shall be considered synonymous with "justification(s)" and/or "reason(s)."

**MATTERS FOR EXAMINATION**

1. The drafting of the Gun Range Ordinance;

2. The bases for enacting CMC § 4-151-030(b)(6);

3. The bases for enacting CMC § 4-151-030(d);

4. The bases for enacting CMC § 4-151-030(f);

5. The bases for enacting CMC § 4-151-090;

6. The bases for enacting CMC § 4-151-100(d);

7. The bases for enacting CMC § 4-151-120;

8. The bases for enacting CMC § 4-151-170(a) and (b);

9. The bases for enacting CMC § 8-20-110;

10. The bases for enacting CMC § 13-96-1200(b)(2);

11. The bases for enacting CMC § 13-96-1200(b)(7) (regarding the slope of the floors);

12. The enforcement of the CMC sections referenced in Numbers 2-11, above;

13. The empirical evidence relied upon by you as bases for enacting the challenged sections (in Plaintiffs' pending Amended Complaint) of the Gun Range Ordinance;

14. The empirical evidence relied upon by you in drafting the Gun Range Ordinance;

15. The occurrence of firearm-related crime in and around the area where private Gun Ranges (including any law enforcement Gun Ranges) are currently located in the City;

16. The occurrence of firearm-related injuries and/or death in and around the area where private Gun Ranges (including any law enforcement Gun Ranges) are currently located in the City;

17. The defining of "deleterious impact" and "substantial number of arrests" as those terms are used in CMC 4-151-030(f);

18. The review and consideration of applications pursuant to CMC 4-151-030;

19. The available locations in the City to locate a gun range;

20. Any link (negative or positive) between the existence of public Gun Ranges and crime rates in that geographical area, whether the source of the link defines the geographical area as the same city, neighborhood, or other;

21. Any link (negative or positive) between the existence of public Gun Ranges and any purported basis for enacting any of the CMC sections listed in Numbers 2-11, above, in that geographical area, whether the source of the link defines the geographical area as the same city, neighborhood, or other;

22. The number, and disposition of, applications to build and/or open a Gun Range filed with the City;

23. The number, and disposition of, inquiries and/or requests regarding whether a potential location for a Gun Range complies with the Zoning laws of Chicago;

24. Defendant's document retention policies;

25. Defendant's responses to the interrogatories, requests for admission, and requests for production in this case.