IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 10 CV 5135 |
| v. ) ) | |
| CITY OF CHICAGO, ) ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO: All Counsel of Record
The Hon. Morton Denlow

You are hereby notified that on the 19th day of July, 2012 at 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Morton Denlow, or any Judge sitting in his stead, in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' F.R.Civ.P. 37(a)(3)(B) Motion to Compel, a copy of which is filed simultaneously.

                                                              /s/ David G. Sigale
                                                    One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on July 16, 2012, he served a copy of the above Notice of Motion, and this certificate of service, on:

      Michael Forti, Esq.
      Mardell Nereim, Esq.
      William Macy Aguiar, Esq.
      Andrew W. Worseck, Esq.
      Rebecca Alfert Hirsch, Esq.
      City of Chicago Department of Law
      30 North LaSalle Street, Suite 1230
      Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                /s/ David G. Sigale
                David G. Sigale