## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rhonda Ezell, et al.

                     Plaintiff,

v.                                           Case No.: 1:10–cv–05135
                                                    Honorable Virginia M. Kendall

City Of Chicago

                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2012:

      MINUTE entry before Honorable Morton Denlow: Magistrate Judge Status hearing held on 7/19/2012. Motion hearing held on 7/19/2012. Parts of Plaintiffs' F.R.Civ.P.37(a)(3)(B) motion to compel are granted in part and denied in part as stated in open court. The remainder is entered and continued to 8/6/2012 at 09:15 AM.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.