IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **EZELL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| **CITY OF CHICAGO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant City of Chicago (the "City"), by its attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully moves this Court for entry of a protective order. In support of its motion, the City states as follows:

1. Third-party deponents Scott Osantowski and Security Dynamics Corporation (collectively, "Osantowski") moved this Court on April 5, 2012 to quash the subpoenas served upon them by the City. Alternatively, Osantowski moved for entry of a protective order to protect his confidential and proprietary business information.

2. The Court heard Osantowski's motion to quash on April 12, 2012 and denied it that same day. The Court granted Osantowski's alternative motion for a protective order, however, and directed the parties to submit a proposed protective order to the Court.

3. The parties, including counsel for Osantowski, have conferred and agreed to the terms of a protective order, which is attached hereto as Exhibit A.

4. The City respectfully requests that the Court enter the proposed protective order. The City has conferred with Plaintiffs' counsel, and Plaintiffs agree to the entry of the proposed order.

**WHEREFORE**, the City respectfully requests that this Court enter the proposed protective

order, in the form attached hereto as Exhibit A, and grant the City such further relief as the Court deems just and appropriate.

Date: July 23, 2012            Respectfully submitted,

                                               STEPHEN R. PATTON,
                                               Corporation Counsel for the City of Chicago

                                               By:    /s/ William Macy Aguiar
                                                          Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendant