IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   Alan Gura                             David G. Sigale
         Gura & Possessky, PLLC                 Law Firm of David G. Sigale, P.C.
         101 N. Columbus Street                 739 Roosevelt Road, Suite 304
         Suite 405                              Glen Ellyn, IL 60137
         Alexandria, VA 22314

**PLEASE TAKE NOTICE** that on July 31, 2012, at the hour of 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in her place and stead, and present **Defendant's Agreed Motion for Entry of Protective Order**, a copy of which is attached and is hereby served upon you.

Dated: July 23, 2012                    Respectfully submitted,

                                        STEPHEN R. PATTON,
                                        Corporation Counsel for the City of Chicago

                                        By:    /s/William Macy Aguiar
                                               Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 23rd day of July 2012, I caused a copy of the forgoing: (i) **Notice of Motion**; and (ii) **Defendant's Agreed Motion for Entry of Protective Order,** to be served by ECF, on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road, Suite 304 |
| Suite 405 | Glen Ellyn, IL 60137 |
| Alexandria, VA 22314 | |

                                          /s/William Macy Aguiar
                                          William Macy Aguiar

.