# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rhonda Ezell, et al.
                    Plaintiff,

v.                                            Case No.: 1:10–cv–05135
                                                      Honorable Virginia M. Kendall

City Of Chicago
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 6, 2012:

      This resolves all remaining issues related to the motion to compel. Status hearing is set for 9/13/2012 at 10:00 a.m.Mailed notice(ldg, )MINUTE entry before Honorable Morton Denlow: Motion hearing held on 8/6/2012. With respect to F.R.Civ.P. 30(b)(6) notice of deposition portion of the motion to compel [162] the motion is granted in part and denied in part as stated in open court.

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.