IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, ) <br> WILLIAM HESPEN, ACTION TARGET, INC., ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> and ILLINOIS STATE RIFLE ASSOCIATION, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> CITY OF CHICAGO, ) <br>  ) <br> Defendant. ) | Case No.: 10 CV 5135 |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY**

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move for the enlargement of the fact discovery schedule, currently set to close on August 13, 2012, and the expert discovery schedule, set to close on August 31, 2012. In support thereof, Plaintiffs state as follows:

1. The Court set a fact discovery cutoff date of August 13, 2012.

2. Though the parties have been working diligently, there will not be enough time before the August 13, 2012 deadline for the Plaintiffs and Defendant to complete the fact discovery they have so far requested of each other.

3. Since the last time the matter was presented to this Court, the parties appeared multiple times before Judge Denlow to resolve certain discovery disputes, which were written in two separate Motions to Compel. These matters were only resolved before Judge Denlow on this date, August 6, 2012. As a result, the Defendant will be disclosing witnesses in response to

Plaintiffs' F.R.Civ.P. 30(b)(6) Notice of Deposition, which Plaintiffs request time to depose. To the extent these persons differ, Plaintiffs have expressed their intent to depose employees from the City's Department of Zoning, Police, and Business Affairs and Consumer Protection.

4. Defendants are also disclosing documents in separate mailings, most likely as they become available. Through the appearances before Judge Denlow, the parameters of the document disclosures have been clarified, and Plaintiffs hope to obtain the requested documents prior to deposing the above-referenced witnesses, lest Defendant discloses additional information after the depositions that require they be reopened.

5. Additionally, Judge Denlow today resolved a minor dispute over the inspection of one of the City's Police Department firing ranges. Therefore, Plaintiffs request the opportunity to complete this task, now that it has been approved by Judge Denlow.

6. Defendant also issued its own supplemental Interrogatories, to which Plaintiffs originally objected, but through communications the parties resolved the issues amongst themselves.

7. Finally, Plaintiffs' counsel was out of state in the last week of July and first week of August with his family.

8. The parties therefore request an additional 45 days following the current fact discovery closure date, or until September 27, 2012, to complete fact discovery. They anticipate that the remaining document disclosures and depositions, plus the range inspection, can be completed by that date.

9. The parties also request the expert discovery schedule be adjusted commensurate with any extension of the fact discovery schedule.

10. This Motion is unopposed by the Defendant's counsel, with whom Plaintiffs' counsel had numerous discussions on this issue prior to filing this Motion.

11. This Motion is brought in good faith and not for dilatory purposes or for delay, as the parties have been working diligently to complete all discovery in a timely manner, while resolving disputes as expeditiously as possible.

12. Plaintiffs' counsel desired to bring this matter before the Court on or before August 13, 2012, but is already due to appear for a status hearing in DuPage County, and a motion hearing in Kane County, that morning. Therefore, Plaintiffs are presenting this Motion as soon as possible thereafter, which is on August 14, 2012.

WHEREFORE, the Plaintiffs request this Honorable Court:

1. Enlarge the fact discovery deadline to September 27, 2012, so that Plaintiffs and Defendant may complete the pending depositions, document production and range inspection;

2. Adjust the remainder of the current litigation schedule accordingly, to allow for expert discovery and dispositive motions;

3. Grant Plaintiffs any and all further relief as this Court deems just and proper.

Dated: August 6, 2012                    Respectfully submitted,

Alan Gura (admitted *pro hac vice*)      David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                   Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405        739 Roosevelt Road, Suite 304
Alexandria, VA 22314                     Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665            630.452.4547/Fax 630.596.4445


By:___/s/ Alan Gura_____        By: _____/s/ David G. Sigale_____
       Alan Gura                                 David G. Sigale

                                         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on August 6, 2012, he served a copy of the above Motion, and this certificate of service, on:

  Michael A. Forti, Esq.
  Mardell Nereim, Esq.
  William Macy Aguiar, Esq.
  Andrew W. Worseck, Esq.
  Rebecca Alfert Hirsch, Esq.
  City of Chicago Department of Law
  30 North LaSalle Street, Suite 1230
  Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


        /s/ David G. Sigale
        David G. Sigale