IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 10-CV-5135 |
| ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE DISCOVERY
SCHEDULE TO ALLOW TIME FOR EXPERT DISCOVERY**

Defendant City of Chicago (the "City"), by its attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, hereby moves this Court to amend the discovery and dispositive motion schedule as set forth in the Court's Order dated August 13, 2012 to allow time for expert discovery. In support of its motion, the City states as follows:

1. On April 3, 2012, the Court entered an order that closed fact discovery on June 29, 2012 and expert discovery on August 31, 2012, and set a briefing schedule for dispositive motions. *See* Order dated April 3, 2012, attached hereto as Exhibit A.

2. Plaintiffs thereafter filed an unopposed motion to extend fact discovery to August 13, 2012, which was granted by this Court on June 19, 2012. *See* Order dated June 19, 2012, attached hereto as Exhibit B. The Court's June 19, 2012 Order did not extend either expert discovery or the dispositive motion schedule provided in the April 3, 2012 Order.

3. On August 6, 2012, Plaintiffs filed another unopposed motion to extend both fact and expert discovery.

4. In its Order dated August 13, 2012, the Court granted Plaintiffs' motion and extended

fact discovery to September 27, 2012 and amended the dispositive motion schedule to begin one month after the close of fact discovery. The Court did not, however, rule on the request to extend expert discovery. *See* Order dated August 13, 2012, attached hereto as Exhibit C.

5. The City respectfully requests that the Court amend its August 13, 2012 Order to include a period for expert discovery to commence at the close of fact discovery and conclude on November 13, 2012. To date, Plaintiffs have identified two outside experts, and the City is currently determining whether it will identify one or more to provide testimony on its behalf. A period of time for expert discovery after the close of fact discovery, which was originally allowed by the Court, will allow the parties sufficient time to determine whether to use expert testimony, identify any such experts, and conduct the appropriate discovery.

6. The City also requests that the Court amend the dispositive motion schedule as stated in its August 13, 2012 order to accommodate time for expert discovery.

7. The City's counsel spoke with Plaintiffs' counsel on September 4, 2012, and Plaintiffs's counsel stated that Plaintiffs do not oppose this motion.

**WHEREFORE**, the City respectfully requests that this Court amend its August 13, 2012 order to allow for a period of expert discovery which would close on November 13, 2012, amend the schedule for dispositive motions to commence after the close of expert discovery, and grant the City such further relief as the Court deems just and appropriate.

Date: September 5, 2012

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By: /s/ William Macy Aguiar
Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Rhonda Ezell, et al.
                    Plaintiff,

v.                                       Case No.: 1:10−cv−05135
                                          Honorable Virginia M. Kendall

City Of Chicago
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Plaintiff's motion for protective order [134]and to quash depositions is denied for the reasons stated on the record in open court. Plaintiff's motion to compel discovery responses [136] is entered and briefed as follows: Response by 4/17/2012. Plaintiff to reply by 4/24/2012. Ruling will be made by mail. Fact Discovery is extended and ordered closed by 6/29/2012. Dispositive motions with supporting memoranda due by 9/21/2012. Responses due by 10/19/2012. Replies due by 11/9/2012. Ruling will be made by mail. Expert discovery cut off set for 8/31/2012. Status hearing stricken for 4/23/2012 and reset for 7/9/2012 at 09:00 AM. The Court allows two (2) hours more for each deposition. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rhonda Ezell, et al.
                          Plaintiff,

v.                                          Case No.: 1:10−cv−05135
                                          Honorable Virginia M. Kendall

City Of Chicago
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 19, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Unopposed MOTION by Plaintiffs Action Target, Inc., Joseph I. Brown, Rhonda Ezell, William Hespen, Illinois State Rifle Association, Second Amendment Foundation, Inc. for extension of time to complete discovery [152] is granted. Fact Discovery ordered closed by 8/13/2012. Motion hearing set for 6/25/2012 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rhonda Ezell, et al.
                      Plaintiff,

v.                                              Case No.: 1:10−cv−05135
                                               Honorable Virginia M. Kendall

City Of Chicago
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Unopposed MOTION by Plaintiffs Action Target, Inc., Joseph I. Brown, Rhonda Ezell, William Hespen, Illinois State Rifle Association, Second Amendment Foundation, Inc. for extension of time to complete discovery [174] is granted. Fact Discovery ordered closed by 9/27/2012. Dispositive motions with supporting memoranda due by 10/26/2012. Responses due by 11/30/2012. Replies due by 12/14/2012. Ruling will be made by mail. Status hearing set for 10/9/2012 at 09:00 AM. Motion hearing set for 8/14/2012 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**EXHIBIT C**