# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rhonda Ezell, et al.

      Plaintiff,

v.             Case No.: 1:10–cv–05135
               Honorable Virginia M. Kendall

City Of Chicago

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 6, 2012:

  MINUTE entry before Honorable Virginia M. Kendall: Defendant's unopposed motion to amend the discovery schedule to allow time for expert discovery [179] is granted. Expert discovery ordered closed by 11/13/2012. Dispositive motions with supporting memoranda to be filed by 12/13/2012. Responses to be filed by 1/14/2013; replies to be filed by 1/28/2013. Ruling will be by mail. Notice of hearing set for 9/11/2012 [180] is stricken. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.