IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, November 8,** at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 2319** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Motion to Strike Interrogatory Responses and Bar Plaintiffs From Introducing New Claims,** copies of which are served upon you, herewith.

Date: November 2, 2012

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel for the City of Chicago

By:   /s/ Rebecca Hirsch
        Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I, Rebecca Hirsch, an attorney, hereby certify that on this, the 2nd day of November, 2012, I caused a copy of the forgoing **Defendant's Notice of Motion,** together with **Defendant's Motion to Strike Interrogatory Responses and Bar Plaintiffs From Introducing New Claims** via electronic notification on the following counsel of record:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road |
| Suite 405 | Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |

                                    Rebecca Hirsch