UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Rhonda Ezell, et al.
                    Plaintiff,

v.                                     Case No.: 1:10–cv–05135
                                       Honorable Virginia M. Kendall

City Of Chicago
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 8, 2012:

    MINUTE entry before Honorable Virginia M. Kendall:Motion to strike [188] is entered and briefed as follows: Responses due by 11/29/2012. Replies due by 12/13/2012. Ruling set for 1/29/2012 at 9:00 a.m. The Court suspends the expert discovery cut off until a ruling on the pending motion has been made. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.