# David G. Sigale

| | |
|---|---|
| **From:** | David G. Sigale <dsigale@sigalelaw.com> |
| **Sent:** | Wednesday, April 11, 2012 12:21 PM |
| **To:** | Forti, Michael (michael.forti@cityofchicago.org); Worseck, Andrew (Andrew.Worseck@cityofchicago.org); Aguiar, William (william.aguiar@cityofchicago.org); rebecca.alfert@cityofchicago.org; 'mnereim@cityofchicago.org' |
| **Cc:** | Alan Gura |
| **Subject:** | Ezell v. City of Chicago / 10 CV 5135 (N.D.IL) |
| **Attachments:** | Kramer One Report.pdf |

Counsel:

Attached please find the report from Lorin Kramer and Jack Giordano of Kramer One, who were previously informally disclosed as F.R.Civ.P. 26(a)(2) witnesses. They may testify as to any fact and/or opinion contained in the attached report, as well as to any fact and/or opinion discussed in any deposition taken of them. In addition, these opinions may be amended/supplemented based on the City's ultimate discovery disclosures.

A hard copy and cover letter will follow. Please contact me with any questions.

**LAW FIRM OF DAVID G. SIGALE, P.C.**
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547 (Tel.)
630.596.4445 (Fax)
dsigale@sigalelaw.com
www.sigalelaw.com

THIS E-MAIL TRANSMISSION AND ANY ATTACHMENTS CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE DELETE IT AND NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY SO THAT ARRANGEMENTS MAY BE MADE FOR THE RETRIEVAL OF THE INFORMATION. THE UNAUTHORIZED USE, DISSEMINATION, COPYING, PRINTING OR FORWARDING OF THIS E-MAIL OR ANY ATTACHMENTS IS STRICTLY PROHIBITED. ANY STATEMENT OR TAX ADVICE CONTAINED IN THIS E-MAIL OR IN ANY ATTACHMENT HERETO IS NOT INTENDED, AND CANNOT BE USED BY ANY TAXPAYER OR OTHER PERSON, TO AVOID ANY PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE, AND MAY NOT BE USED BY ANY PERSON FOR ANY OTHER PURPOSE WITHOUT PRIOR WRITTEN CONSENT.