**LAW FIRM OF DAVID G. SIGALE, P.C.**
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

630.452.4547  dsigale@sigalelaw.com
630.596.4445 Facsimile

April 25, 2012

Andrew W. Worseck, Esq.
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602

    Re:    <u>Ezell, *et al* v. City of Chicago</u>
              Case No. 10 CV 5135

Dear Mr. Worseck:

Enclosed please find the F.R.Civ.P. 26(a)(2) report from Lorin Kramer and Jack Giordano of Kramer One, Inc. This is the same report previously disclosed by e-mail.

As stated in said e-mail, they may testify to any fact or opinion discussed in the report, as well as any fact or opinion discussed during any deposition of them. In addition, these opinions may be amended/supplemented based on the City's ultimate discovery disclosures.

    If you wish to discuss this matter, please feel free to contact me.

                                        Very truly yours,

                                        David G. Sigale

Enclosure