## David G. Sigale

**From:** David G. Sigale <dsigale@sigalelaw.com>
**Sent:** Monday, April 02, 2012 12:41 PM
**To:** Worseck, Andrew (Andrew.Worseck@cityofchicago.org)
**Subject:** Ezell

Andrew:

My bench trial for April 10-11 is going to get continued. Assuming the depositions you scheduled on those dates do not get quashed by the Court, I am free to appear on those dates if you have not already canceled them (or if you wish to contact them again).

I am also still awaiting the letter you discussed during our conference a couple of weeks ago regarding your follow-up discovery inquiries.

I will be sending (today or tomorrow) Rule 30(b)(6) deposition notices for various City personnel. Please contact me after you receive them to discuss scheduling, as I will be trying to fit them in to the time you have so far left open, which will be April 12, 2012.

Finally, please note I will be formally disclosing expert witnesses shortly. Their names are Lorin Kramer and Jack Giordano from Kramer One in Scottsdale, AZ. They will testify that the July 6, 2011 ordinances (coupled with the September 8, 2011) do not allow for a range to be built and/or operated in the City, and that certain environmental/safety/operation requirements are either unnecessary or actually unsafe. I will forward you their complete report as soon as I receive it. In the meantime, their website is http://www.krameroneinc.com/.

Thanks,

David


**LAW FIRM OF DAVID G. SIGALE, P.C.**
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547 (Tel.)
630.596.4445 (Fax)
dsigale@sigalelaw.com
www.sigalelaw.com

THIS E-MAIL TRANSMISSION AND ANY ATTACHMENTS CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE DELETE IT AND NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY SO THAT ARRANGEMENTS MAY BE MADE FOR THE RETRIEVAL OF THE INFORMATION. THE UNAUTHORIZED USE, DISSEMINATION, COPYING, PRINTING OR FORWARDING OF THIS E-MAIL OR ANY ATTACHMENTS IS STRICTLY PROHIBITED. ANY STATEMENT OR TAX