IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF CHICAGO, <br><br>Defendant. | Case No.: 10 CV 5135 |

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR DISPOSITIVE MOTIONS**

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move for the enlargement of the time to submit dispositive Motions, currently set to close on December 13, 2012. In support thereof, Plaintiffs state as follows:

1.  The Court set a dispositive Motion deadline in this matter of December 13, 2012.

2.  Recently, the Court temporarily suspended the expert discovery period while issues regarding a Second Amended Complaint, and possible additional fact discovery are addressed. In addition, Plaintiffs' experts have not been deposed, and Defendant has stated there is a possibility that it will disclose expert(s) on certain issues of this case. At a minimum, Plaintiff expects Defendant will disclose fact witnesses on those issues. Obviously, should Defendant do so, the Plaintiffs will need additional time to address Defendant's disclosures.

3.  While all this is pending, Plaintiffs will be unable to fully draft a dispositive Motion. In the alternative, even if Plaintiffs submit a dispositive Motion based on the

information it currently possesses, Plaintiffs anticipate any response would be delayed due to the above-referenced procedural issues.

      4.      Plaintiffs therefore respectfully request the dispositive Motion deadline be extended or suspended to track any new pleading and discovery schedule that may be entered as a result of the currently-pending issues.

      5.      This Motion is brought in good faith and not for dilatory purposes or for delay, as the parties have worked diligently to complete all discovery in a timely manner, while resolving disputes as expeditiously as possible.

WHEREFORE, the Plaintiffs request this Honorable Court:

      1.      Enlarge the dispositive Motion deadline commensurate with any further schedule that is set for fact and expert discovery, given the issues currently pending before the Court;

      2.      Grant Plaintiffs any and all further relief as this Court deems just and proper.

Dated: December 1, 2012　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| Alan Gura (admitted *pro hac vice*) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | 739 Roosevelt Road, Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |
| 703.835.9085/Fax 703.997.7665 | 630.452.4547/Fax 630.596.4445 |
| | |
| By:    /s/ Alan Gura | By:    /s/ David G. Sigale |
|       Alan Gura |       David G. Sigale |

                                                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on December 1, 2012, he served a copy of the above Motion, and this certificate of service, on:

>Michael A. Forti, Esq.
>Mardell Nereim, Esq.
>William Macy Aguiar, Esq.
>Andrew W. Worseck, Esq.
>Rebecca Alfert Hirsch, Esq.
>City of Chicago Department of Law
>30 North LaSalle Street, Suite 1230
>Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


      /s/ David G. Sigale
      David G. Sigale