## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, ) | |
| WILLIAM HESPEN, ACTION TARGET, INC., ) | |
| SECOND AMENDMENT FOUNDATION, INC., ) | |
| and ILLINOIS STATE RIFLE ASSOCIATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 10 CV 5135 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record

You are hereby notified that on the **10th** day of December, 2012 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' Motion for Enlargement of Time for Dispositive Motions, filed simultaneously with this Notice.

          /s/ David G. Sigale          
One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on December 1, 2012, he served a copy of the above Notice of Motion, and this certificate of service, on:

  Michael Forti, Esq.
  Mardell Nereim, Esq.
  William Macy Aguiar, Esq.
  Andrew W. Worseck, Esq.
  Rebecca Alfert Hirsch, Esq.
  City of Chicago Department of Law
  30 North LaSalle Street, Suite 1230
  Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


       /s/ David G. Sigale
        David G. Sigale