**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, ) <br> WILLIAM HESPEN, ACTION TARGET, INC., ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> and ILLINOIS STATE RIFLE ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, ) <br> ) <br> Defendant. ) | Case No.: 10 CV 5135 |

**NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

    1.    On February 4, 2013, the Plaintiffs electronically filed their Second Amended Complaint with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                /s/ David G. Sigale
                                One of the Attorneys for Plaintiffs

| | |
|---|---|
| Alan Gura (admitted *pro hac vice*) <br> Gura & Possessky, PLLC <br> 101 N. Columbus Street, Suite 405 <br> Alexandria, VA 22314 <br> 703.835.9085/Fax 703.997.7665 | David G. Sigale (Atty. ID# 6238103) <br> Law Firm of David G. Sigale, P.C. <br> 739 Roosevelt Road, Suite 304 <br> Glen Ellyn, IL 60137 <br> 630.452.4547/Fax 630.596.4445 |