IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| Plaintiffs | ) | Case No: 10 c 5135 |
| Ezell | ) | |
| v. | ) | |
| | ) | Judge: Virginia M. Kendall ) |
| Defendant | ) | |
| City of Chicago | ) | |

**<u>ORDER</u>**

Defendant City's motion for extension of time to complete expert discovery [208] is granted to 10/15/2013. Dispositive motions to be filed by 10/30/2013. Responses by 11/27/2013. Replies by 12/11/2013. Ruling will be made by mail.

(T:08)

Date: July 17, 2013            /s/ Virginia M. Kendall