IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE
EXPERT DISCOVERY AND TO AMEND DISPOSITIVE MOTION SCHEDULE**

Defendant City of Chicago (the "City"), by its attorney Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully moves this Court to extend the deadline to complete expert discovery and to amend the dispositive motion briefing schedule. In support of its motion, the City states as follows:

1. On February 4, 2013, the Court granted Plaintiffs leave to file their Second Amended Complaint, which added thirteen additional challenges to the constitutionality of the City's Ordinances governing the zoning, construction, and operation of gun ranges in Chicago (hereinafter collectively referred to as the "Gun Range Ordinance"). *See* Dkt. # 202.

2. At the same time, the Court granted the City leave to take additional fact discovery—including re-deposing the named Plaintiffs—regarding the new claims. At the February 28, 2013 status hearing, the Court ordered fact discovery closed by June 3, 2013; expert discovery closed by July 31, 2013; and dispositive motions to be filed by August 26, 2013. *See* Dkt. # 206.

1

3. On July 11, 2013, the City filed a motion to extend expert discovery due to Plaintiffs' delay in providing responses to the City's additional fact discovery requests, and to accommodate the schedule of the City's outside expert witness, Dr. Philip Cook, ITT/Sanford Professor of Public Policy and Professor of Economics and Sociology at the Sanford School of Public Policy at Duke University. *See* Dkt. # 208. On July 17, 2013, the Court granted the City's motion to extend expert discovery and ordered expert discovery closed by October 15, 2013, and dispositive motions to be filed by October 30, 2013. *See* Dkt. # 210.

4. All expert discovery aside from the deposition of Dr. Cook has been completed. Plaintiffs' two experts were deposed on September 20 and September 26, 2013 and Dr. Cook's expert report was produced to Plaintiffs on September 27, 2013. Due to Dr. Cook's teaching and research obligations, however, including work-related travel, he is not able to sit for his deposition until the last two weeks of October. The parties have accordingly agreed to a deposition date of October 29, 2013.

5. Therefore, the City respectfully requests that the Court grant this motion to extend expert discovery up to and including October 29, 2013, to allow time for the City's expert to sit for deposition, and to amend the dispositive motion briefing schedule to require the filing of dispositive motions by November 22, 2013.

Date: October 11, 2013

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By: /s/ Rebecca Alfert Hirsch
     Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 11th day of October, 2013, I caused a copy of the forgoing **Defendant's Motion For Extension of Time to Complete Expert Discovery And To Amend Dispositive Motion Briefing Schedule** to be served via electronic notification on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road, Suite 304 |
| Suite 405 | Glen Ellyn, IL |
| Alexandria, VA 22314 | Fax No. 630-596-4445 |
| Fax No. 703-997-7665 | |

/s/ Rebecca Alfert Hirsch