IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, October 17, 2013** at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 2319** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Motion For Extension of Time to Complete Expert Discovery And to Amend Dispositive Motion Briefing Schedule,** copies of which are served upon you, herewith.


Date: October 11, 2013                     Respectfully submitted,

                                           STEPHEN R. PATTON
                                           Corporation Counsel for the City of Chicago

                                           By:    /s/ Rebecca Alfert Hirsch
                                                  Assistant Corporation Counsel


Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

       I, Rebecca Hirsch, an attorney, hereby certify that on this, the 11th day of October, 2013, I caused a copy of the forgoing **Defendant's Motion For Extension of Time to Complete Expert Discovery And to Amend Dispositive Motion Briefing Schedule** via electronic notification on the following counsel of record:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road |
| Suite 405 | Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |

                                          /s/Rebecca Alfert Hirsch