# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Rhonda Ezell, et al.

       Plaintiff,

v.              Case No.: 1:10–cv–05135
               Honorable Virginia M. Kendall

City Of Chicago

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2013:

  MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 10/16/2013. Unopposed motion for extension of time to extend discovery [213] is granted. Motion hearing set for 10/17/2013 on this motion is hereby stricken. Dispositive motions with supporting memoranda due by 11/22/2013. Responses due by 12/20/2013. Replies due by 1/10/2014. Ruling will be made by mail. Status hearing set for 3/24/2014 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.