IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO ENLARGE**
**THE PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT**

Defendant City of Chicago ("Defendant" or the "City"), by its attorney Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully moves this Court for leave to file a memorandum in support of its motion for summary judgment in excess of the 15-page limit, up to and including 40 pages. In addition, Defendant respectfully requests leave to file its statement of material undisputed facts in excess of the 80 paragraph limit, up to and including 100 paragraphs. In support hereof, Defendant states as follows:

1. Discovery closed in this case on October 29, 2013, and since that time Defendant has been working diligently on preparing its motion for summary judgment, together with the supporting memorandum of law, statement of material, undisputed facts, and exhibits. These materials are due on November 22, 2013.

2. Pursuant to Local Rule 7.1, all legal memoranda submitted in support of motions, including those for summary judgment, must not exceed fifteen (15) pages. Pursuant to Local Rule 56.1(a), the statement of material, undisputed facts accompanying a motion for summary

1

judgment cannot contain any more than eighty (80) numbered paragraphs.

3. As Defendant proceeds with the preparation of these materials, it has become apparent that the page-limit and paragraph-limit are insufficient to adequately cover the legal grounds and record evidence supporting its motion. This is due, in large part, to the fact that Plaintiffs have challenged approximately 19 different provisions of Chicago's firing range ordinance, individually as well as collectively.

4. Considering that each provision must be explained and then supported by evidence showing the City's justifications for the provision, as well as including Plaintiffs' evidence (or lack thereof) of the burden on their Second Amendment rights, Defendant has found that 15 pages is insufficient. Assuming that the City devotes an average of two pages per provision, this alone would amount to 38 pages, not including the discussion of the applicable legal standards and analytical framework for Second Amendment challenges, or other legal arguments Defendant includes.

5. Defendant is currently drafting the memorandum and editing as much as possible. However, to allow leave to be granted in advance of filing, Defendant respectfully requests that the page-limit requirement be enlarged up to and including 40 pages. Defendant will use its best efforts to fall short of this limit.

6. Similarly, the marshaling of the deposition testimony, documents, and reports in the accompanying statement of material, undisputed facts requires more than 80 numbered paragraphs. Defendant hopes to keep it close to 80, but requests leave to file an additional 20 paragraphs, up to 100, if so required.

7. Defendant contacted Plaintiffs' counsel on November 14, 2013, who stated that

Plaintiffs did not object to this request, provided that Plaintiffs were given reciprocal leave.

WHEREFORE, Defendant respectfully requests that the Court grant this motion for leave to file its summary judgment memorandum and statement of material, undisputed facts in excess of the limitations, and that Plaintiffs be given reciprocal leave for their filings.

Date: November 14, 2013                                    Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By:     /s/ Rebecca Alfert Hirsch
           Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 14th day of November, 2013, I caused a copy of the foregoing **Defendant's Unopposed Motion For Leave to Enlarge the Page and Paragraph Limits For Summary Judgment** via electronic notification on the following counsel of record:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road |
| Suite 405 | Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |

/s/  Rebecca Alfert Hirsch