IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday**, **November 20, 2013** at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 2319** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Unopposed Motion For Leave to Enlarge the Page and Paragraph Limits For Summary Judgment,** copies of which are served upon you, herewith.

Date: November 14, 2013

Respectfully submitted,

STEPHEN R. PATTON
Corporation Counsel for the City of Chicago

By:   /s/ Rebecca Alfert Hirsch
         Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I, Rebecca Hirsch, an attorney, hereby certify that on this, the 14th day of November, 2013, I caused a copy of the forgoing **Defendant's Unopposed Motion For Leave to Enlarge the Page and Paragraph Limits For Summary Judgment** via electronic notification on the following counsel of record:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road |
| Suite 405 | Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |

/s/Rebecca Alfert Hirsch