# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, Plaintiffs, v. CITY OF CHICAGO, Defendant. | Case No.: 10 CV 5135 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR DISPOSITIVE MOTION

COME NOW the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and move for the enlargement of the time to submit a dispositive Motion, currently due on November 22, 2013. In support thereof, Plaintiffs state as follows:

1. The Court set a dispositive Motion deadline in this matter of November 22, 2013.

2. Plaintiffs are diligently working towards completing their Motion for Summary Judgment. However, Plaintiffs are still waiting for the transcripts of certain witness depositions, which Plaintiffs anticipate will be necessary for their Statement of Facts.

3. Additionally, due to Plaintiffs' counsel's caseload, most notably pleadings to be filed in *Jackson v. King*, 1:12-CV-421 (D.NM) and *Ghost Industries v. Village of Norridge*, 11 CV 3871 (N.D.IL), and a mediation in *Carlson v. U.S. Airways, Inc.*, 12 CV 5153 (N.D.IL), Plaintiffs expect to be unable to complete the Motion by the November 22, 2013 date.

4. Plaintiffs therefore respectfully request until November 30, 2013 to file its

Motion for Summary Judgment. Plaintiffs will not oppose if Defendant wishes the same extension.

5. This Motion is brought in good faith and not for dilatory purposes or for delay, as the parties have worked diligently to complete all pleadings in a timely manner.

WHEREFORE, the Plaintiffs request this Honorable Court:

1. Grant Plaintiffs until November 30, 2013 to file their Motion for Summary Judgment and adjust the Response and Reply deadlines accordingly;

2. Grant Plaintiffs any and all further relief as this Court deems just and proper.

Dated: November 15, 2013                    Respectfully submitted,

Alan Gura (admitted *pro hac vice*)         David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                      Law Firm of David G. Sigale, P.C.
101 N. Columbus Street, Suite 405           739 Roosevelt Road, Suite 304
Alexandria, VA 22314                        Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665               630.452.4547/Fax 630.596.4445


By:    /s/ Alan Gura                        By:      /s/ David G. Sigale
       Alan Gura                                     David G. Sigale

                                            Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on November 15, 2013, he served a copy of the above Motion, and this certificate of service, on:

> Michael A. Forti, Esq.
> Mardell Nereim, Esq.
> William Macy Aguiar, Esq.
> Andrew W. Worseck, Esq.
> Rebecca Alfert Hirsch, Esq.
> City of Chicago Department of Law
> 30 North LaSalle Street, Suite 1230
> Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).

                                        /s/ David G. Sigale
                                           David G. Sigale