# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, et al., ) | |
| ) | Case No. 10 CV 5135 |
| Plaintiffs, ) | |
| ) | Hon. Virginia M. Kendall |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant the City of Chicago ("Defendant" or "City"), by and through its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, hereby moves for summary judgment pursuant to FED. R. CIV. P. 56 and Local Rule 56.1 on Plaintiffs' Second Amended Complaint. In support of this motion, Defendant submits its accompanying (1) Memorandum of Law In Support Of Its Motion For Summary Judgment ("Memorandum"); (2) Local Rule 56.1(a)(3) Statement of Undisputed Material Facts ("56.1 Statement"); and (3) Exhibits to Defendant's 56.1 Statement ("Defendant's Exhibits"). These documents are expressly adopted and incorporated by reference herein. In addition, Defendant states as follows:

1. Defendant is entitled to judgment on Count I of the Second Amended Complaint, alleging that the City's gun range regulations (the "Ordinance") violate Plaintiffs' Second Amendment rights, because there is no evidence that the individual regulations or the Ordinance as a whole impose a burden on Plaintiffs' right to keep and bear arms; and, even if the Ordinance burdens Plaintiffs' Second Amendment rights, the burden is minimal and outweighed by the important governmental interests the Ordinance serves.

2. Defendant is entitled to judgment on Count II of the Second Amended Complaint,

alleging a violation of Plaintiffs' First Amendment right to free speech, because: (1) the act of firing a gun for training is not protected speech or expressive conduct; (2) the Ordinance has not caused any inability by Plaintiffs to train with firearms; and (3) even if it did, the burden on Plaintiffs' First Amendment rights is justified by the Ordinance's important governmental objectives.

**WHEREFORE**, for all of the reasons stated and documented in the Memorandum, the 56.1 Statement, and Defendant's Exhibits, Defendant respectfully requests this Honorable Court enter judgment pursuant to FED. R. CIV. P. 56 in its favor, and against Plaintiffs, on Plaintiffs' Second Amended Complaint and for such other relief as the Court may deem just and equitable.

December 5, 2013

Respectfully submitted,

Stephen R. Patton
Corporation Counsel City of Chicago

By: /s/ Rebecca Hirsch
One of Its Attorneys

Mardell Nereim
William M. Aguiar
Andrew W. Worseck
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

2

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 5th day of December, 2013, I caused a copy of the forgoing **Defendant's Motion For Summary Judgment** to be served via electronic notification on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road, Suite 304 |
| Suite 405 | Glen Ellyn, IL |
| Alexandria, VA 22314 | Fax No. 630-596-4445 |
| Fax No. 703-997-7665 | |

/s/ Rebecca Alfert Hirsch