# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF CHICAGO, <br><br>Defendant. | Case No.: 10 CV 5135 |

## PLAINTIFFS' F.R.CIV.P. 56(a) MOTION FOR SUMMARY JUDGMENT

NOW COME the Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, by and through undersigned counsel, and, pursuant to Rule 56(a) of the Federal Code of Civil Procedure (F.R.Civ.P. 56(a)), moves this Honorable Court to enter summary judgment in their favor.

A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: December 5, 2013

Respectfully submitted,

By:   /s/David G. Sigale   
David G. Sigale

Alan Gura (Admitted *pro hac vice*)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

David G. Sigale (Atty. ID# 6238103)
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On December 5, 2013, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                /s/ David G. Sigale
                                                  Attorney for Plaintiffs

| | |
|---|---|
| Alan Gura (Admitted pro hac vice) | David G. Sigale (Atty. ID# 6238103) |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street, Suite 405 | 739 Roosevelt Road, Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |
| 703.835.9085/Fax 703.997.7665 | 630.452.4547/Fax 630.596.4445 |
| alan@gurapossessky.com | dsigale@sigalelaw.com |