IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. | ) | |
| BROWN, WILLIAM HESPAN, | ) | |
| ACTION TARGET, INC., | ) | |
| SECOND AMENDMENT | ) | |
| FOUNDATION, INC. and | ) | |
| ILLINOIS RIFLE | ) | |
| ASSOCIATION, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 10 CV 5135 |
| CITY OF CHICAGO, a | ) | |
| Municipal Corporation, | ) | |
| Defendant. | ) | |

The deposition of JOSEPH I. BROWN, called

for examination pursuant to the Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken

before KIMBERLY D. KEEL, CSR, a notary public within

and for the County of Cook and State of Illinois, at

30 North LaSalle Street, Chicago, Illinois, on June

13, 2012, at the hour of 10:15 a.m.

66ddd70f-3162-4579-b676-264efac55d45

1       APPEARANCES:

2            LAW FIRM OF DAVID G. SIGALE, PC, by

3            MR. DAVID G. SIGALE,

4            739 ROOSEVELT ROAD

5            SUITE 304

6            GLEN ELLYN, ILLINOIS 60137

7            630.452.4547

8                Representing the Plaintiffs;

9

10           CITY OF CHICAGO CORPORATION COUNSEL, by

11           MS. REBECCA HIRSCH,

12           30 NORTH LaSALLE STREET

13           SUITE 1230

14           CHICAGO, ILLINOIS 60602

15           312.744.0200

16               Representing the Defendant.

17

18

19

20

21

22

23

24

1                    I N D E X

2    WITNESS                         PAGE

3    JOSEPH I. BROWN

4        Examination By Ms. Hirsch        4

5        Examination By Mr. Sigale       45

6

7

8

9

10                   E X H I B I T S

11   NUMBER                          MARKED FOR ID

12   Brown Deposition Exhibit

13

14           Number 1                      21

15           Number 2                      41

16

17

18

19

20

21

22

23

24

1        MS. HIRSCH:  Go ahead and swear in the

2   witness.

3                    (Witness sworn.)

4                    JOSEPH I. BROWN,

5   called as a witness herein, having been first duly

6   sworn, was examined and testified as follows:

7                    EXAMINATION

8   BY MS. HIRSCH:

9        Q.   Good morning.  Can you please state --

10       A.   Good morning.  Am I loud enough?          10:18:58

11       Q.   My name is Ms. Hirsch and I'll be taking

12   your deposition.

13            Can you please state your full name?

14       A.   Joseph Irwin Brown.

15       Q.   And we're here in the case of Ezell v City     10:19:08

16   of Chicago, 10 CV 5135.  And, Mr. Brown, you're a

17   Plaintiff in this action?

18       A.   Yes.

19       Q.   And you recall having your deposition taken

20   in this case, I guess it was September of 2010?          10:19:26

21       A.   Yes.

22       Q.   Okay.  Have you had any depositions taken

23   since that time?

24       A.   No.

66ddd70f-3162-4579-b676-264efac55d45

1    Q.   Okay.  I'll just remind you of the rules,

2    but we've done this before.

3        If you don't understand anything that I'm

4    asking, please stop and ask me to clarify, let me

5    know that you don't understand.                        10:19:52

6        If you answer, I will assume that you have

7    understood the question.  If you need a break at any

8    time, just let us know and we can take a break.

9        And let me finish my question before you

10   start answering so that the court reporter can take   10:20:06

11   one person talking down at a time.  And I think

12   that's about it.

13       I also just want to state for the record

14   that we have a two-hour time limit for your

15   deposition.  It was originally called for 9:30 and    10:20:22

16   we are starting at 10:20.  Okay?

17   A.   Okay.

18   Q.   Mr. Brown, did you talk with anybody other

19   than your lawyer about coming here today for your

20   deposition?                                            10:20:38

21   A.   No.

22   Q.   Did you review any documents in preparation

23   for coming here today?

24   A.   No.

66ddd70f-3162-4579-b676-264efac55d45

1      Q.   Now, I would just like to take a few

2  minutes and go over some of the information that you

3  testified to previously and confirm that it's still

4  accurate or if anything has changed.  Okay.  Do you

5  still leave at 3309 Seeley Avenue?                    10:21:06

6      A.   Yes.

7      Q.   And what neighborhood is that?

8      A.   Roscoe Village.

9      Q.   And if I recall, your son or your daughter

10 or maybe both lived next door or behind you, is that  10:21:18

11 correct?

12     A.   Yes, that is correct.

13     Q.   Okay.  Where does your son live?

14     A.   In a coach house at 3307 North Seeley

15 Avenue.                                               10:21:36

16     Q.   So that's right --

17     A.   That's next door.

18     Q.   And does your daughter live nearby, as

19 well?

20     A.   Yes.                                         10:21:42

21     Q.   Okay.  Where does she live?

22     A.   3307 North Seeley on the second floor.

23     Q.   So the coach house where your son lives is

24 behind her home, is that correct?

66ddd70f-3162-4579-b676-264efac55d45

1    A.   That's correct.

2    Q.   Okay.  And do you live alone at 3309?

3    A.   Yes, I do.

4    Q.   When you testified here last year, I guess

5  it's been two years now, a year-and-a-half ago, you     10:22:08

6  had a 2001 Mercury Grand Marquis, is that correct?

7    A.   Correct.

8    Q.   Do you still own that car?

9    A.   Yes.

10   Q.   Do you still have a current driver's     10:22:20

11  license?

12   A.   Yes.

13   Q.   Do you drive that car at all?

14   A.   Yes.

15   Q.   And how frequently do you drive?     10:22:28

16   A.   Every day.

17   Q.   You drive every day?

18   A.   Yes.

19   Q.   Where do you usually go?

20   A.   Shopping.     10:22:40

21   Q.   Around town, errands?

22   A.   Yes.

23   Q.   Do you ever take public transportation,

24  like the bus or the El?

1    A.  No.

2    Q.  How did you get here this morning?

3    A.  I'm sorry.  Back up.  I took public

4  transportation this morning for the 13th of June.

5    Q.  And I take it from your previous answer    10:23:06

6  that that was the first time in a long time?

7    A.  Yes.

8    Q.  Okay.  And did you say you took the bus or

9  the El?

10    A.  The bus and the El.    10:23:24

11    Q.  Does your son have a car?

12    A.  Yes.

13    Q.  Does he -- go ahead.

14    A.  Oh, no.

15    Q.  I'm sorry.  It looked like you were going    10:23:44

16  to say something.

17    A.  No.

18    Q.  Does he ever drive you places?

19    A.  Yes.

20    Q.  In the City or outside of the City?    10:23:50

21    A.  Both.

22    Q.  And your daughter, does she have a car?

23    A.  Yes.

24    Q.  And does she give you rides, as well?

66ddd70f-3162-4579-b676-264efac55d45

1    A.   Yes.

2    Q.   Okay.  Is that both in the City and outside

3 of the City?

4    A.   Yes.

5    Q.   Last time you also testified that you had    10:24:06

6 two firearms that you kept outside the City, is that

7 correct?

8    A.   Correct.

9    Q.   Do you still own those firearms?

10    A.   Yes.    10:24:34

11    Q.   And where -- are they still kept outside

12 the City?

13    A.   Yes.

14    Q.   Have you purchased or otherwise obtained

15 any additional firearms since your deposition?    10:24:42

16    A.   Yes.

17    Q.   How many?

18    A.   One.

19    Q.   What type of firearm is it?

20    A.   A pistol.    10:24:56

21    Q.   When did you purchase it?

22    A.   Approximately a year ago.

23    Q.   And where do you keep that pistol?

24    A.   In my home.

66ddd70f-3162-4579-b676-264efac55d45

Page 10

```
 1      Q.   You had not received your CFP last time we

 2  took your deposition.  Do you have -- for the

 3  record, your Chicago Firearms Permit is what I am

 4  referring to when I say CFP.

 5          Do you have that now?                    10:25:40

 6      A.   Yes.

 7      Q.   And when did you receive that?

 8      A.   I'm going to guess.  Before I bought the

 9  pistol.

10      Q.   And you said approximately a year ago.    10:25:56

11          Did you -- where did you receive your -- if

12  you did, where did you receive your four-hour

13  classroom training in order to receive your CFP?

14      A.   At Maxim's in Des Plaines, Illinois.

15      Q.   Do you recall when you went there for that  10:26:36

16  training?

17      A.   No, I don't remember.

18      Q.   And your one hour of range training, did

19  you also receive that at Maxim's?

20      A.   Yes.                                     10:26:56

21      Q.   At the same time?

22      A.   Yes.

23      Q.   Have you been to Maxim's since?

24      A.   No.
```

66ddd70f-3162-4579-b676-264efac55d45

1    Q.  Are you still chairman of the

2  Marksmanship's Committee for the Department of

3  Illinois American Legion?

4    A.  Yes.

5    Q.  And do you still belong to Post 14 in    10:27:44

6  Morton Grove?

7    A.  Yes.

8    Q.  And how often do you go up to the post?

9    A.  Approximately three times a month.

10    Q.  Okay.  And how do you get there?    10:27:56

11    A.  I drive.

12    Q.  You drive yourself?

13    A.  Yes.

14    Q.  And do you know approximately how far

15  Morton Grove is from your house?    10:28:14

16    A.  About 14 miles.

17    Q.  Do you take your pistol with you when you

18  go up there?

19    A.  No.

20    Q.  Do you retrieve your other firearms and    10:28:30

21  take them with you when you go up there?

22    A.  No.

23    Q.  Now, there is an indoor firing range at

24  this post, is that correct?

66ddd70f-3162-4579-b676-264efac55d45

Page 12

1    A.    Pardon?

2    Q.    Is there an indoor firing range?

3    A.    Yes.

4    Q.    Is there an outdoor firing range, as well?

5    A.    No, just indoor.                                  10:29:00

6    Q.    When you go up there, do you practice at

7  the range?

8    A.    Yes.

9    Q.    You stated you go up there about three

10  times a month currently, is that correct?            10:29:14

11    A.    Correct.

12    Q.    About how often out of those times do you

13  actually use the range?

14    A.    Once.  Once out of three times.

15    Q.    Once a month about?                            10:29:26

16    A.    Yes, once a month.

17    Q.    What are you doing the other times that you

18  are up there?

19    A.    Talk.

20    Q.    Okay.                                           10:29:38

21    A.    Prepare other programs.

22    Q.    Be a part of other programs?

23    A.    Yes, I have programs that I have to do with

24  the juniors and so forth.  And I have help with

Page 13

1    that.

2        Q.   Are you still secretary and treasurer of

3    the Cook County Rifle League?

4        A.   Yes.

5        Q.   Is that one of the things, one of the          10:30:10

6    programs that you conduct activity with at the

7    legion?

8        A.   Yes, correct.

9        Q.   Do you go anywhere else for the rifle

10   league for meetings?                                     10:30:24

11       A.   Yes.

12       Q.   Where is that?

13       A.   Kankakee, Illinois.

14       Q.   Is that the Illinois State Rifle

15   Association?                                             10:30:38

16       A.   Yes.

17       Q.   And they have a big range out there, is

18   that correct?

19       A.   That is correct.

20       Q.   How often do you go there?                     10:30:42

21       A.   Once a month.

22       Q.   When you are there, do you target practice

23   ever?

24       A.   It's competitive.  I shoot competitively.

1    Q.  Oh, you do.  Once a month?

2    A.  Yes, correct.

3    Q.  Are you still instructing your winter

4  shooting league for junior shooters?

5    A.  Not at the present time.        10:31:24

6    Q.  Is that because it's summer or another

7  reason?

8    A.  The reason is they are redoing the range.

9  They are reconstructing it.

10    Q.  When did they begin that?        10:31:34

11    A.  Last year, 2011.

12    Q.  And do you know when it's going to be

13  complete?

14    A.  Shortly.  I don't know when.  I'm not

15  involved with that.        10:31:58

16    Q.  Okay.  Now, you just testified that about

17  once a month you do target practice at the range in

18  Morton Grove at the Legion Post, correct?

19    A.  Correct.

20    Q.  So there is some part of the range that's   10:32:14

21  still open?

22    A.  Not at the present time.

23    Q.  So how are you conducting that range

24  practice when you are up there?

Page 15

1    A.  Well, actually, right now we don't

2  practice.  It's strictly meeting, meeting.

3    Q.  When was the last time that you did any

4  type of shooting or target practice at the legion?

5    A.  Oh, maybe a year ago.  I have my legion    10:32:48

6  meeting up there, too.

7    Q.  Right.

8    A.  Yeah.

9    Q.  Are they expanding the range?

10    A.  Pardon?    10:33:08

11    Q.  Are they expanding the range?

12    A.  No, they are not.  It's a reconstruction.

13    Q.  So it's still going to be -- is it ten

14  lanes?

15    A.  Say that again?    10:33:20

16    Q.  How many lanes does it have, the target

17  shooting ranges?

18    A.  Six.  Six firing points.

19    Q.  Firing points?

20    A.  Yeah.    10:33:30

21    Q.  And it's still going to have six?

22    A.  Yes, correct.

23    Q.  Are you involved at all in the plans or the

24  actual reconstruction of the range?

66ddd70f-3162-4579-b676-264efac55d45

1    A.   No.

2    Q.   What hours are -- what hours is the range

3    generally open when it is open?  I know it's under

4    reconstruction right now.  If you know?

5    A.   All right.  I'm the key man.  So I open up        10:34:14

6    when I get there.  Depending on traffic, it could be

7    6:30 in the evening.

8    Q.   Are there other key men because you are

9    only getting out there a few times a month?

10    A.   I'm the oldest and the -- what else can I        10:34:34

11    say -- the one that puts the most time in there.

12    So -- and both for the seniors and the juniors.

13    Q.   Do you ever open the range before

14    8:00 a.m.?

15    A.   No.  No.                                          10:34:58

16    Q.   You don't have a --

17    A.   No, not there.

18    Q.   Do you plan on continuing to teach your

19    junior shooters league when the range reopens?

20    A.   Yes.                                              10:35:28

21    Q.   And when does that usually start, what

22    month?

23    A.   Well, let's see.  Right after school.  July

24    of the year, after school.

66ddd70f-3162-4579-b676-264efac55d45

Page 17

1      Q.   After school lets out for the summer?

2      A.   Yes.  And then it continues on into the

3  wintertime.

4      Q.   Do you think it's going to start up --

5      A.   About seven months.                        10:36:10

6      Q.   Seven months, all right.

7           Do you know when it's going to start up

8  again?

9      A.   Shortly.

10     Q.   Shortly?  A couple weeks?                   10:36:22

11     A.   It could be a couple weeks, it could be a

12 month, yeah.

13     Q.   Okay.  You stated that you went to Maxim's

14 to get your CFP requirements and you also go to the

15 Illinois State Rifle Association's range in Kankakee  10:36:58

16 approximately once a month, correct?

17     A.   Correct.

18     Q.   Have you been to any other gun ranges since

19 our last deposition?

20     A.   No.                                         10:37:12

21     Q.   None at all?

22     A.   None.

23     Q.   How far is a Kankakee from Chicago?

24     A.   Seventy miles.

Page 18

1      Q.   Do you drive there?

2      A.   Yes.  With my son.

3      Q.   Does he also take part in the competitive

4   shooting?

5      A.   Yes, obviously.                          10:37:38

6      Q.   I'm sorry if I asked you this already, but

7   when you go to Kankakee, do you bring any of your

8   firearms with you?

9      A.   No.

10      Q.   You use firearms that are there?         10:38:08

11      A.   Yes.

12      Q.   Would you like some water?

13      A.   No, that's fine.  That's fine.

14      Q.   Mr. Brown, when you first brought this

15   lawsuit, you were complaining about the fact that  10:38:38

16   the City of Chicago didn't allow for any gun ranges

17   within the City, correct?

18      A.   Correct.

19      Q.   And are you aware that in July of 2011 and

20   then a few months later in September the City passed  10:38:54

21   an ordinance and amendment that does allow for

22   ranges in the City?

23      A.   Yes.

24      Q.   Have you ever looked at the ordinance?

Page 19

1     A.   Pardon?

2     Q.   Have you ever read the ordinance that

3   allows that?

4     A.   No.

5     Q.   And now that the City does allow for ranges    10:39:12

6   in the City, can you just tell me in your own words

7   what you are still complaining about in this action?

8          MR. SIGALE:  I will object to the form of

9   the question.  Are you asking him what the -- like

10   what he's complaining about, what the Complaint      10:39:34

11   says --

12         MS. HIRSCH:  Yeah.

13   BY MS. HIRSCH:

14    Q.   Before when you first brought this lawsuit,

15   you were -- your Complaint, and that's a legal term,  10:39:42

16   but was that the City doesn't allow for ranges in

17   the City limits.  And the City has since passed an

18   ordinance that does allow for the construction and

19   operation of ranges in the City.

20         And I'm asking what your claims are now,        10:40:02

21   just in your own words.

22    A.   Again, the transportation of firearms in

23   the City itself.  And the -- I'm not watching what

24   you are writing there because I can't see it anyhow.

66ddd70f-3162-4579-b676-264efac55d45

Page 20

1   I'm just trying to collect my thoughts here.

2       Q.   That's fine.  Take your time.

3       A.   And being able to transport my firearms in

4   and out of my house into the range itself.

5            I'm sorry.                              10:41:18

6       Q.   It's okay.  Take a moment.

7       A.   And -- oh, I just lost all my thoughts on

8   this whole thing right now.  I don't know how I

9   could phrase it.  I really don't.  I just -- I'm

10  sorry.                                          10:42:02

11      Q.   No need to apologize.  Would you like to

12  take a moment and get back to the question?  Should

13  we move on?  Whatever you want to do?

14           MR. SIGALE:  I will interpose an objection

15  just for the record.  You are asking him to discuss  10:42:14

16  off the top of his head a document that, A, speaks

17  for itself and B, isn't in front of him.

18           MS. HIRSCH:  Just to clarify for the

19  record, I wasn't asking him to speak to the actual

20  document.  I used that word Complaint because you    10:42:28

21  had objected to me asking him what his complaints

22  were, why he was still bringing this lawsuit.  And I

23  just want to clarify it's not about the document.  I

24  just wanted to hear what he thought right now about,

Page 21

1    you know, what he -- why he was continuing to bring

2    this lawsuit.

3    BY THE WITNESS:

4        A.   Well, like I say, transportation from my

5    house.  I don't think that it's allowable because of    10:42:56

6    the laws on the transportation in my car, lockable

7    trunk, my ammo locked up with the rifle, if I had

8    it, or the pistol.  It's a hindrance on myself to

9    get to the range itself wherever.

10           MS. HIRSCH:  All right.  Well, why don't we    10:43:36

11   move on then.  Will you mark this, please?

12                        (Whereupon, Brown

13                        Deposition Exhibit

14                        Number 1 was marked for

15                        identification.)              10:44:32

16   BY MS. HIRSCH:

17       Q.   Mr. Brown, I'm giving you what has been

18   marked as Exhibit Number 1 to your deposition.  If

19   you would like to take a few minutes to look at it.

20           You don't need to read the whole thing       10:45:00

21   unless you want to.  I just want you to kind of

22   familiarize yourself with it.

23           Okay.  Keep that.

24       A.   Is this mine?

Page 22

1    Q.   For right now it is, yes.

2    A.   Okay.

3    Q.   And I'll probably ask you to refer to it so

4  why don't you just keep it right there.

5    A.   Okay.                              10:49:12

6    Q.   These are your Answers to the City's

7  Interrogatories, second set of Interrogatories that

8  we served in this case.

9         Have you seen this document before?

10   A.   Yes, yes.                          10:49:22

11   Q.   Other than right now?

12   A.   Yes.

13   Q.   And do you recall providing the information

14 in the document?

15   A.   Yes.  Vaguely, yes.                10:49:34

16   Q.   Okay.  And you see on the last page that

17 you have testified that everything in there is true?

18   A.   Correct.  I looked at that, yes.

19   Q.   And I apologize that there are no page

20 numbers on this document, so I'm going to have to     10:49:52

21 kind of go through this with you.

22        Can you please flip, I think it's Page 5?

23        MR. SIGALE:  It might be easier if you

24 refer to the page with the question number.

Page 23

1    BY MS. HIRSCH:

2        Q.    Yeah, it's Number 4.  I'm sorry.

3    Interrogatory Number 4.

4        A.    All right.

5        Q.    Okay.  In this question the City asks for          10:50:36

6    you to identify all locations in Chicago where it

7    would be burdensome for any individual Plaintiff,

8    which here today we're going to talk about you, to

9    travel to for purposes of using a firearm at a

10   range.  Okay?                                               10:50:58

11       A.    Okay.  Yes.

12       Q.    And if you go to the next page where your

13   answer begins you state that it's burdensome to

14   travel anywhere in the City at any location.  And

15   the first reason you give is that you state that           10:51:22

16   it's burdensome due to the City's firearms transport

17   ordinance, correct?

18       A.    Correct.

19       Q.    What ordinance are you referring to?

20       A.    The Vehicular Transportation Ordinance.         10:51:38

21       Q.    And are you challenging that ordinance in

22   this lawsuit?

23       A.    Yes.

24       Q.    And can you tell me what restrictions in

1    that ordinance you are challenging in the

2    vehicular -- I'll rephrase it.  I'll rephrase it.

3        What about the transportation ordinance

4    burdens your ability to go to any range within the

5    City?                           10:52:26

6      A.   The transportation of my firearm between my

7    house and a range, in a lockable trunk.  I don't

8    have a concealed carry.  And it's burdensome for me

9    to take that out.  And it's against the law that I

10   can carry it from a range to my house or the house   10:52:52

11   to the range.

12     Q.  You believe it's against the law to carry

13   your gun?

14     A.   Yes.

15     Q.  You also say as a reason that it would be   10:53:04

16   burdensome to go anywhere, to travel anywhere in the

17   City to go to a range anywhere in the City is

18   because of the restrictions on the hours of

19   operation?

20     A.   Yes.                       10:53:20

21     Q.  Okay.  Do you know what the restrictions on

22   the hours of operation are in the City of Chicago

23   for a range?

24     A.   No.

Page 25

1    Q.   If I told you they were open at 9:00 a.m.

2    to 8:00 p.m. at night seven days a week, would you

3    find that restrictive?

4    A.   Yes.

5    Q.   Why?                                          10:53:42

6    A.   The reason is different shift workers that

7    want to use a range could be work nights or daylight

8    hours, they want to use the range and it's closed.

9    Q.   Okay.  What about you personally?  Would

10   you ever want to use a range before 8:00 a.m.?     10:54:08

11   A.   Not personally.

12   Q.   Okay.  And personally would you ever use

13   the range after 9:00 p.m.?

14   A.   It all depends.

15   Q.   How many hours -- what should be the hours   10:54:28

16   of a range -- what hours of operation during the day

17   should a range be open that wouldn't be burdensome

18   on anybody?

19        MR. SIGALE:  I'll object as to speculation,

20   foundation, form of the question.  I believe that   10:54:44

21   calls for a legal conclusion, as well.

22        But with all that said, Joe, if you have an

23   answer, you can give it.

24

Page 26

1    BY MS. HIRSCH:

2        Q.   You said earlier that some people have

3    different work shifts?

4        A.   Correct.

5        Q.   So what hours do you think a range should        10:55:04

6    be open that would allow for people to get to a

7    range with different work shifts?

8        A.   I have no idea.  I have no idea on that.  I

9    don't know how I could project hours of operations.

10       Q.   Do you think ranges should be open 24 hours      10:55:22

11   a day?

12       A.   It depends on traffic, how many people use

13   it.

14       Q.   You also state that it would be a burden to

15   travel to a range in an unsafe location.  And I am       10:55:48

16   just looking at your answer here, the second line

17   from the top.

18       A.   That's under five?

19       Q.   It's under four.  It's the second to last

20   sentence.                                                 10:56:12

21       A.   Up here?

22            MR. SIGALE:  I'm sorry, which part are you

23   talking about, Rebecca?

24            MS. HIRSCH:  Unsafe location.

Page 27

1        MR. SIGALE:  Any location that's unsafe to

2   travel, is that the part?

3        MS. HIRSCH:  Yes.

4   BY MS. HIRSCH:

5        Q.   Can you explain to me a little bit about     10:56:28

6   what you mean by unsafe to travel to?

7        A.   Again, the transportation law, the locking

8   of firearms, whether I would be -- I'm against the

9   law already carrying any firearm in my car in the

10  City.  And to get to an area of where the range       10:56:46

11  would be located, where they project it, how it's

12  projected or whether I could get my car into a safe

13  area, it -- it would have to be in a locked area,

14  but I'm still carrying a firearm in my car against

15  the law.                                              10:57:16

16       Q.   Okay.  So were you talking about an area

17  being unsafe, a range being located in an unsafe

18  area in this answer?

19       A.   Yes.

20       Q.   And for purposes of giving this answer,     10:57:38

21  what were you meaning when you said unsafe?

22       A.   High crime area.

23       Q.   High crime area, okay.

24            And do you -- what areas do you consider to

66ddd70f-3162-4579-b676-264efac55d45

Page 28

1    be high crime areas in the City that you can think

2    of here today?

3        A.   Rosewood, Englewood, Austin.

4        Q.   And what are you basing that belief on?

5        A.   Newspaper articles.                          10:58:38

6        Q.   Okay.  I'm going to go Number 5 now and ask

7    you a few questions.

8        A.   Okay.

9        Q.   This is related to the one that we were

10   just talking about before, but here the City is      10:58:58

11   asking you to identify all locations in the City

12   where you would be unable to travel for purposes of

13   going to a range.  Okay?  Do you understand?

14       A.   I just said the areas that I wouldn't want

15   to go into.                                           10:59:24

16       Q.   Okay.  And this question is asking you

17   where you would be unable to get to.  And you

18   answered that you would be unable to get to all

19   locations anywhere within the City of Chicago?

20           MR. SIGALE:  I'm just going to object to     10:59:40

21   the extent that it mischaracterizes the

22   Interrogatory answer, but.

23   BY MS. HIRSCH:

24       Q.   Let me just read to you your first -- after

1    your objections.  And I've turned the page now.

2         MR. SIGALE:  I believe she's going to start

3    reading right there, Joe.

4    BY MS. HIRSCH:

5         Q.   You state every location within the City        11:00:00

6    limits is impossible to access.

7              And when we are talking about location,

8    this is, you know, hypothetically if there was a gun

9    range anywhere in the City, it would be impossible

10   to access due to the City's firearms transport          11:00:14

11   ordinance unless Plaintiff stores his firearm

12   outside of the City limits, obtains private

13   vehicular transportation with a lockable trunk to a

14   firearms range with an indoor attached parking

15   facility.                                                11:00:40

16             Now, I believe you already stated that it's

17   illegal for you to go anywhere with your gun in your

18   car in the City, is that correct?

19        A.   Correct.

20        Q.   Okay.  Now, if that gun were in a disabled     11:00:58

21   condition and in your trunk, would that be a legal

22   method of transportation under your understanding?

23             MR. SIGALE:  I've got to object to the form

24   of the question and the way that it misstates the

Page 30

1    relevant ordinance and the way that it's calling for

2    a legal conclusion.  I'm sorry, Rebecca, I don't

3    mean to start a thing, but the lawful transportation

4    isn't about disabled, it is about being broken down,

5    inaccessible.  So -- I can't find the provision          11:01:54

6    exactly, but it's -- but to the extent that you are

7    meaning disabled in some manner other than broken

8    down, then you are misstating the ordinance.

9         MS. HIRSCH:  Okay.

10   BY MS. HIRSCH:                                            11:02:16

11        Q.  Go ahead.

12        A.  We are talking about the firearms outside

13   of the City, is that correct?

14        Q.  No.  We are talking about firearms within

15   the City.  I can ask it a different way.                  11:02:28

16        A.  Okay.

17        Q.  Let me ask you a different question.

18        A.  Okay.  Go ahead.

19        Q.  Let's imagine that there was a firearms

20   range in the City, someone came in and constructed       11:02:38

21   it and it was up and running, and let's say it was a

22   few miles from your house.  Why could you not go

23   there for firearms range training or practice?

24        A.  I'm still against the carry in my car in a

66ddd70f-3162-4579-b676-264efac55d45

1  lockable trunk to get there.  Otherwise, it would --

2  it -- to break it down in an inoperable position,

3  the firearm, but, again, it's still against the law

4  to carry in my car to the range regardless if I

5  break it down or not.  Sure, it's inoperable.          11:03:44

6      Q.   Okay.  You also state in the last sentence

7  of this answer -- which is right here.

8      A.   Okay.

9      Q.   That additionally health concerns may

10  inhibit your ability to travel distances or to a       11:04:16

11  particular location.  Do you have any health

12  concerns that would prohibit you from traveling

13  anywhere within the City?

14     A.   Health insurance did you say?

15     Q.   Concerns?                                       11:04:38

16         MR. SIGALE:  Health concerns she asked.

17  I'm sorry.  Like if you are asking if one were open

18  this minute, are there health concerns or are you

19  asking in some broader sense?

20         MS. HIRSCH:  Well, I'm asking -- okay,           11:04:48

21  fine.

22  BY MS. HIRSCH:

23     Q.   I'm asking about right now do you have any

24  health concerns that would prevent you from getting

66ddd70f-3162-4579-b676-264efac55d45

1   anywhere in the City?

2       A.   No.

3       Q.   Okay.  Let's flip a couple of pages and go

4   to Number 8.

5       A.   Okay.                                    11:05:18

6       Q.   Now, this question asks you about the

7   provisions of the City's ordinance that you are

8   challenging is unconstitutional and it asks you to

9   tell us why you feel it burdens you.  So I want to

10  go through those for a few minutes with you.  Okay?   11:05:54

11      A.   Okay.

12      Q.   Okay.  Now, I mean, you can flip with me,

13  but I'll also just kind of try to phrase what I am

14  asking right now.  And if you want to specifically

15  look back, we can.                                11:06:32

16           I think it might be easier to ask it this

17  way, but the City's ordinance requires that ranges

18  operate only between 8:00 a.m. and 9:00 p.m.

19           And can you tell me how that specifically

20  burdens you?                                      11:06:54

21      A.   Personally not.

22      Q.   The City's ordinance also has a requirement

23  that range patrons be 18 years or older.  Can you

24  tell me how that personally burdens you?

66ddd70f-3162-4579-b676-264efac55d45

1    A.   With adult supervision.  I think that that

2  age could be dropped down with adult supervision.

3    Q.   Okay.  Does that provision burden you in

4  any way?

5    A.   No, because I don't have any youngsters,          11:07:46

6  per se, at the range itself.  And, again, it all

7  depends if I am at Morton Grove.  Or if I am at a

8  public range in the City, that would be a different

9  story because I would be working with the kids.

10    Q.   You would be working with the kids where?   11:08:06

11    A.   If there was a City range.

12    Q.   You would be working with the kids?

13    A.   I would be, yes.

14    Q.   Okay.  Can you tell me in what way you

15  would be working with the kids?                          11:08:18

16    A.   Wherever the City has a range.

17    Q.   How would you be working with the kids?

18    A.   Safety.  The proper use of firearms.

19    Q.   Would you be working at this range as an

20  employee or as --                                        11:08:30

21    A.   No.

22    Q.   How would you then be working with the

23  kids?

24    A.   With a club.  With a club.

66ddd70f-3162-4579-b676-264efac55d45

Page 34

1     Q.    What club?

2     A.    Morton Grove Club.

3     Q.    The Morton Grove Club --

4     A.    Junior Club.

5     Q.    Junior Club.  You might if there were a          11:08:50

6     range in the City limits that allowed for them to go

7     there, you might have some of your training there,

8     is that what you are saying?

9     A.    Say that again.  I'm sorry.

10     Q.    Would you be working with the kids from the     11:09:04

11     Junior League Club from Morton Grove at a range

12     within the City if there was one in the City?

13     A.    Again, depends on travel time for the

14     youngsters and the families or the parents, whoever

15     is going to transport them.                          11:09:28

16     Q.    Do you have the Junior League classes, are

17     they individual or a group of kids all together at

18     the same time?

19     A.    Group.  Group taught.  Group teaching.

20     Q.    Approximately how many kids are in a class?    11:09:50

21     A.    Sixteen.

22     Q.    What are their ages?

23     A.    Thirteen to 20.

24     Q.    And do you know right now of any interest

Page 35

1    in traveling to the City by any of the kids that you

2    have taught to use a range versus going to Morton

3    Grove?

4        A.   No.

5        Q.   The City's ordinance also requires any          11:10:44

6    range patrons to have a FOID card?

7        A.   Correct.

8        Q.   You know what that is?

9        A.   Yes.

10       Q.   And also a CFP, a Chicago Firearms Permit?      11:11:06

11       A.   Correct.

12       Q.   Do you have a FOID card?

13       A.   Yes.

14       Q.   And you have a CFP?

15       A.   Yes.                                             11:11:16

16       Q.   So how does the requirement that patrons of

17   the range within the City have a FOID card and CFP,

18   how would that burden you?

19       A.   Not personally.

20       Q.   The City's ordinance also restricts gun         11:11:30

21   ranges from being constructed within 500 feet of

22   another gun range, a residential district, schools,

23   daycare facilities, parks and other sensitive areas.

24   That's a zoning restriction for where the ranges can

Page 36

1    be constructed.

2           How does that restriction, keeping it

3    outside of 500 feet from these sensitive areas,

4    burden you?

5       A.   I don't know how a range could be          11:12:26

6    constructed or a building with those requirements.

7       Q.   Are you familiar with the zoning map and

8    districts and how the districts are broken down in

9    the City of Chicago?

10      A.   No.                                          11:12:48

11      Q.   Have you ever looked at a zoning map?

12      A.   No.

13           MS. HIRSCH:  Could we just take a couple of

14   minutes and use the restroom?

15           MR. SIGALE:  Go ahead.                       11:13:30

16           MS. HIRSCH:  I'll take a minute break.  I

17   don't have that much more to ask, but I need a

18   break.

19           THE WITNESS:  Oh, okay.  That's fine.

20                        (Whereupon, a short break       11:13:42

21                        was taken.)

22   BY MS. HIRSCH:

23      Q.   Mr. Brown, the City's gun range ordinance

24   also prohibits the renting or using of firearms at

Page 37

1    gun ranges themselves.  So if there was one in the

2    City, you would bring your own firearm there except

3    for people who are using it to get their CFP.

4            Can you tell me how that provision would

5    burden you?                                    11:20:58

6    A.   Say that again.

7            MR. SIGALE:  I'm sorry.  Did you say it

8    prohibits the renting or using of firearms?

9            MS. HIRSCH:  Did I say use?

10           MR. SIGALE:  I thought you did.  It      11:21:06

11   probably is a different question than you meant to

12   ask.

13           MS. HIRSCH:  Okay.  Let me rephrase it.

14   BY MS. HIRSCH:

15   Q.   The Chicago gun range ordinance does not     11:21:16

16   allow for the renting or borrowing of firearms

17   there, you have to use your own firearm.  Okay?

18   Except for a limited exception that, if you are

19   going to get your one hour of range training to

20   qualify for your CFP.                           11:21:42

21           Can you tell me how that provision burdens

22   you?

23   A.   If it was a range, no, I don't think so.

24   Because everyone has their own firearms that they

Page 38

1    would bring.  A range doesn't provide in my

2    knowledge firearms for loan or rent.

3        Q.   So if you were able to transport your

4    firearm, let's say the law let you transport your

5    firearm to a range within the City, you would use      11:22:16

6    your own firearm?  You would take it with you there?

7        A.   Yes.

8        Q.   Are you aware that the gun range ordinance

9    requires that the sound emanating from a shooting

10   range be at --                                          11:23:00

11       A.   55 DB.

12       Q.   Right.  Okay.  And how are you familiar

13   with that 55 DB provision?

14       A.   A person only has two ears.  And I wear

15   hearing devices.                                        11:23:16

16       Q.   Okay.

17       A.   Safety -- not safety, but health-wise,

18   glasses and muffs, regardless of where you are at

19   because of the noise levels whether it's a shooting

20   range or any place else.  Jackhammer, working          11:23:32

21   outside, the gas company.  It's up to the

22   individual.

23            And I am going to interject this if I may,

24   that we insist -- I insist that everyone wears

66ddd70f-3162-4579-b676-264efac55d45

Page 39

1    safety glasses and muffs.  My own self, I wear ear

2    plugs or I use these and I can turn them off and

3    they act as plugs.  And I also have muffs.  I don't

4    want to lose my hearing more than it is, so I insist

5    on safety is paramount.                          11:24:10

6         MR. SIGALE:  Joe, I think she was asking

7    you how you knew the number in the ordinance was 55

8    decibel.

9         THE WITNESS:  I happened to look down.

10   Where did I see that?                            11:24:20

11        MR. SIGALE:  So you read it in there?

12        THE WITNESS:  Yeah.  Here it is, right here

13   on eight, 55 DB.

14        MR. SIGALE:  I think that's what she was

15   asking you.                                      11:24:30

16        THE WITNESS:  Well, I give you a

17   dissertation on safety.

18   BY MS. HIRSCH:

19      Q.   No.  I appreciate your answer.

20      A.   So, but anyhow.                          11:24:36

21      Q.   And do you know what the decibel level is

22   that might emanate from the Morton Grove range when

23   people are shooting, if you know?

24        MR. SIGALE:  I will object to the form of

66ddd70f-3162-4579-b676-264efac55d45

1    the question.  Do you mean emanate -- are you

2    referring to emanating from the property line, from

3    one foot away from someone shooting?

4    BY MS. HIRSCH:

5         Q.   Well, let's take both.  If you are inside        11:25:00

6    the range, do you know if you're standing next to

7    someone shooting what the decibel level is that

8    comes from that?

9         A.   Not really.

10        Q.   Okay.  So I take it you wouldn't know what        11:25:10

11   the decibel level is from outside; if someone is

12   shooting inside what it would be outside?

13        A.   No.

14        Q.   But when you work with your Junior League,

15   you require everyone to wear --                            11:25:30

16        A.   Muffs.

17        Q.   Muffs.  And that's to protect against the

18   noise?

19        A.   That's correct.

20        Q.   And that's a safety issue?                       11:25:38

21        A.   That's correct.

22        Q.   Okay.

23             MS. HIRSCH:  On that topic, will you mark

24   this, please?

Page 41

```
 1                        (Whereupon, Brown

 2                        Deposition Exhibit

 3                        Number 2 was marked for

 4                        identification.)

 5   BY MS. HIRSCH:                                    11:26:10

 6     Q.   Okay.  Mr. Brown, the court reporter has

 7   given you a document marked as Exhibit 2.  And this

 8   is a document that you produced to us in response to

 9   a request for some documents that were relevant to

10   this case.                                        11:26:28

11        I take it you recognize this document?

12     A.   Yes.

13     Q.   Can you tell me what this is?

14     A.   It's a safety program for a building and

15   also the gun range.                               11:26:38

16     Q.   Did you write this program?

17     A.   Part of it.  Part of it I wrote.  And it

18   was originally a pro -- proposed at the range

19   itself.  And I added to it.

20     Q.   What did you add to it?                    11:26:56

21     A.   The housekeeping rules.  And if you get

22   down to the note on the bottom three, fourth

23   sentence is do not take any spent brass or live

24   ammunition out of the building.  If you are caught,
```

Page 42

1    it is an automatic expulsion.  And if they get

2    caught at school, they are out.  They are going to

3    get out.  The youngsters will be out.

4          And Number 6, the safety.  We had the most

5    safest sport.                                    11:27:32

6    Q.  So the --

7    A.  But, again, glasses.  Again, I said that

8    already.  We've got all the equipment for these

9    youngsters to use.  Everything is locked up.

10   Ammunition is locked up, the rifles are locked up in    11:27:46

11   secure areas.  So they don't carry anything out of

12   that range.  And if they are, they are out of the

13   program.  There are no ifs, ands or buts about it.

14   Q.  So this safety program was created and

15   designed for the youth shooting league?            11:28:08

16   A.  Yes.

17   Q.  Okay.  At the Morton Grove Post?

18   A.  Yes.

19   Q.  And you disseminate this to the students in

20   your class?                                       11:28:24

21   A.  Yes.

22   Q.  And do you use this for any other programs?

23   A.  Outdoors -- well, we take excerpts out of

24   it for the outdoor shooting program, but this is

66ddd70f-3162-4579-b676-264efac55d45

Page 43

1    strictly for indoor for housekeeping and the gun

2    safety rules at Morton Grove.

3        Q.   And when you say outdoor shooting program,

4    what are you referring to?

5        A.   The safety reasons of using muffs,          11:28:46

6    earplugs, glasses.

7        Q.   I'm sorry.  What outdoor program?

8        A.   At Kankakee, Illinois.

9        Q.   Okay.

10       A.   Yeah.                                        11:29:02

11       Q.   Do you have any plans on building or

12   constructing a range within the City of Chicago, a

13   firing range?

14       A.   No.

15           Money.                                        11:29:30

16       Q.   Do you have any experience with

17   constructing or building a range?

18       A.   No.

19       Q.   Do you have a firearms instructor

20   certificate from any State or local agency?         11:30:14

21       A.   Yes.

22       Q.   Which one?

23       A.   The NRA.  Certified rifle, pistol and

24   shotgun instructor.

Page 44

1    Q.   Now, if there were a range in the City of

2  Chicago, would you be interested in being an

3  instructor?

4    A.   It depends on health.

5    Q.   So possibly?                                11:31:00

6    A.   Possibly, yes.

7    Q.   And --

8    A.   Off the record, I'm 88.

9         MR. SIGALE:  Joe, there is no --

10        THE WITNESS:  I said off the record.  Can    11:31:22

11 you do that?  Erase or Whiteout.

12 BY MS. HIRSCH:

13   Q.   Now, the Chicago gun range ordinance

14 requires anybody who works at a range to get

15 fingerprinted, would this be a burden on you?      11:31:46

16   A.   Not on me, no.

17   Q.   What type of classes would you like to

18 teach if health permitted and there were a range in

19 the City of Chicago?

20   A.   What do you mean by classes?               11:32:22

21   Q.   Well, so not a class.  You said that you

22 possibly would be interested in being an instructor

23 at a City range, if there were some ranges in the

24 City?

Page 45

1      A.   Well, first off safety.  How the --

2  whatever firearm they are using, is all the

3  nomenclature on it, know how the rifle is put

4  together or pistol.  A safety course with it.  And

5  then positions.  Because it could be the four          11:33:02

6  positions that they shoot as far as the ones that

7  are recognized for the youngsters and adults is --

8  if you want, I can tell you the positions; if not,

9  we'll just let it go, but -- and then the safety

10  angle about it.  And, again, a question-answer after   11:33:24

11  the program that people have questions on what are

12  we doing and how are you doing it.

13      Q.   Okay.

14           MS. HIRSCH:  David, I'm done.

15           MR. SIGALE:  Yeah, I have some follow-up       11:34:20

16  questions.

17                      EXAMINATION

18  BY MR. SIGALE:

19      Q.   Joe, Ms. Hirsch asked you whether or not

20  you planned to open or run a range in Chicago if you   11:34:36

21  were interested in that and you said no, do you

22  remember that?

23      A.   Yeah.

24      Q.   Okay.  Do you remember -- is it fair to say

Page 46

```
1   your interest in this legal action is having a range

2   in Chicago that you can go to?

3       A.   Yes.

4       Q.   To practice shooting, correct?

5       A.   Correct.                                    11:35:12

6       Q.   That would be the reason you would want to

7   go to the range?

8       A.   Correct.

9       Q.   And are you aware that originally this

10  lawsuit was filed close to a couple years ago?       11:35:24

11      A.   Yes.

12      Q.   And you gave a deposition sometime around

13  that time, sometime like September of 2010, I think.

14           And are you aware that there was a ruling

15  by an Appellate Court called the 7th Circuit Court    11:35:44

16  of Appeals last summer that said that the City had

17  to allow firing ranges.  Are you aware that there

18  was that Court decision?

19      A.   Yes.

20      Q.   And you are aware that right around that     11:36:00

21  time shortly after the City changed its law to

22  technically allow firing ranges?

23           Yes?

24      A.   Yes.
```

Page 47

1    Q.   And that after that we filed -- we changed,

2    the Plaintiffs including you, changed your Complaint

3    and now we are challenging certain -- we, including

4    you, are challenging certain other of those

5    restrictions.  And that's basically what we are          11:36:34

6    doing here today.  You are aware of that?

7    A.   Yes.

8    Q.   All right.  To your knowledge, since that

9    7th Circuit Court decision a year ago, how many

10   public ranges exist in Chicago for you to go to?        11:36:52

11   A.   Public ranges?

12   Q.   Yeah, that you could just go pay your money

13   and go shoot in the City limits, how many exist?

14   A.   None.

15   Q.   So is it still your interest as you sit           11:37:06

16   here to have a range to go to?

17   A.   Yes.

18   Q.   And as of this moment, as you sit here,

19   there still are none?

20   A.   Correct.                                           11:37:18

21   Q.   You testified earlier about the

22   transportation laws.  Now, you have been practicing

23   shooting for quite a long time, I believe?

24   A.   Correct.

Page 48

1      Q.   Are you familiar with the breaking down and

2   reassembling of a hand gun?

3      A.   Yes.

4      Q.   Is that something having been around --

5   strike that.                                    11:37:58

6           For someone who hasn't been around firearms

7   for a long time, do you have an opinion whether or

8   not that's an easy thing to do, breaking down and

9   putting back together a hand gun?

10      A.   Yes.                                    11:38:22

11      Q.   Is it easy?

12      A.   For a first time?

13      Q.   Yeah.

14      A.   It's hard to take down a semi automatic

15   pistol.                                         11:38:36

16      Q.   Why is that?

17      A.   For the simple reason the slide, the frame

18   have to come apart, the magazine has to be out.  So

19   to put that all back together, it is a little bit of

20   practice to do that.                            11:38:54

21      Q.   What happens if you do it wrong -- strike

22   that.

23           What happens if you put it back together

24   wrong?

66ddd70f-3162-4579-b676-264efac55d45

Page 49

1      A.   It won't fire; it won't function.

2      Q.   I want you to assume, we had talked a

3  little bit about it before, that if you want to

4  transport -- if there were a range in the City to go

5  to and you wanted to bring a pistol from your house      11:39:36

6  to that range, that you would have to break it down,

7  put it in a case and then put it -- and then make it

8  not immediately accessible, so like in a car trunk,

9  okay?

10     A.   Correct.                                         11:40:00

11     Q.   What would you do if you didn't have a car

12 or access to a car?

13     A.   Then I would have to have somebody to take

14 me.

15     Q.   What if you didn't have a ride?                  11:40:16

16     A.   I wouldn't go shooting.

17     Q.   Let's say there was a range to go to, let's

18 say you wanted to go there, but there was -- you

19 didn't have a way because of the transport laws, as

20 you were talking about earlier, to take your          11:40:58

21 firearm to the range because, as you testified

22 earlier, you can't do it.  That was your testimony

23 before, correct?

24     A.   Correct.

Page 50

1    Q.   Now, I want to go back to Ms. Hirsch, she

2  asked you a question earlier about the law that a

3  range can't rent or loan a firearm.

4        So my question is based on your testimony,

5  if you can't legally bring a firearm to the range      11:41:26

6  and they can't loan or rent you one, when you get to

7  the range what are you going to shoot with?

8    A.   Well, as long as I have a CFP and a FOID

9  card and if there is somebody there that is legal

10  that has a firearm, they could loan it to me to use    11:41:48

11  maybe.

12    Q.   So you are saying maybe if some other

13  customer somehow get their firearm there, maybe they

14  would let you borrow theirs?

15    A.   Yes.                                             11:42:04

16    Q.   And that's if they could get theirs legally

17  there?

18    A.   Correct.

19    Q.   Fair to say otherwise in that scenario you

20  would be out of luck?                                  11:42:24

21    A.   Correct.

22    Q.   Ms. Hirsch was asking you about various

23  restrictions such as you need a CFP or FOID card to

24  go to the range and you said that that wouldn't

Page 51

1    really be a big deal for you because you have a CFP

2    and a FOID card?

3        A.   Right.  Correct.

4        Q.   So you could physically -- it wouldn't be a

5    big deal to you because you physically could walk      11:42:56

6    into the range?

7        A.   Yes.

8        Q.   I want you to assume that testimony in the

9    case and the evidence in this case is going to show

10   that people, among other reasons, aren't going to      11:43:18

11   open a range in Chicago because the requirements of

12   CFPs and FOID cards dramatically drop the potential

13   customer base.  Okay?  Correct?

14       A.   Correct.

15       Q.   If for those reasons nobody opens a range      11:43:44

16   in Chicago and ergo there is still no range for you

17   to go to, would that be a burden on you?

18       A.   Yes.

19       Q.   And if it turns out from the evidence in

20   the case that, perhaps, among other reasons that a     11:44:06

21   potential business person who would open a range

22   wouldn't do so because they wouldn't be allowed to

23   rent firearms, ergo no one opened a range, ergo

24   there was no range in the City for you to go to,

Page 52

1    would that be a burden on you?

2        A.   Yes.

3        Q.   Going back to an earlier question, topic

4    that I was asking you about, if as you believe you

5    can't legally bring a firearm to the range and the        11:45:08

6    range is prohibited from renting or loaning to you a

7    firearm and you are forced to hope for the

8    generosity of other shooters if they happen to get

9    their firearm there, but other than you are out of

10   luck, there was nothing for you to shoot with.            11:45:36

11       A.   Right.

12       Q.   Would that be a burden on you?

13       A.   Yes.

14       Q.   And if it turns out that due to the zoning

15   restrictions and the location restrictions in the         11:46:00

16   City's law that the only place that a range could be

17   built was in one of those bad areas that you

18   described earlier, you mentioned Englewood and a

19   couple others?

20       A.   Yes.                                             11:46:18

21       Q.   If it turns out that those are the only

22   places where a range can be built, would that be a

23   burden for you?

24       A.   Yes.

66ddd70f-3162-4579-b676-264efac55d45

Page 53

1    Q.   And you had mentioned earlier you were
2  talking a lot about the youth and how you teach
3  classes or you teach the programs and whatnot.
4         Ms. Hirsch asked you if the 18 or under
5  restriction was a problem for you, you talked about     11:46:48
6  your class, your programs, but you also said well, I
7  don't have -- you don't have an 18-year-old or you
8  don't have a minor to worry about bringing to the
9  range yourself, correct?
10   A.   Right.                                            11:47:02
11   Q.   If the evidence in the case were to show
12  that that restriction, perhaps, in part with other
13  restrictions, discourages people from opening
14  ranges; ergo there is no range in Chicago for you to
15  go to, would that be a burden on you?                   11:47:22
16   A.   Yes.
17         MR. SIGALE:  I don't think I have any other
18  questions for you, Joe.  Thank you.
19         Ms. Hirsch might have a couple more.
20         MS. HIRSCH:  No, I'm done.  You're done.         11:48:32
21         MR. SIGALE:  We'll reserve signature.
22         MS. HIRSCH:  Okay.
23          AND FURTHER DEPONENT SAITH NOT.
24

66ddd70f-3162-4579-b676-264efac55d45

Page 54

```
1              IN THE UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF ILLINOIS

3                      EASTERN DIVISION

4     RHONDA EZELL, JOSEPH I.     )
      BROWN, WILLIAM HESPAN,      )
5     ACTION TARGET, INC.,        )
      SECOND AMENDMENT            )
6     FOUNDATION, INC. and        )
      ILLINOIS RIFLE             )
7     ASSOCIATION,                )
            Plaintiffs,           )
8       vs.                       ) No. 10 CV 5135
      CITY OF CHICAGO, a          )
9     Municipal Corporation,      )
            Defendant.            )
10
```

11      This is to certify that I have read the

12   transcript of my deposition taken in the

13   above-entitled cause by KIMBERLY D. KEEL, Certified

14   Shorthand Reporter, on June 13, 2012, and that the

15   foregoing transcript accurately states the questions

16   asked and the answers given by me as they now

17   appear.

18       _____

19                      JOSEPH I. BROWN

20   SUBSCRIBED AND SWORN TO

21   before me this _____ day

22   of _____ 2012.

23   _____

24   Notary Public

1   STATE OF ILLINOIS   )

2                       )   SS:

3   COUNTY OF C O O K   )

4          I, KIMBERLY D. KEEL, a notary public within

5   and for the County of Cook and State of Illinois, do

6   hereby certify that heretofore, to-wit, on June 13,

7   2012, personally appeared before me, at 30 North

8   LaSalle Street, Chicago, Illinois, JOSEPH I. BROWN,

9   in a cause now pending and undetermined in the

10  United States District Court, Northern District of

11  Illinois, Eastern Division, wherein RHONDA EZELL,

12  JOSEPH I. BROWN, WILLIAM HESPAN, ACTION TARGET,

13  INC., SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS

14  RIFLE ASSOCIATION are the Plaintiffs, and CITY OF

15  CHICAGO, a Municipal Corporation, is the Defendant.

16         I further certify that the said witness was

17  first duly sworn to testify the truth, the whole

18  truth and nothing but the truth in the cause

19  aforesaid; that the testimony then given by said

20  witness was reported stenographically by me in the

21  presence of the said witness, and afterwards reduced

22  to typewriting by Computer-Aided Transcription, and

23  the foregoing is a true and correct transcript of

24  the testimony so given by said witness as aforesaid.

Page 56

1        I further certify that the signature to the

2    foregoing deposition was reserved by counsel for the

3    respective parties.

4        I further certify that the taking of this

5    deposition was pursuant to Notice, and that there

6    were present at the deposition the attorneys

7    hereinbefore mentioned.

8        I further certify that I am not counsel for

9    nor in any way related to the parties to this suit,

10   nor am I in any way interested in the outcome

11   thereof.

12       I further certify that this certificate

13   applies to the original signed in BLUE INK and

14   certified transcripts only.  I assume no

15   responsibility for the accuracy of any reproduced

16   copies not made under my control or direction.

17     IN TESTIMONY WHEREOF:  I have hereunto set my

18   hand this 22nd day of June, 2012.

19

20

21

22

23       _____

24       NOTARY PUBLIC, COOK COUNTY, ILLINOIS

```
        1   [3] - 3:14, 21:14, 21:18

10:20 10    [3] - 1:8, 4:16, 54:8
                [1] - 1:19
                [1] - 5:16
            1230 [1] - 2:13
       13   [3] - 1:19, 54:14, 55:6
            13th [1] - 8:4
       14   [2] - 11:5, 11:16

       18   [2] - 32:23, 53:4
```

66ddd70f-3162-4579-b676-264efac55d45

18-year-old [1] - 53:7


2 [3] - 3:15, 41:3, 41:7
20 [1] - 34:23
2001 [1] - 7:6
2010 [2] - 4:20, 46:13
2011 [2] - 14:11, 18:19
2012 [5] - 1:19, 54:14, 54:22,
 55:7, 56:18
21 [1] - 3:14
22nd [1] - 56:18
24 [1] - 26:10

       3

30 [3] - 1:18, 2:12, 55:7
304 [1] - 2:5
312.744.0200 [1] - 2:15
3307 [2] - 6:14, 6:22
3309 [2] - 6:5, 7:2

       4

4 [3] - 3:4, 23:2, 23:3
41 [1] - 3:15
45 [1] - 3:5

       5

5 [2] - 22:22, 28:6
500 [2] - 35:21, 36:3
5135 [3] - 1:8, 4:16, 54:8
39:13    55 [4] - 38:11, 38:13, 39:7,


       6

6 [1] - 42:4
60137 [1] - 2:6

60602 [1] - 2:14

630.452.4547 [1] - 2:7

 6:30       [1] - 16:7

66ddd70f-3162-4579-b676-264efac55d45

7

739 [1] - 2:4
7th [2] - 46:15, 47:9

8

8 [1] - 32:4
88 [1] - 44:8
8:00 [4] - 16:14, 25:2, 25:10,
 32:18

9

9:00 [3] - 25:1, 25:13, 32:18
9:30 [1] - 5:15

A

a.m [5] - 1:19, 16:14, 25:1,
 25:10, 32:18
ability [2] - 24:4, 31:10
able [2] - 20:3, 38:
above-entitled [1] - 54:13
access [3] - 29:6, 29:10,
 49:12
accessible [1] - 49:8
accuracy [1] - 56:15
accurate [1] - 6:4
accurately [1] - 54:15
act [1] - 39:3
ACTION [3] - 1:5, 54:5, 55:12
action [3] - 4:17, 19:7, 46:1
activity [1] - 13:6
actual [2] - 15:24, 20:19
add [1] - 41:20
added [1] - 41:19
additional [1] - 9:15
additionally [1] - 31:9
adult [2] - 33:1, 33:2
adults [1] - 45:7
aforesaid [2] - 55:19, 55:24
afterwards [1] - 55:21
age [1] - 33:2
agency [1] - 43:20
ages [1] - 34:22
ago [6] - 7:5, 9:22, 10:10,
 15:5, 46:10, 47:9
ahead [5] - 4:1, 8:13, 30:11,
 30:18, 36:15
Aided [1] - 55:22
allow [9] - 18:16, 18:21, 19:5,
 19:16, 19:18, 26:6, 37:16,
 46:17, 46:22
allowable [1] - 21:5
allowed [2] - 34:6, 51:22
allows [1] - 19:3
alone [1] - 7:2

AMENDMENT [3] - 1:5, 54:5,
 55:13
amendment [1] - 18:21
American [1] - 11:3
ammo [1] - 21:7
ammunition [2] - 41:24,
 42:10
AND [2] - 53:23, 54:20
ands [1] - 42:13
angle [1] - 45:10
answer [11] - 5:6, 8:5, 23:13,
 25:23, 26:16, 27:18, 27:20,
 28:22, 31:7, 39:19, 45:10
answered [1] - 28:18
answering [1] - 5:10

answers [1] - 54:16
Answers [1] - 22:6
anyhow [2] - 19:24, 39:20
apart [1] - 48:18
apologize [2] - 20:11, 22:19
Appeals [1] - 46:16
appear [1] - 54:17
APPEARANCES [1] - 2:1
appeared [1] - 55:7
Appellate [1] - 46:15
applies [1] - 56:13
appreciate [1] - 39:19
area [7] - 27:10, 27:13,
 27:16, 27:18, 27:22, 27:23
areas [7] - 27:24, 28:1,
 28:14, 35:23, 36:3, 42:11,
 52:17
articles [1] - 28:
Association [1] - 13:15
ASSOCIATION [3] - 1:7,
 54:7, 55:14
Association's [1] - 17:15
assume [4] - 5:6, 49:2, 51:8,
 56:14
attached [1] - 29:14
attorneys [1] - 56:6
Austin [1] - 28:3
automatic [2] - 42:1, 48:14
Avenue [2] - 6:5, 6:15
aware [7] - 18:19, 38:8, 46:9,
 46:14, 46:17, 46:20, 47:6


          B

bad [1] - 52:17
base [1] - 51:13
based [1] - 50:4
basing [1] - 28:4
begin [1] - 14:10
begins [1] - 23:13
behind [2] - 6:10, 6:24
belief [1] - 28:4
belong [1] - 11:5

between [2] - 24:6, 32:18

big [3] - 13:17, 51:1, 51:5

bit [3] - 27:5, 48:19, 49:3

BLUE [1] - 56:13

borrow [1] - 50:14

borrowing [1] - 37:16

bottom [1] - 41:22

bought [1] - 10:8

brass [1] - 41:23

break [8] - 5:7, 5:8, 31:2,
 31:5, 36:16, 36:18, 36:20,
 :

breaking [2] - 48:1, 48:8

bring [7] - 18:7, 21:1, 37:2,
 38:1, 49:5, 50:5, 52:5

bringing [2] - 20:22, 53:8

broader [1] - 31:19

broken [3] - 30:4, 30:7, 36:8

brought [2] - 18:14, 19:14

Brown [5] - 3:12, 4:14,
 18:14, 21:12, 41:1

BROWN [8] - 1:4, 1:12, 3:3,

4:4, 54:4, 54:19, 55:8,
 55:12
brown [5] - 4:16, 5:18, 21:17,
 36:23, 41:6
building [5] - 36:6, 41:14,
 41:24, 43:11, 43:17
built [2] - 52:17, 52:22
burden [11] - 26:14, 33:3,
 35:18, 36:4, 37:5, 44:15,
 51:17, 52:1, 52:12, 52:23,
 53:15
burdens [5] - 24:4, 32:9,
 32:20, 32:24, 37:21
burdensome [6] - 23:7,
 23:13, 23:16, 24:8, 24:16,
 25:17
bus [3] - 7:24, 8:8, 8:10
business [1] - 51:21
buts [1] - 42:13
BY [18] - 4:8, 19:13, 21:3,
 21:16, 23:1, 26:1, 27:4,
 28:23, 29:4, 30:10, 31:22,
 36:22, 37:14, 39:18, 40:4,
 41:5, 44:12, 45:18


          C

car [14] - 7:8, 7:13, 8:11,
 8:22, 21:6, 27:9, 27:12,
 27:14, 29:18, 30:24, 31:4,
 49:8, 49:11, 49:12
card [6] - 35:6, 35:12, 35:17,
 50:9, 50:23, 51:2

cards [1] - 51:12

carry [6] - 24:8, 24:10, 24:12,

 30:24, 31:4, 42:11

carrying [2] - 27:9, 27:14

case [9] - 4:15, 4:20, 22:8,

 41:10, 49:7, 51:9, 51:20,

 53:11

caught [2] - 41:24, 42:2

certain [2] - 47:3, 47:4

certificate [2] - 43:20, 56:12

Certified [1] - 54:13

certified [2] - 43:23, 56:14

certify [7] - 54:11, 55:6,

 55:16, 56:1, 56:4, 56:8,

56:12

CFP [12] - 10:1, 10:4, 10:13,

 17:14, 35:10, 35:14, 35:17,

 37:3, 37:20, 50:8, 50:23,

 51:1

CFPs [1] - 51:12

chairman [1] - 11:1

challenging [5] - 23:21, 24:1,

```
                 32:8, 47:3, 47:4
    changed [4] - 6:4, 46:21,
      47:1, 47:2
    CHICAGO [5] - 1:8, 2:10,
      2:14, 54:8, 55:15
    Chicago [22] - 1:18, 4:16,
      10:3, 17:23, 18:16, 23:6,
      24:22, 28:19, 35:10, 36:9,
      37:15, 43:12, 44:2, 44:13,
      44:19, 45:20, 46:2, 47:10,
      51:11, 51:16, 53:14, 55:8
    Circuit [2] - 46:15, 47:
    City [59] - 4:15, 8:20, 9:2,
      9:3, 9:6, 9:12, 18:16,
      18:17, 18:20, 18:22, 19:5,
      19:6, 19:16, 19:17, 19:19,
      19:23, 23:5, 23:14, 24:5,
      24:17, 24:22, 27:10, 28:1,
      28:10, 28:11, 28:19, 29:5,
      29:9, 29:12, 29:18, 30:13,
      30:15, 30:20, 31:13, 32:1,
      33:8, 33:11, 33:16, 34:6,
      34:12, 35:1, 35:17, 36:9,
      37:2, 38:5, 43:12, 44:1,
      44:19, 44:23, 44:24, 46:16,
      46:21, 47:13, 49:4, 51:24
    CITY [4] - 1:8, 2:10, 54:8,
      55:14
    City's [10] - 22:6, 23:16,
      29:10, 32:7, 32:17, 32:22,
      35:5, 35:20, 36:23, 52:16
    Civil [1] - 1:13
    claims [1] - 19:20
    clarify [3] - 5:4, 20:18, 20:23
    class [4] - 34:20, 42:20,
      44:21, 53:6
    classes [4] - 34:16, 44:17,
      44:20, 53:3
    classroom [1] - 10:13
    close [1] - 46:10
    closed [1] - 25:8
    club [3] - 33:24, 34:1
    Club [5] - 34:2, 34:3, 34:4,
      34:5, 34:11
    coach [2] - 6:14, 6:23

    collect [1] - 20:1
```

coming [2] - 5:19, 5:23
Committee [1] - 11:2
company [1] - 38:21
competitive [2] - 13:24, 18:3
competitively [1] - 13:24
complaining [3] - 18:15,
 19:7, 19:10
Complaint [4] - 19:10, 19:15,
 20:20, 47:2
complaints [1] - 20:21
complete [1] - 14:13
Computer [1] - 55:22
Computer-Aided [1] - 55:22
concealed [1] - 24:8
concerns [6] - 31:9, 31:12,
 31:15, 31:16, 31:18, 31:24
conclusion [2] - 25:21, 30:2
condition [1] - 29:21
conduct [1] - 13:6
conducting [1] - 14:23
confirm [1] - 6:3
consider [1] - 27:24
constructed [4] - 30:20,
 35:21, 36:1, 36:6
constructing [2] - 43:12,
43:17
construction [1] - 19:18
continues [1] - 17:2
continuing [2] - 16:18, 21:1
control [1] - 56:16
Cook [3] - 1:17, 13:3, 55:5
COOK [1] - 56:24
copies [1] - 56:16
CORPORATION [1] - 2:10
Corporation [3] - 1:9, 54:9,
55:15

```
          correct [47] - 6:11, 6:12,
          6:24, 7:1, 7:6, 9:7, 9:8,
          11:24, 12:10, 12:11, 13:8,

          13:18, 13:19, 14:2, 14:18,

          14:19, 15:22, 17:16, 17:17,

          18:17, 18:18, 22:18, 23:17,

          23:18, 26:4, 29:18, 29:19,

          30:13, 35:7, 35:11, 40:19,

          40:21, 46:4, 46:5, 46:8,

          47:20, 47:24, 49:10, 49:23,

          49:24, 50:18, 50:21, 51:3,

          51:13, 51:14, 53:9, 55:23

          Correct [1] - 7:7

          counsel [2] - 56:2, 56:8

          COUNSEL [1] - 2:10

          COUNTY [2] - 55:3, 56:24

          County [3] - 1:17, 13:3, 55:5

          couple [7] - 17:10, 17:11,

          32:3, 36:13, 46:10, 52:19,

53:19

          course [1] - 45:4

          Court [5] - 46:15, 46:18,

          47:9, 55:10

          COURT [2] - 1:1, 54:1

          court [2] - 5:10, 41:6
```

Courts [1] - 1:14

created [1] - 42:14

crime [3] - 27:22, 27:23, 28:1

CSR [1] - 1:16

current [1] - 7:10

customer [2] - 50:13, 51:13

CV [3] - 1:8, 4:16, 54:8


        D

daughter [3] - 6:9, 6:18, 8:22

DAVID [2] - 2:2, 2:3

David [1] - 45:14

daycare [1] - 35:23

daylight [1] - 25:7

days [1] - 25:2

DB [3] - 38:11, 38:13, 39:13

deal [2] - 51:1, 51:5

decibel [4] - 39:8, 39:21,
 40:7, 40:11

```
            decision [2] - 46:18, 47:9
            Defendant [4] - 1:9, 2:16,
             54:9, 55:15
            Department [1] - 11:2
            DEPONENT [1] - 53:23
            Deposition [3] - 3:12, 21:13,
             41:2
            deposition [14] - 1:12, 4:12,
             4:19, 5:15, 5:20, 9:15,
             10:2, 17:19, 21:18, 46:12,
             54:12, 56:2, 56:5, 56:6
            depositions [2] - 1:15, 4:22
            Des [1] - 10:14
            described [1] - 52:18
            designed [1] - 42:15
            devices [1] - 38:15
            different [7] - 25:6, 26:3,
             26:7, 30:15, 30:17, 33:8,
             37:11
            direction [1] - 56:16
            disabled [3] - 29:20, 30:4,
             30:7
            discourages [1] - 53:13
            discuss [1] - 20:15
            disseminate [1] - 42:19
            dissertation [1] - 39:17
            distances [1] - 31:10
            DISTRICT [4] - 1:1, 1:2, 54:1,
             54:2
            district [1] - 35:22
            District [3] - 1:14, 55:10
            districts [2] - 36:8
            DIVISION [2] - 1:3, 54:3

            Division [1] - 55:11

            document [9] - 20:16, 20:20,

             20:23, 22:9, 22:14, 22:20,

             41:7, 41:8, 41:11

            documents [2] - 5:22, 41:9

            done [4] - 5:2, 45:14, 53:20

            door [2] - 6:10, 6:17
```

down [13] - 5:11, 30:4, 30:8,
 31:2, 31:5, 33:2, 36:8,
 39:9, 41:22, 48:1, 48:8,
 48:14, 49:6
dramatically [1] - 51:12
drive [7] - 7:13, 7:15, 7:17,
 8:18, 11:11, 11:12, 18:1
driver's [1] - 7:10
drop [1] - 51:12
dropped [1] - 33:2
due [3] - 23:16, 29:10, 52:14
duly [2] - 4:5, 55:17
during [1] - 25:16

        E
ear [1] - 39:1
earplugs [1] - 43:6
ears [1] - 38:14
easier [2] - 22:23, 32:16
Eastern [1] - 55:11
EASTERN [2] - 1:3, 54:3
easy [2] - 48:8, 48:11
eight [1] - 39:13
El [3] - 7:24, 8:9, 8:10
ELLYN [1] - 2:6
emanate [2] - 39:22, 40:1
emanating [2] - 38:9, 40:2
employee [1] - 33:20
Englewood [2] - 28:3, 52:18
entitled [1] - 54:13
equipment [1] - 42:8
erase [1] - 44:11
ergo [4] - 51:16, 51:23, 53:14
errands [1] - 7:21
evening [1] - 16:7
evidence [3] - 51:9, 51:19,
53:11
exactly [1] - 30:6
Examination [2] - 3:4, 3:5
examination [1] - 1:13
EXAMINATION [2] - 4:7,
45:17
examined [1] - 4:6
except [2] - 37:2, 37:18
exception [1] - 37:18
excerpts [1] - 42:23
Exhibit [5] - 3:12, 21:13,
 21:18, 41:2, 41:7
exist [2] - 47:10, 47:13
expanding [2] - 15:9, 15:11
experience [1] - 43:16
explain [1] - 27:5
expulsion [1] - 42:1
extent [2] - 28:21, 30:6
Ezell [1] - 4:15
EZELL [3] - 1:4, 54:4, 55:11

F

facilities [1] - 35:23

facility [1] - 29:15

fact [1] - 18:15

fair [2] - 45:24, 50:19

familiar [3] - 36:7, 38:12,
 48:1

familiarize [1] - 21:22

families [1] - 34:14

far [3] - 11:14, 17:23, 45:6

feet [2] - 35:21, 36:3

few [7] - 6:1, 16:9, 18:20,
 21:19, 28:7, 30:22, 32:10

filed [2] - 46:10, 47:1

fine [5] - 18:13, 20:2, 31:21,
 36:19

fingerprinted [1] - 44:15

finish [1] - 5:9
fire [1] - 49:1
firearm [21] - 9:19, 23:9,
 24:6, 27:9, 27:14, 29:11,
 31:3, 37:2, 37:17, 38:4,
 38:5, 38:6, 45:2, 49:21,
 50:3, 50:5, 50:10, 50:13,
 52:5, 52:7, 52:9
firearms [25] - 9:6, 9:9, 9:15,
 11:20, 18:8, 18:10, 19:22,
 20:3, 23:16, 27:8, 29:10,
 29:14, 30:12, 30:14, 30:19,
 30:23, 33:18, 36:24, 37:8,
 37:16, 37:24, 38:2, 43:19,
 48:6, 51:23
Firearms [2] - 10:3, 35:10
firing [8] - 11:23, 12:2, 12:4,
 15:18, 15:19, 43:13, 46:17,
46:22
FIRM [1] - 2:2
first [9] - 4:5, 8:6, 18:14,
 19:14, 23:15, 28:24, 45:1,
 48:12, 55:17
five [1] - 26:18
flip [3] - 22:22, 32:3, 32:12
floor [1] - 6:22
FOID [7] - 35:6, 35:12, 35:17,
 50:8, 50:23, 51:2, 51:12
follow [1] - 45:15
follow-up [1] - 45:15
follows [1] - 4:6
foot [1] - 40:3
FOR [1] - 3:11
forced [1] - 52:7
foregoing [3] - 54:15, 55:23,
 56:2
form [4] - 19:8, 25:20, 29:23,
39:24
forth [1] - 12:24
foundation [1] - 25:20
FOUNDATION [3] - 1:6, 54:6,
55:13

four [3] - 10:12, 26:19, 45:5

four-hour [1] - 10:12

fourth [1] - 41:22

frame [1] - 48:17

frequently [1] - 7:15

front [1] - 20:17

full [1] - 4:13

function [1] - 49:1

FURTHER [1] - 53:23


G

gas [1] - 38:21

generally [1] - 16:3

generosity [1] - 52:8

given [4] - 41:7, 54:16,

55:19, 55:24
glasses [4] - 38:18, 39:1,
 42:7, 43:6
GLEN [1] - 2:6
Grand [1] - 7:6
group [4] - 34:17, 34:19
Grove [11] - 11:6, 11:15,
 14:18, 33:7, 34:2, 34:3,
 34:11, 35:3, 39:22, 42:17,
 43:2
guess [3] - 4:20, 7:4, 10:8
gun [17] - 17:18, 18:16,
 24:13, 29:8, 29:17, 29:20,
 35:20, 35:22, 36:23, 37:1,
 37:15, 38:8, 41:15, 43:1,
 44:13, 48:2, 48:9


                H


half [1] - 7:5
hand [3] - 48:2, 48:9, 56:18
hard [1] - 48:14
head [1] - 20:16
health [9] - 31:9, 31:11,
 31:14, 31:16, 31:18, 31:24,
 38:17, 44:4, 44:18
health-wise [1] - 38:17
hear [1] - 20:24
hearing [2] - 38:15, 39:4
help [1] - 12:24
hereby [1] - 55:6
herein [1] - 4:5
hereinbefore [1] - 56:7
heretofore [1] - 55:6
hereunto [1] - 56:17
HESPAN [3] - 1:4, 54:4,
55:12
high [3] - 27:22, 27:23, 28:1
hindrance [1] - 21:8
HIRSCH [33] - 2:11, 4:1, 4:8,
 19:12, 19:13, 20:18, 21:10,

 21:16, 23:1, 26:1, 26:24,

 27:3, 27:4, 28:23, 29:4,

 30:9, 30:10, 31:20, 31:22,

36:13, 36:16, 36:22, 37:9,

37:13, 37:14, 39:18, 40:4,

40:23, 41:5, 44:12, 45:14,

53:20, 53:22

Hirsch [7] - 3:4, 4:11, 45:19,

50:1, 50:22, 53:4, 53:19

home [2] - 6:24, 9:24

hope [1] - 52:7

hour [5] - 1:19, 5:14, 10:12,

10:18, 37:19

hours [11] - 16:2, 24:18,

24:22, 25:8, 25:15, 25:16,

26:5, 26:9, 26:10

house [10] - 6:14, 6:23,

11:15, 20:4, 21:5, 24:7,

24:10, 30:22, 49:5

housekeeping [2] - 41:21,

43:1

hypothetically [1] - 29:8

                    I

          ID [1] - 3:11
          idea [2] - 26:8
          identification [2] - 21:15,
           41:4
          identify [2] - 23:6, 28:11
          ifs [1] - 42:13
          illegal [1] - 29:17
          ILLINOIS [9] - 1:2, 1:6, 2:6,
           2:14, 54:2, 54:6, 55:1,
           55:13, 56:24
          Illinois [11] - 1:17, 1:18,
           10:14, 11:3, 13:13, 13:14,
55:11      17:15, 43:8, 55:5, 55:8,

          imagine [1] - 30:19
          immediately [1] - 49:8
          impossible [2] - 29:6, 29:9
          IN [3] - 1:1, 54:1, 56:17
          inaccessible [1] - 30:5
          INC [6] - 1:5, 1:6, 54:5, 54:6,
55:13

          including [2] - 47:2, 47:3
          individual [3] - 23:7, 34:17,
           38:22
          indoor [5] - 11:23, 12:2,
           12:5, 29:14, 43:1
          information [2] - 6:2, 22:13
          inhibit [1] - 31:10
          INK [1] - 56:13
          inoperable [2] - 31:2, 31:5
          inside [2] - 40:5, 40:12

          insist [3] - 38:24, 39:4

          instructing [1] - 14:3

          instructor [4] - 43:19, 43:24,

           44:3, 44:22

          insurance [1] - 31:14

          interest [3] - 34:24, 46:1,

47:15

66ddd70f-3162-4579-b676-264efac55d45

```
            interested [4] - 44:2, 44:22,
             45:21, 56:10
            interject [1] - 38:23
            interpose [1] - 20:14
            Interrogatories [2] - 22:7
            Interrogatory [2] - 23:3,
28:22
            involved [2] - 14:15, 15:23
            Irwin [1] - 4:14
            issue [1] - 40:20
            itself [6] - 19:23, 20:4, 20:17,
             :9, 33:6, 41:19

                   J

            jackhammer [1] - 38:20
            Joe [6] - 25:22, 29:3, 39:6,
             44:9, 45:19, 53:18
            JOSEPH [8] - 1:4, 1:12, 3:3,
             4:4, 54:4, 54:19, 55:8,
55:12
            Joseph [1] - 4:14
            July [2] - 16:23, 18:19
            June [5] - 1:18, 8:4, 54:14,
             55:6, 56:18
            Junior [3] - 34:11, 34:16,
40:14
            junior [4] - 14:4, 16:19, 34:4,
             34:5
            juniors [2] - 12:24, 16:12

                   K

            Kankakee [5] - 13:13, 17:15,
             17:23, 18:7, 43:8
            KEEL [3] - 1:16, 54:13, 55:4
            keep [3] - 9:23, 21:23, 22:4
            keeping [1] - 36:2
            kept [2] - 9:6, 9:11
            key [2] - 16:5, 16:8
            kids [10] - 33:9, 33:10, 33:12,
             33:15, 33:17, 33:23, 34:10,
             34:17, 34:20, 35:1
            KIMBERLY [3] - 1:16, 54:13,
             55:4
            kind [3] - 21:21, 22:21, 32:13
            knowledge [2] - 38:2, 47:8
                   L
            lanes [2] - 15:14, 15:16
            LaSalle [3] - 1:18, 2:12, 55:8
            last [10] - 7:4, 9:5, 10:1,
             14:11, 15:3, 17:19, 22:16,
             26:19, 31:6, 46:16
            law [10] - 24:9, 24:12, 27:7,
             27:9, 27:15, 31:3, 38:4,
             46:21, 50:2, 52:16
            LAW [1] - 2:2
```

lawful [1] - 30:3

laws [3] - 21:6, 47:22, 49:19

lawsuit [6] - 18:15, 19:14,
 20:22, 21:2, 23:22, 46:10

lawyer [1] - 5:19

League [4] - 13:3, 34:11,
 34:16, 40:14

league [4] - 13:10, 14:4,
 16:19, 42:15

leave [1] - 6:5

legal [6] - 19:15, 25:21,
 29:21, 30:2, 46:1, 50:9

legally [3] - 50:5, 50:16, 52:5

Legion [2] - 11:3, 14:18

legion [3] - 13:7, 15:4, 15:5

```
              level [3] - 39:21, 40:7, 40:11
              levels [1] - 38:19
              license [1] - 7:11
              limit [1] - 5:14
              limited [1] - 37:18
              limits [5] - 19:17, 29:6,
               29:12, 34:6, 47:13
              line [2] - 26:16, 40:2
41:23         live [5] - 6:13, 6:18, 6:21, 7:2,

              lived [1] - 6:10
              lives [1] - 6:23
50:10         loan [4] - 38:2, 50:3, 50:6,

              loaning [1] - 52:6
              local [1] - 43:20
              located [2] - 27:11, 27:17
              location [8] - 23:14, 26:15,
               26:24, 27:1, 29:5, 29:7,
               31:11, 52:15
28:19         locations [3] - 23:6, 28:11,

              lockable [4] - 21:6, 24:7,
               29:13, 31:1
              locked [5] - 21:7, 27:13,
               42:9, 42:10
              locking [1] - 27:7
              look [3] - 21:19, 32:15, 39:9
              looked [4] - 8:15, 18:24,
               22:18, 36:11
              looking [1] - 26:16
              lose [1] - 39:4
              lost [1] - 20:7
              loud [1] - 4:10
              luck [2] - 50:20, 52:10


                     M

              magazine [1] - 48:18
              man [1] - 16:5
              manner [1] - 30:7
              map [2] - 36:7, 36:11
              mark [2] - 21:11, 40:23

              MARKED [1] - 3:11

              marked [4] - 21:14, 21:18,
```

41:3, 41:7

Marksmanship's [1] - 11:2

Marquis [1] - 7:6

Maxim's [4] - 10:14, 10:19,
 10:23, 17:13

mean [5] - 27:6, 30:3, 32:12,
 40:1, 44:20

meaning [2] - 27:21, 30:7

meant [1] - 37:11

meeting [3] - 15:2, 15:6

meetings [1] - 13:10

men [1] - 16:8

mentioned [3] - 52:18, 53:1,
 56:7

Mercury [1] - 7:6

method [1] - 29:22

66ddd70f-3162-4579-b676-264efac55d45

might [6] - 22:23, 32:16,
 34:5, 34:7, 39:22, 53:19
30:22     miles [3] - 11:16, 17:24,

mine [1] - 21:24
minor [1] - 53:8
minute [2] - 31:18, 36:16
minutes [4] - 6:2, 21:19,
 32:10, 36:14
mischaracterizes [1] - 28:21
misstates [1] - 29:24
misstating [1] - 30:8
47:18     moment [3] - 20:6, 20:12,

money [2] - 43:15, 47:12
month [11] - 11:9, 12:10,
 12:15, 12:16, 13:21, 14:1,
 14:17, 16:9, 16:22, 17:12,
17:16
 months [3] - 17:5, 17:6,
 18:20
morning [4] - 4:9, 4:10, 8:2,
 8:4
Morton [11] - 11:6, 11:15,
 14:18, 33:7, 34:2, 34:3,
 34:11, 35:2, 39:22, 42:17,
 43:2
most [2] - 16:11, 42:4
move [2] - 20:13, 21:11
MR [23] - 2:3, 19:8, 20:14,
 22:23, 25:19, 26:22, 27:1,
 28:20, 29:2, 29:23, 31:16,
 36:15, 37:7, 37:10, 39:6,
 39:11, 39:14, 39:24, 44:9,
 45:15, 45:18, 53:17, 53:21
MS [33] - 2:11, 4:1, 4:8,
 19:12, 19:13, 20:18, 21:10,
 21:16, 23:1, 26:1, 26:24,
 27:3, 27:4, 28:23, 29:4,
 30:9, 30:10, 31:20, 31:22,
 36:13, 36:16, 36:22, 37:9,
 37:13, 37:14, 39:18, 40:4,
 40:23, 41:5, 44:12, 45:14,

 53:20, 53:22

muffs [6] - 38:18, 39:1, 39:3,

40:16, 40:17, 43:5

Municipal [3] - 1:9, 54:9, 55:15

N

name [2] - 4:11, 4:13

nearby [1] - 6:18

need [5] - 5:7, 20:11, 21:20, 36:17, 50:23

neighborhood [1] - 6:7

newspaper [1] - 28:5

next [4] - 6:10, 6:17, 23:12, 40:6

night [1] - 25:2

nights [1] - 25:7

nobody [1] - 51:15

noise [2] - 38:19, 40:18

nomenclature [1] - 45:3

none [4] - 17:21, 17:22, 47:14, 47:19

North [4] - 1:18, 6:14, 6:22, 55:7

NORTH [1] - 2:12

Northern [1] - 55:10

NORTHERN [2] - 1:2, 54:2

```
          NOT [1] - 53:23
          NOTARY [1] - 56:24
          notary [2] - 1:16, 55:4
          Notary [1] - 54:24
          note [1] - 41:22
          nothing [2] - 52:10, 55:18
          Notice [1] - 56:5
          NRA [1] - 43:23
          number [2] - 22:24, 39:7
          NUMBER [1] - 3:11
          Number [10] - 3:14, 3:15,
           21:14, 21:18, 23:2, 23:3,
           28:6, 32:4, 41:3, 42:4
          numbers [1] - 22:20

                  O

          object [5] - 19:8, 25:19,
           28:20, 29:23, 39:24
          objected [1] - 20:21
          objection [1] - 20:14

          objections [1] - 29:1

          obtained [1] - 9:14

          obtains [1] - 29:12

          obviously [1] - 18:5

          OF [9] - 1:2, 1:8, 2:2, 2:10,

           54:2, 54:8, 55:1, 55:3,

  55:14

          often [3] - 11:8, 12:12, 13:20

          older [1] - 32:23

          oldest [1] - 16:10

          once [8] - 12:14, 12:15,

           12:16, 13:21, 14:1, 14:17,

  17:16
```

```
           one [16] - 5:11, 9:18, 10:18,
            13:5, 16:11, 28:9, 31:17,
            34:12, 37:1, 37:19, 40:3,
            43:22, 50:6, 51:23, 52:17
           ones [1] - 45:
           open [13] - 14:21, 16:3, 16:5,
            16:13, 25:1, 25:17, 26:6,
            26:10, 31:17, 45:20, 51:11,
51:21
           opened [1] - 51:23
           opening [1] - 53:13
           opens [1] - 51:15
           operate [1] - 32:18
           operation [4] - 19:19, 24:19,
            24:22, 25:16
           operations [1] - 26:9
           opinion [1] - 48:7
           order [1] - 10:13
           ordinance [22] - 18:21,

            18:24, 19:2, 19:18, 23:17,

            23:19, 23:21, 24:1, 24:3,

            29:11, 30:1, 30:8, 32:7,

            32:17, 32:22, 35:5, 35:20,

            36:23, 37:15, 38:8, 39:7,

44:13

           Ordinance [1] - 23:20

           original [1] - 56:13

           originally [3] - 5:15, 41:18,

            46:9

           otherwise [3] - 9:14, 31:1,

50:19

           outcome [1] - 56:10

           outdoor [4] - 12:4, 42:24,
```

66ddd70f-3162-4579-b676-264efac55d45

```
     :3, 43:
outdoors [1] - 42:23
outside [10] - 8:20, 9:2, 9:6,
 9:11, 29:12, 30:12, 36:3,
 38:21, 40:11, 40:12
own [9] - 7:8, 9:9, 19:6,
 19:21, 37:2, 37:17, 37:24,

 38:6, 39:1



        P


p.m [3] - 25:2, 25:13, 32:18

PAGE [1] - 3:2

page [5] - 22:16, 22:19,

 22:24, 23:12, 29:1

Page [1] - 22:22

pages [1] - 32:3

paramount [1] - 39:5

pardon [3] - 12:1, 15:10,

 19:1

parents [1] - 34:14

parking [1] - 29:14

parks [1] - 35:23

part [8] - 12:22, 14:20, 18:3,

 26:22, 27:2, 41:17, 53:12

particular [1] - 31:11

parties [2] - 56:3, 56:9
```

passed [2] - 18:20, 19:17
patrons [3] - 32:23, 35:6,
 35:16
pay [1] - 47:12
PC [1] - 2:2

pending [1] - 55:9

people [8] - 26:2, 26:6,

 26:12, 37:3, 39:23, 45:11,

 51:10, 53:13

per [1] - 33:6

perhaps [2] - 51:20, 53:12

Permit [2] - 10:3, 35:10

permitted [1] - 44:18

person [3] - 5:11, 38:14,

 51:21

personally [7] - 25:9, 25:11,

 25:12, 32:21, 32:24, 35:19,

 55:7

pertaining [1] - 1:15

phrase [2] - 20:9, 32:13

physically [2] - 51:4, 51:5

pistol [9] - 9:20, 9:23, 10:9,

 11:17, 21:8, 43:23, 45:4,

 48:15, 49:5

place [2] - 38:20, 52:16

places [2] - 8:18, 52:22

Plaines [1] - 10:14
Plaintiff [3] - 4:17, 23:7,
29:11
Plaintiffs [5] - 1:7, 2:8, 47:2,
 54:7, 55:14
plan [1] - 16:18
planned [1] - 45:20
plans [2] - 15:23, 43:11
plugs [2] - 39:2, 39:3
points [2] - 15:18, 15:19
position [1] - 31:2
positions [3] - 45:5, 45:6,
 45:8
possibly [3] - 44:5, 44:6,
44:22
Post [3] - 11:5, 14:18, 42:17
post [2] - 11:8, 11:24
potential [2] - 51:12, 51:21
practice [9] - 12:6, 13:22,
 14:17, 14:24, 15:2, 15:4,
 30:23, 46:4, 48:20
practicing [1] - 47:22
preparation [1] - 5:22

prepare [1] - 12:21

presence [1] - 55:21

present [3] - 14:5, 14:22,

 56:6

prevent [1] - 31:24

previous [1] - 8:5

previously [1] - 6:3

private [1] - 29:12

pro [1] - 41:18

problem [1] - 53:5

Procedure [1] - 1:14

produced [1] - 41:8

66ddd70f-3162-4579-b676-264efac55d45

program [8] - 41:14, 41:16,
  42:13, 42:14, 42:24, 43:3,
  43:7, 45:11
programs [7] - 12:21, 12:22,
  12:23, 13:6, 42:22, 53:3,
  53:6
prohibit [1] - 31:12
prohibited [1] - 52:6
prohibits [2] - 36:24, 37:8
project [2] - 26:9, 27:11
projected [1] - 27:12
proper [1] - 33:18
property [1] - 40:2
proposed [1] - 41:18
protect [1] - 40:17
provide [1] - 38:1

providing [1] - 22:13
provision [5] - 30:5, 33:3,
 37:4, 37:21, 38:13
provisions [1] - 32:7
Public [1] - 54:24
PUBLIC [1] - 56:24
public [7] - 1:16, 7:23, 8:3,
 33:8, 47:10, 47:11, 55:4
purchase [1] - 9:21
purchased [1] - 9:14
purposes [3] - 23:9, 27:20,
 28:12
pursuant [2] - 1:13, 56:5
put [5] - 45:3, 48:19, 48:23,
 49:7
puts [1] - 16:11
putting [1] - 48:9


          Q

qualify [1] - 37:20
question-answer [1] - 45:10
questions [5] - 28:7, 45:11,
 45:16, 53:18, 54:15
quite [1] - 47:23


          R

range [104] - 10:18, 11:23,
 12:2, 12:4, 12:7, 12:13,
 13:17, 14:8, 14:17, 14:20,
 14:23, 15:9, 15:11, 15:24,
 16:2, 16:13, 16:19, 17:15,
 20:4, 21:9, 23:10, 24:4,
 24:7, 24:10, 24:11, 24:17,
 24:23, 25:7, 25:8, 25:10,
 25:13, 25:16, 25:17, 26:5,
 26:7, 26:15, 27:10, 27:17,
 28:13, 29:9, 29:14, 30:20,
 30:23, 31:4, 32:23, 33:6,
 33:8, 33:11, 33:16, 33:19,

 34:6, 34:11, 35:2, 35:6,

 35:17, 35:22, 36:5, 36:23,

 37:15, 37:19, 37:23, 38:1,

66ddd70f-3162-4579-b676-264efac55d45

```
            38:5, 38:8, 38:10, 38:20,
            39:22, 40:6, 41:15, 41:18,
            42:12, 43:12, 43:13, 43:17,
            44:1, 44:13, 44:14, 44:18,
            44:23, 45:20, 46:1, 46:7,
            47:16, 49:4, 49:6, 49:17,
            49:21, 50:3, 50:5, 50:7,
            50:24, 51:6, 51:11, 51:15,
            51:16, 51:21, 51:23, 51:24,

            52:5, 52:6, 52:16, 52:22,

            53:9, 53:14

ranges [18] - 15:17, 17:18,

  18:16, 18:22, 19:5, 19:16,

  19:19, 26:10, 32:17, 35:21,

  35:24, 37:1, 44:23, 46:17,

  46:22, 47:10, 47:11, 53:14

read [5] - 19:2, 21:20, 28:24,

  39:11, 54:11

reading [1] - 29:3

really [3] - 20:9, 40:9, 51:1

reason [7] - 14:7, 14:8,

  23:15, 24:15, 25:6, 46:6,

  48:17

reasons [4] - 43:5, 51:10,

  51:15, 51:20

reassembling [1] - 48:2

Rebecca [2] - 26:23, 30:2

REBECCA [1] - 2:11
```

receive [5] - 10:7, 10:11,
 10:12, 10:13, 10:19
received [1] - 10:1
recognize [1] - 41:11
recognized [1] - 45:7
reconstructing [1] - 14:9
reconstruction [3] - 15:12,
 15:24, 16:4
record [6] - 5:13, 10:3,
 20:15, 20:19, 44:8, 44:10
redoing [1] - 14:8
reduced [1] - 55:21
refer [2] - 22:3, 22:24
referring [4] - 10:4, 23:19,
 40:2, 43:4
regardless [2] - 31:4, 38:18
related [2] - 28:9, 56:9
relevant [2] - 30:1, 41:9
remember [3] - 10:17, 45:22,
45:24

remind [1] - 5:1

rent [4] - 38:2, 50:3, 50:6,
 51:23

renting [4] - 36:24, 37:8,
 37:16, 52:6

reopens [1] - 16:19

rephrase [3] - 24:2, 37:13

reported [1] - 55:20

Reporter [1] - 54:14

reporter [2] - 5:10, 41:6

Representing [2] - 2:8, 2:16

reproduced [1] - 56:15

request [1] - 41:9

require [1] - 40:15

requirement [2] - 32:22,
35:16

requirements [3] - 17:14,
36:6, 51:11

requires [4] - 32:17, 35:5,
38:9, 44:14

reserve [1] - 53:21

reserved [1] - 56:2

residential [1] - 35:22

respective [1] - 56:3

response [1] - 41:8

responsibility [1] - 56:15

restriction [4] - 35:24, 36:2,
53:5, 53:12

restrictions [8] - 23:24,
24:18, 24:21, 47:5, 50:23,
52:15, 53:13

restrictive [1] - 25:3

restricts [1] - 35:20

restroom [1] - 36:14

retrieve [1] - 11:20

66ddd70f-3162-4579-b676-264efac55d45

review [1] - 5:22
RHONDA [3] - 1:4, 54:4,
 55:11
ride [1] - 49:15
rides [1] - 8:24
RIFLE [3] - 1:6, 54:6, 55:14
Rifle [3] - 13:3, 13:14, 17:15
rifle [4] - 13:9, 21:7, 43:23,
 45:3
rifles [1] - 42:10
ROAD [1] - 2:4
ROOSEVELT [1] - 2:4
Roscoe [1] - 6:8
Rosewood [1] - 28:3
rules [3] - 5:1, 41:21, 43:2
Rules [1] - 1:13
ruling [1] - 46:14
run [1] - 45:20
running [1] - 30:21


         S

safe [1] - 27:12
safest [1] - 42:5
safety [15] - 33:18, 38:17,
 39:1, 39:5, 39:17, 40:20,
 41:14, 42:4, 42:14, 43:2,
 43:5, 45:1, 45:4, 45:9
SAITH [1] - 53:23

scenario [1] - 50:19

school [4] - 16:23, 16:24,

 17:1, 42:2

schools [1] - 35:22

se [1] - 33:6

second [4] - 6:22, 22:7,

 26:16, 26:19

SECOND [3] - 1:5, 54:5,

55:13

```
                secretary [1] - 13:2
                secure [1] - 42:11
39:10           see [4] - 16:23, 19:24, 22:16,

                Seeley [3] - 6:5, 6:14, 6:22
                self [1] - 39:1
                semi [1] - 48:14
                seniors [1] - 16:12
                sense [1] - 31:19

                sensitive [2] - 35:23, 36:3

                sentence [3] - 26:20, 31:6,

41:23

                September [3] - 4:20, 18:20,

46:13

                served [1] - 22:8

                set [2] - 22:7, 56:17

                seven [3] - 17:5, 17:6, 25:2

                seventy [1] - 17:24

                shift [1] - 25:6

                shifts [2] - 26:3, 26:7

                shoot [5] - 13:24, 45:6,

                 47:13, 50:7, 52:10

                shooters [3] - 14:4, 16:19,

                 52:8

                shooting [16] - 14:4, 15:4,

                 15:17, 18:4, 38:9, 38:19,

                 39:23, 40:3, 40:7, 40:12,

                 42:15, 42:24, 43:3, 46:4,
```

```
            47:23, 49:16
          shopping [1] - 7:20
          short [1] - 36:20
          Shorthand [1] - 54:14
          shortly [4] - 14:14, 17:9,
           17:10, 46:21
          shotgun [1] - 43:24
          show [2] - 51:9, 53:11
          SIGALE [24] - 2:2, 2:3, 19:8,
           20:14, 22:23, 25:19, 26:22,
           27:1, 28:20, 29:2, 29:23,
           31:16, 36:15, 37:7, 37:10,
           39:6, 39:11, 39:14, 39:24,
           44:9, 45:15, 45:18, 53:17,
53:21
          sigale [1] - 3:5
          signature [2] - 53:21, 56:1
          signed [1] - 56:13
          simple [1] - 48:17

          sit [2] - 47:15, 47:18

          six [3] - 15:18, 15:21

          sixteen [1] - 34:21

          slide [1] - 48:17

          someone [5] - 30:20, 40:3,
           40:7, 40:11, 48:6

          sometime [2] - 46:12, 46:13

          son [5] - 6:9, 6:13, 6:23,
           8:11, 18:2

          sorry [12] - 8:3, 8:15, 18:6,
           20:5, 20:10, 23:2, 26:22,
           30:2, 31:17, 34:9, 37:7,
           43:7

          sound [1] - 38:9
```

66ddd70f-3162-4579-b676-264efac55d45

speaks [1] - 20:16

specifically [2] - 32:14, 32:19

speculation [1] - 25:19

spent [1] - 41:23

sport [1] - 42:5

SS [1] - 55:2

standing [1] - 40:6

start [6] - 5:10, 16:21, 17:4, 17:7, 29:2, 30:3

starting [1] - 5:16

STATE [1] - 55:1

state [8] - 4:9, 4:13, 5:13, 23:13, 23:15, 26:14, 29:5, 31:6

State [5] - 1:17, 13:14, 17:15, 43:20, 55:5

states [1] - 54:15

```
           STATES [2] - 1:1, 54:1
           States [2] - 1:14, 55:10
           stenographically [1] - 55:20
           still [21] - 6:3, 6:5, 7:8, 7:10,
            9:9, 9:11, 11:1, 11:5, 13:2,
            14:3, 14:21, 15:13, 15:21,
            :7, 20:22, 27:14, 30:24,
            31:3, 47:15, 47:19, 51:16
           stop [1] - 5:4
           stores [1] - 29:11
           story [1] - 33:9
           STREET [1] - 2:12
           Street [2] - 1:18, 55:8
           strictly [2] - 15:2, 43:1
           strike [2] - 48:5, 48:21
           students [1] - 42:19
           SUBSCRIBED [1] - 54:20
           suit [1] - 56:9
           SUITE [2] - 2:5, 2:13
           summer [3] - 14:6, 17:1,
  46:16
           supervision [2] - 33:1, 33:2
           swear [1] - 4:1
           SWORN [1] - 54:20
           sworn [3] - 4:3, 4:6, 55:17

                   T

           TARGET [3] - 1:5, 54:5,
            55:12
           target [4] - 13:22, 14:17,
            15:4, 15:16
           taught [2] - 34:19, 35:2
           teach [4] - 16:18, 44:18,
            53:2, 53:3
           teaching [1] - 34:19
           technically [1] - 46:22

           ten [1] - 15:13

           term [1] - 19:15

           testified [8] - 4:6, 6:3, 7:4,

            9:5, 14:16, 22:17, 47:21,

            49:21
```

```
                    testify [1] - 55:17
                    testimony [5] - 49:22, 50:4,
                     51:8, 55:19, 55:24
                    TESTIMONY [1] - 56:17
                    THE [8] - 1:1, 21:3, 36:19,
                     39:9, 39:12, 39:16, 44:10,
                     54:1
                    theirs [2] - 50:14, 50:16
                    themselves [1] - 37:1
                    thereof [1] - 56:11
                    thirteen [1] - 34:23
                    thoughts [2] - 20:1, 20:7
41:22               three [4] - 11:9, 12:9, 12:14,
                    TO [1] - 54:20
                    to-wit [1] - 55:6
                    today [5] - 5:19, 5:23, 23:8,
                     28:2, 47:6
                    together [5] - 34:17, 45:4,
                     48:9, 48:19, 48:23
                    took [3] - 8:3, 8:8, 10:2
                    top [2] - 20:16, 26:17
                    topic [2] - 40:23, 52:3
                    town [1] - 7:21
                    traffic [2] - 16:6, 26:12
                    training [6] - 10:13, 10:16,
                     10:18, 30:23, 34:7, 37:19
                    transcript [3] - 54:12, 54:15,
55:23
                    Transcription [1] - 55:22
                    transcripts [1] - 56:14
                    transport [8] - 20:3, 23:16,
                     29:10, 34:15, 38:3, 38:4,
                     49:4, 49:19
                    transportation [12] - 7:23,
                     8:4, 19:22, 21:4, 21:6,
                     24:3, 24:6, 27:7, 29:13,
                     29:22, 30:3, 47:22
                    Transportation [1] - 23:20
                    travel [9] - 23:9, 23:14,
                     24:16, 26:15, 27:2, 27:6,
                     28:12, 31:10, 34:13
                    traveling [2] - 31:12, 35:1
                    treasurer [1] - 13:2
                    true [2] - 22:17, 55:23
                    trunk [6] - 21:7, 24:7, 29:13,
                     29:21, 31:1, 49:8
                    truth [3] - 55:17, 55:18
                    try [1] - 32:13
                    trying [1] - 20:1
                    turn [1] - 39:2
                    turned [1] - 29:1
52:21               turns [3] - 51:19, 52:14,
                    two [4] - 5:14, 7:5, 9:6, 38:14
                    two-hour [1] - 5:14
                    type [3] - 9:19, 15:4, 44:17
                    typewriting [1] - 55:22
```

U

unable [3] - 28:12, 28:17,
 28:18
unconstitutional [1] - 32:8
under [6] - 16:3, 26:18,
 26:19, 29:22, 53:4, 56:16
understood [1] - 5:7
undetermined [1] - 55:9
UNITED [2] - 1:1, 54:1
United [2] - 1:14, 55:10
unless [2] - 21:21, 29:11
unsafe [7] - 26:15, 26:24,
 27:1, 27:6, 27:17, 27:21
up [20] - 8:3, 11:8, 11:18,

66ddd70f-3162-4579-b676-264efac55d45

```
                    11:21, 12:6, 12:9, 12:18,
                    14:24, 15:6, 16:5, 17:4,
                    17:7, 21:7, 26:21, 30:21,
                    38:21, 42:9, 42:10, 45:15

                         V

                    vaguely [1] - 22:15
                    various [1] - 50:22
                    Vehicular [1] - 23:20
                    vehicular [2] - 24:2, 29:13
                    versus [1] - 35:2
                    Village [1] - 6:8
                    vs [2] - 1:8, 54:8

                         W

                    walk [1] - 51:5
                    watching [1] - 19:23
                    water [1] - 18:12
                    wear [3] - 38:14, 39:1, 40:15
                    wears [1] - 38:24
                    week [1] - 25:2
                    weeks [2] - 17:10, 17:11
                    whatnot [1] - 53:3
                    wherein [1] - 55:11
                    WHEREOF [1] - 56:17
                    Whiteout [1] - 44:11
55:17               whole [3] - 20:8, 21:20,

55:12               WILLIAM [3] - 1:4, 54:4,

                    winter [1] - 14:3
                    wintertime [1] - 17:3
                    wise [1] - 38:17
                    wit [1] - 55:6
                    WITNESS [7] - 3:2, 21:3,
                     36:19, 39:9, 39:12, 39:16,
44:10
                    witness [7] - 4:2, 4:3, 4:5,
                     55:16, 55:20, 55:21, 55:24

                    word [1] - 20:20

                    words [2] - 19:6, 19:21

                    workers [1] - 25:6
```

works [1] - 44:14

worry [1] - 53:8

write [1] - 41:16

writing [1] - 19:24

wrote [1] - 41:17


        Y


year [8] - 7:4, 7:5, 9:22,
 10:10, 14:11, 15:5, 16:24,
 47:9

year-and-a-half [1] - 7:5

years [3] - 7:5, 32:23, 46:10

youngsters [5] - 33:5, 34:14,
 42:3, 42:9, 45:7

yourself [3] - 11:12, 21:22,
 53:9

youth [2] - 42:15, 53:2


        Z


zoning [4] - 35:24, 36:7,
 36:11, 52:14