IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 10 CV 5135 |

### PLAINTIFFS' LIST OF L.R.56(a)(1) EXHIBITS:

1. Deposition Transcript of Rhonda Ezell
2. Deposition Transcript of Joseph I. Brown
3. Deposition Transcript of William Hespen
4. Deposition Transcript of Richard Pearson
5. Deposition Transcript of Chris Hart
6. Deposition Transcript of Julianne H. Versnel
7. Deposition Transcript of Jonathan Gordon
8. Deposition Transcript of Paul Kuzmierczyk
9. Deposition Transcript of Lorin Kramer
10. Deposition Transcript of Jack Giordano
11. Deposition Transcript of Rosemary Krimbel
12. Deposition Transcript of Robert Fahlstrom
13. Deposition Transcript of Kevin Johnson
14. Deposition Transcript of Patricia Scudiero

15. Deposition Transcript of Steven Valenziano

16. City of Chicago Zoning Map, dated September 28, 2012

17. Deposition Transcript of Kevin Schnoes

18. Deposition Transcript of Philip Cook

Dated: December 6, 2013                    Respectfully submitted,

Alan Gura (Admitted *pro hac vice*)        David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                     Law Firm of David G. Sigale, P.C.
105 Oronoco Street, Suite 305              739 Roosevelt Road, Suite 304
Alexandria, VA 22314                       Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665              630.452.4547/Fax 630.596.4445


                                           By:    /s/David G. Sigale
                                                  David G. Sigale