



City of Chicago
Shooting Range Analysis