**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 10 CV 5135 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of Alan Gura, Gura & Possessky, PLLC, counsel for Plaintiffs, has changed. The new address is:

105 Oronoco Street, Suite 305
Alexandria, VA 22314

All other contact information remains unchanged.

Dated: December 6, 2013            Respectfully submitted,


                                    By:    /s/ Alan Gura
                                           Alan Gura


Alan Gura (Admitted pro hac vice)         David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC                    Law Firm of David G. Sigale, P.C.
105 Oronoco Street, Suite 305             739 Roosevelt Road, Suite 304
Alexandria, VA 22314                      Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665             630.452.4547/Fax 630.596.4445
alan@gurapossessky.com                    dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

      1.    On December 6, 2013, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

      2.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                               /s/ Alan Gura
                               Attorney for Plaintiffs