**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Rhonda Ezell, et al.
                    Plaintiff,

v.                                    Case No.: 1:10–cv–05135
                                      Honorable Virginia M. Kendall

City Of Chicago
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 19, 2013:

    MINUTE entry before the Honorable Virginia M. Kendall:Motion to amend/correct [239] is granted. MOTION by Defendant City Of Chicago for summary judgment [222] and MOTION by Plaintiffs Illinois State Rifle Association, Rhonda Ezell, Action Target, Inc., William Hespen, Joseph I. Brown, Second Amendment Foundation, Inc. for summary judgment [230] are entered and briefed as follows: Responses due by 2/7/2014. Replies due by 2/21/2014. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.