## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rhonda Ezell, et al.

                        Plaintiff,

v.                                        Case No.: 1:10–cv–05135
                                                    Honorable Virginia M. Kendall

City Of Chicago

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion to stay [243] proceedings is taken under advisement. The briefing schedule on the Motion for summary judgment[230] has been extended as follows: Responses due by 3/7/2014. Replies due by 3/21/2014. Ruling will be made by mail. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.