**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, March 13, 2014** at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 2319** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Motion to File Local Rule 56.1(b)(3)(c) Statement of Additional Facts in Excess of Paragraph Limitation,** copies of which are served upon you, herewith.

Date: March 7, 2014                                  Respectfully submitted,

                                                                                     STEPHEN R. PATTON
                                                                                     Corporation Counsel for the City of Chicago

                                                                                     By:    /s/ Rebecca Alfert Hirsch
                                                                                                 Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 7th day of March, 2013, I caused a copy of the forgoing **Defendant's Motion to File Local Rule 56.1(b)(3)(c) Statement of Additional Facts in Excess of Paragraph Limitation** via electronic notification on the following counsel of record:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road |
| Suite 405 | Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |

/s/Rebecca Alfert Hirsch