# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EZELL, ET AL., | ) |
|       Plaintiffs, | ) |
| v. | ) No. 10-CV-5135 |
| | ) Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) |
|       Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant City of Chicago ("Defendant" or the "City"), by its attorney Stephen R. Patton, Corporation Counsel for the City of Chicago, respectfully moves this Court for an extension of time to file its reply brief in support of summary judgment for two weeks, up to and including April 4, 2014. In support hereof, Defendant states as follows:

1. Plaintiffs and Defendant filed their respective responses to the parties' cross-motions for summary judgment on Friday, March 7, 2014. Pursuant to the Court's previously entered briefing schedule, the parties' replies are currently due on March 21, 2014.

2. Because these are cross-motions, the parties have to go immediately from completing their response briefs and statements of facts, to drafting and filing their reply briefs within two weeks. While Defendant hopes to streamline its reply and only address new legal arguments or facts not already discussed in its previous two briefs, this will still take time. Furthermore, counsel for Defendants have other work to attend to that will make the current deadline difficult to comply with.

3. Defendant spoke with counsel for Plaintiffs on Thursday, March 13, 2014, and

1

Plaintiffs have no objection to this request.

4. Accordingly, Defendant requests that the Court revise the current briefing schedule to allow an additional two weeks for the parties to file their reply briefs in support of summary judgment, from March 21 to April 4, 2014.

WHEREFORE, Defendant respectfully requests that the Court grant this motion for extension of time to file replies in support of summary judgment up to, and including, April 4, 2014.

Date: March 14, 2014

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By:   /s/ Rebecca Alfert Hirsch
      Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

       I, Rebecca Hirsch, an attorney, hereby certify that on this, the 14th day of March, 2014, I caused a copy of the foregoing **Defendant's Unopposed Motion for Extension of Time to File Reply In Support of Motion for Summary Judgment** via electronic notification on the following counsel of record:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road |
| Suite 405 | Suite 304 |
| Alexandria, VA 22314 | Glen Ellyn, IL 60137 |

                                                /s/ Rebecca Alfert Hirsch