IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZELL, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-5135 |
| | ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, March 20, 2014** at **9:00 a.m**. or as soon thereafter as counsel may be heard, the undersigned will appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead, in **Room 2319** of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and present **Defendant's Unopposed Motion For Extension of Time to File Reply in Support of Motion for Summary Judgment,** copies of which are served upon you, herewith.


Date: March 14, 2014                                Respectfully submitted,

                                                    STEPHEN R. PATTON
                                                    Corporation Counsel for the City of Chicago

                                                    By:    /s/ Rebecca Alfert Hirsch
                                                           Assistant Corporation Counsel


Mardell Nereim
William Macy Aguiar
Rebecca Alfert Hirsch
Andrew W. Worseck
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 14th day of March, 2013, I caused a copy of the forgoing **Notice of Motion** via electronic notification on the following counsel of record:

Alan Gura  
Gura & Possessky, PLLC  
101 N. Columbus Street  
Suite 405  
Alexandria, VA 22314

David G. Sigale  
Law Firm of David G. Sigale, P.C.  
739 Roosevelt Road  
Suite 304  
Glen Ellyn, IL 60137

/s/Rebecca Alfert Hirsch