**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 10 CV 5135 |
| v. | ) ) | |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S LOCAL RULE 56.1(B)(3)(C) STATEMENT OF ADDITIONAL FACTS**

NOW COME the Plaintiffs, RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS STATE RIFLE ASSOCIATION, by and through undersigned counsel, and in Response to Defendant's Local Rule 56.1(B)(3)(C) Statement of Additional Facts, states as follows:

1-71. Plaintiffs incorporate their Answers to the corresponding Statement in Defendant's original Statement of Facts, as if fully restated herein.

72. Admit in part, but deny in that Krimbel testified her presumptions are based on the speculations that nighttime is more dangerous than daytime, and that guns are involved in crimes, but she has not seen any studies. Krimbel Dep. p.146, ln.11 – p.147, ln.17.

73. Admit his testimony, but Fahlstrom also said he would consider materials that concluded wet cleaning and sloped floors and floor drains were hazards (Fahlstrom Dep. p.39, ln.14 – p.41, ln.3), and the NRA Range Sourcebook did not update this change until its 2012

y

edition. There were no NRA Range Sourcebook updates between 1998 and 2012 (Giordano Dep. p.235, lns. 5-13), though the NRA's opinion regarding the use of floor drains and wet-cleaning had changed a number of years before that (*Id.*, p.235, ln.13 – p.236, ln.6).

74. Admit in part and deny in part, as Lieutenant Johnson implied that he may have heard about any such incidents, had they occurred, through the "grapevine." (Johnson Dep. p.46, ln.15 – p.47, ln.9.)

Respectfully submitted,

/s/ David G. Sigale
One of the Attorneys for Plaintiff

Alan Gura (Admitted pro hac vice)     David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC     Law Firm of David G. Sigale, P.C.
105 Oronoco Street, Suite 305     739 Roosevelt Road, Suite 304
Alexandria, VA 22314     Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665     630.452.4547/Fax 630.596.4445
alan@gurapossessky.com     dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On April 5, 2014, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                /s/ David G. Sigale
                                            One of the Attorney for Plaintiffs

Alan Gura (Admitted pro hac vice)      David G. Sigale (Atty. ID# 6238103)
Gura & Possessky, PLLC      Law Firm of David G. Sigale, P.C.
105 Oronoco Street, Suite 305      739 Roosevelt Road, Suite 304
Alexandria, VA 22314      Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665      630.452.4547/Fax 630.596.4445
alan@gurapossessky.com      dsigale@sigalelaw.com