# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rhonda Ezell, et al.

                Plaintiff,

v.

City Of Chicago

                Defendant.

Case No.: 1:10–cv–05135
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2014:

    MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Defendant City Of Chicago for leave to file *Submission Regarding Recent Legislative Action and to Cite Additional Authority in Support of Its Motion For Summary Judgment*[265] is granted. Motion hearing set for 6/11/2014 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.