**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EZELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 10-CV-5135 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on Wednesday, July 9, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in her place and stead, and present **Defendant's Motion to Dismiss Claims as Moot,** a copy of which is attached and is hereby served upon you.

Date: July 2, 2014

Respectfully submitted,

Stephen R. Patton
Corporation Counsel City of Chicago

By: /s/ Rebecca Hirsch
One of Its Attorneys

Mardell Nereim
William M. Aguiar
Andrew W. Worseck
Rebecca Alfert Hirsch
Mary Eileen Cunniff Wells
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0260
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Rebecca Hirsch, an attorney, hereby certify that on this, the 2nd day of July, 2014, I caused a copy of the forgoing **Defendant's Motion to Dismiss Claims as Moot** to be served via electronic notification on:

| | |
|---|---|
| Alan Gura | David G. Sigale |
| Gura & Possessky, PLLC | Law Firm of David G. Sigale, P.C. |
| 101 N. Columbus Street | 739 Roosevelt Road, Suite 304 |
| Suite 405 | Glen Ellyn, IL 60137 |
| Alexandria, VA 22314 | Fax No. 630-596-4445 |
| Fax No. 703-997-7665 | |

/s/ Rebecca Hirsch