## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rhonda Ezell, et al.

       Plaintiff,

v.                Case No.: 1:10–cv–05135
                    Honorable Virginia M. Kendall

City Of Chicago

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2014:

  MINUTE entry before the Honorable Virginia M. Kendall:Defendant's motion to dismiss[269] certain claims as moot is entered and briefed as follows: Responses due by 7/24/2014. Replies due by 7/31/2014. Ruling will be made by mail. Motion hearing set for 7/10/2014 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.