IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC. and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10 CV 5135 |
| v. | ) ) | |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices. The firm's new address is:

**799 Roosevelt Road, Suite 207**
**Glen Ellyn, IL 60137**

All correspondence should be sent to the new address effective immediately. The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

/s/ David G. Sigale
One of the Attorneys for Plaintiffs

The undersigned certifies that:

1. On August 20, 2014, the Plaintiff electronically filed this Notice of Change of Address with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorneys for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com