### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, ) <br> WILLIAM HESPEN, ACTION TARGET, INC., ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> and ILLINOIS STATE RIFLE ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, ) <br> ) <br> Defendant. ) | Case No.: 10 CV 5135 |

### NOTICE OF MOTION

TO:   All Counsel of Record
       The Hon. Virginia M. Kendall

      You are hereby notified that on the **23rd** day of **October, 2014** at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the <u>Agreed Motion to Extend Time for Filing Request for Attorney's Fees and Costs</u>, filed simultaneously with this Notice.

                                                                                           /s/ David G. Sigale
                                                                      One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com


Alan Gura (admitted *pro hac vice*)
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085
alan@gurapossessky.com

### **CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record for the Plaintiffs, hereby certifies that on October 16, 2014, he served a copy of the above Notice of Motion, and this certificate of service, on:

    Mardell Nereim, Esq.
    William Macy Aguiar, Esq.
    Andrew W. Worseck, Esq.
    Rebecca Alfert Hirsch, Esq.
    Mary Eileen Cunniff Wells, Esq.
    City of Chicago Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

by electronic means pursuant to Electronic Case Filing (ECF).


            /s/ David G. Sigale
             David G. Sigale