# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rhonda Ezell, et al.

                      Plaintiff,

v.                                       Case No.: 1:10–cv–05135
                                              Honorable Virginia M. Kendall

City Of Chicago

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall:Agreed MOTION by Plaintiffs Action Target, Inc., Joseph I. Brown, Rhonda Ezell, William Hespen, Illinois State Rifle Association, Second Amendment Foundation, Inc. for extension of time to file *Motion for Attorney's Fees and Bill of Costs (Agreed)*[282] is granted. The Court extends the time for filing a request for attorneys fees until 91 days after, and a Bill of Costs until 30 days after, the latter of (a.) the day after the expiration of the deadline for filing a Notice of Appeal in this matter (if no appeal) or(b.) the day after the issuance of the mandate by an appellate Court should there be an appeal. Motion hearing set for 10/23/2014 on this motion is hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.