## *United States District Court for the Northern District of Illinois*

Case Number: 10CV5135        Assigned/Issued By: DJ

Judge Name:        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00    ☐ $46.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☑ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 505.00        Receipt #: 4624128823

Date Payment Rec'd: 10/20/14        Fiscal Clerk: DJ

---

**ISSUANCES**

☐ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets        (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                (Date)

NOTICE OF APPEAL