**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Rhonda Ezell, et al.

                Plaintiff,

v.                                                     Case No.: 1:10–cv–05135
                                                          Honorable Virginia M. Kendall

City Of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 28, 2014:

       MINUTE entry before the Honorable Virginia M. Kendall: Motion to stay[286] is entered and briefed as follows: Responses due by 11/18/2014. Replies due by 11/25/2014. Ruling will be made by mail. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.