

**THOMAS G. BRUTON**
CLERK

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**FILE COPY**

312-435-5670

November 6, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Ezell et al. v. City of Chicago

U.S.D.C. DOCKET NO. : 10cv5135

U.S.C.A. DOCKET NO.: 14-3312 and 14-3322

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)  16

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)    11

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

U.S.C.A. - 7TH CIRCUIT
R E C E I V E D

NOV – 6 2014  RMS

GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ Gregory Young, Deputy Clerk