# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Rhonda Ezell, et al,

Plaintiff(s),

v.

City of Chicago,

Defendant(s).

Case No. 10 C 5135
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Rhonda Ezell, et al
and against defendant(s) City of Chicago

☐ in favor of defendant(s)
and against plaintiff(s)

. Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall pursuant to 7th Circuit Mandate dated 1/18/2017

Date: 3/15/2017

Thomas G. Bruton, Clerk of Court

Lynn Kandziora, Deputy Clerk