IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant. | Case No. 10 CV 5135 |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FEES AND COSTS

Plaintiffs, Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association (collectively, "Plaintiffs"), by and through LAW FIRM OF DAVID G. SIGALE, P.C. and GURA PLLC, their attorneys, and for their Memorandum of Points and Authorities in Support of Their Unopposed Motion for Fees and Costs Pursuant to 42 U.S.C. § 1988, state as follows:

1. On September 29, 2014, this Court granted Defendant City of Chicago ("Defendant") summary judgment on several of Plaintiffs' claims in their Second Amended Complaint and granted Plaintiffs summary judgment on the remaining claims.

2. The parties filed cross-appeals in the United States Court of Appeals for the Seventh Circuit on some, but not all, of this Court's rulings on Plaintiffs'

claims. On January 18, 2017, the Seventh Circuit ruled in Plaintiffs' favor on the parties' cross-appeals. The Seventh Circuit issued its mandate on February 9, 2017, and this Court entered judgment in Plaintiffs' favor on those claims on March 15, 2017.

3. Federal courts employ the "lodestar" method for determining an attorney fee recovery under Section 1988. The "lodestar" is calculated by multiplying the reasonable number of hours worked by a reasonable hourly fee, with some adjustments not relevant here. *Perdue v. Kenny A.,* 130 S.Ct. 1662 (2010); *Hensley v. Eckerhart*, 461 U.S. 424 (1983).

4. Local Rule 54.3 sets forth a procedure governing the resolution of fee disputes. The parties engaged in that procedure in good faith.

5. Pursuant to Local Rule 54.3, the parties have agreed on the Joint Statement referenced in Local Rule 54.3(e), which Plaintiffs must attach to their fee motion pursuant to Local Rule 54.3(f). *See* Exhibit "A."

6. Local Rule 54.3(f) further provides: "Unless otherwise allowed by the court, the motion and any supporting or opposing memoranda shall limit their argument and supporting evidentiary matter to disputed issues." Plaintiffs' counsel conferred with Defendant's counsel regarding Plaintiffs' motion for attorney's fees and costs, and Defendant does not oppose Plaintiffs' motion for attorneys' fees and costs in the total amount of $590,000.00, as reflected on the Joint Statement.

7. Because Plaintiffs are entitled to their fees and costs as a prevailing party in this matter, and Defendant does not oppose Plaintiffs' motion, Plaintiffs respectfully request that the Court enter an order awarding them their attorneys' fees and costs in the amount of $590,000.00.

Dated: June 28, 2017                                  Respectfully submitted,

                                                      /s/ David G. Sigale
                                                      One of the Attorneys for Plaintiffs

Alan Gura (Admitted *pro hac vice*)        David G. Sigale (Atty. ID# 6238103)
Gura PLLC                                  Law Firm of David G. Sigale, P.C.
916 Prince Street, Suite 107               799 Roosevelt Road, Suite 207
Alexandria, VA 22314                       Glen Ellyn, IL 60137
703.835.9085/Fax 703.997.7665              630.452.4547/Fax 630.596.4445
alan@gurapllc.com                          dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On June 28, 2017, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2 Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorneys for Plaintiffs

Alan Gura (Admitted *pro hac vice*)  
Gura PLLC  
916 Prince Street, Suite 107  
Alexandria, VA 22314    ,  
703.835.9085/Fax 703.997.7665  
alan@gurapllc.com

David G. Sigale (Atty. ID# 6238103)  
Law Firm of David G. Sigale, P.C.  
799 Roosevelt Road, Suite 207  
Glen Ellyn, IL 60137  
630.452.4547/Fax 630.596.4445  
dsigale@sigalelaw.com