IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA EZELL, JOSEPH I. BROWN, WILLIAM HESPEN, ACTION TARGET, INC., SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10 CV 5135 |
| v. | ) ) | |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) | |

### ORDER

Plaintiffs present before the Court their Motion for Attorneys' Fees and Costs pursuant to 42 U.S.C. § 1988 and Local Rule 54.3. Because Plaintiffs are prevailing parties entitled to a Section 1988 recovery, and Defendant City of Chicago does not oppose Plaintiffs' Motion, the Court hereby orders that Plaintiffs' Motion is GRANTED.

Plaintiffs shall recover attorney fees as follows:

| Atty. | Hours | Rate | Total |
|---|---|---|---|
| Alan Gura | 421.3 | $640.00 | $269,632.00 |
| David G. Sigale | 568.4 | $500.00 | $284,200.00 |

Plaintiffs shall also recover costs in the amount of $36,168.00.

Plaintiffs' total Section 1988 recovery is therefore $590,000.00.

Date: June 29, 2017

_____
Hon. Virginia M. Kendall
United States District Judge